| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **9** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Western Community Energy** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1832201 |
| 4. | **Debtor's address** | **Principal place of business** **3390 University Avenue, Suite 200** **Riverside, CA 92501** Number, Street, City, State & ZIP Code  **Riverside** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.westerncommunityenergy.com |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ■ Other. Specify:  **Municipality** |

| Debtor | **Western Community Energy** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__22__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☒ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **Western Community Energy**  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Western Community Energy**　　　　　　　　Case number (*if known*) _____
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 24, 2021**
MM / DD / YYYY

X _/s/ Todd Rigby_　　　　　　　　　　　　　**Todd Rigby**
Signature of authorized representative of debtor　　Printed name

Title **Chairperson**

**18. Signature of attorney**

X **/s/ David M. Goodrich**　　　　　　　　　　　Date **May 24, 2021**
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**David M. Goodrich**
Printed name

**WEILAND GOLDEN GOODRICH LLP**
Firm name

**650 Town Center Drive**
**Suite 600**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone **(714) 966-1000**　　　　Email address **dgoodrich@wgllp.com**

**208675 CA**
Bar number and State

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 4

**WESTERN COMMUNITY ENERGY**

# RESOLUTION NUMBER 2021-10

# A RESOLUTION OF THE BOARD OF DIRECTORS OF WESTERN COMMUNITY ENERGY AUTHORIZING THE FILING OF A PETITION UNDER CHAPTER 9 OF THE UNITED STATES BANKRUPTCY CODE

**WHEREAS**, the Board of Directors of Western Community Energy ("WCE" or "Authority"), a California joint powers authority, has determined that the Authority faces an immediate and severe financial crisis and that no later than the end of May 2021, WCE will be unable to meet its financial obligations that are due or will become due; and

**WHEREAS**, Government Code sections 53760 through 53760.7 (collectively, the "Act") authorize a local public entity to file a petition and exercise powers pursuant to applicable federal bankruptcy law, if the local public entity declares a fiscal emergency and adopts a resolution by a majority vote of the governing Board at a noticed public hearing that includes findings that the financial state of the local public entity jeopardizes the health, safety, or well-being of the residents of the local public entity's jurisdiction or service area absent the protections of Chapter 9 of the United States Bankruptcy Code; and

**WHEREAS**, by Resolution No. 2021-09 adopted on May 24, 2021, the Board of Directors declared a fiscal emergency and determined that it will be unable to pay its obligations that are due or will become due no later than May 30, 2021, and found that the financial state of the Authority jeopardizes the ability of the Authority to purchase power and therefore the health, safety, or well-being of the customers within its service area who receive electrical utility service and absent the protections of Chapter 9 of the United States Bankruptcy Code; and

**WHEREAS**, Resolution No. 2021-10 was adopted after the Authority placed on the Authority's agenda on May 24, 2021, a noticed public meeting on the fiscal condition of the Authority to take public comment.

**NOW, THEREFORE, BE IT RESOLVED** by the Board of Directors of Western Community Energy as follows:

1. <u>Findings</u>

    The Board of Directors has determined that the recitals above are true and correct and makes the following findings:

    (a)   Based on the analysis provided by Authority staff and legal counsel at its meeting on May 24, 2021, the Board determines that without restructuring WCE's financial obligations through a Chapter 9 Bankruptcy case, the Authority will be insolvent no later than May 30, 2021, and will not be able to pay its obligations; and

    (b)   That without the protections afforded by Chapter 9 of the Bankruptcy Code,

    the Authority will be unable to purchase power, which would endanger the health, safety, and welfare of the customers of WCE by threatening the ability of WCE to provide utility service.

2. <u>Authorization to File Chapter 9 Petition</u>

    (a) Based on the findings set forth in Section 1, the Board of Directors hereby declares that WCE is in a fiscal emergency and that such fiscal emergency jeopardizes the health, safety, and well-being of the residents who receive electrical service from WCE within its service area by potentially depriving them of an essential utility service heading into the summer months when temperatures within the inland areas spike, resulting in peak demand for electrical power.

    (b) Legal counsel for the Authority is hereby authorized and directed, on behalf of and in the name of the Authority, to execute and verify such petition, and cause the same to be filed with the United States Bankruptcy Court, Central District of California.

    (c) Legal counsel for the Authority, the Interim Executive Director of WCE, and all other appropriate officials of the Authority are hereby authorized to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions which they shall deem necessary and proper in connection with said Chapter 9 Bankruptcy case, and with a view to the successful completion of such case.

3. <u>Other Actions</u>

    Legal counsel for the Authority, the Interim Executive Director of WCE, and all other appropriate officials of the Authority, each acting alone, are authorized to take such other actions as are appropriate to carry out the intent of this Resolution.

**PASSED AND ADOPTED** at a special meeting of the Board of Directors of Western Community Energy held on May 24, 2021.

_____
Todd Rigby, Chairperson
Western Community Energy

_____
Rick Bishop, Secretary
Western Community Energy

Approved as to form:

_____
David Goodrich, Legal Counsel
Western Community Energy

AYES: __4__     NAYS: __1__     ABSENT: __1__     ABSTAIN: __0__