5/24/21 4:56PM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David M. Goodrich**<br>**650 Town Center Drive**<br>**Suite 600**<br>**Costa Mesa, CA 92626**<br>**(714) 966-1000 Fax: (714) 966-1002**<br>California State Bar Number: **208675 CA**<br>dgoodrich@wgllp.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**Western Community Energy**

CASE NO.: 6:21-bk-12821

CHAPTER: **9**

Debtor(s).

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 24, 2021**

_____
Signature of Debtor 1

Date:

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **May 24, 2021**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

.

David M. Goodrich
WEILAND GOLDEN GOODRICH LLP
650 Town Center Drive
Suite 600
Costa Mesa, CA 92626


Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501

ACES
4140 West 99th Street
Carmel, IN 46032


Barclays Bank PLC
Attn: Cassandra Bolz
1301 6th Avenue
New York, NY 10019


Best Best & Krieger LLP
3390 University Avenue, 5th Floor
Riverside, CA 92501


BP Energy Company
Attn: Rob H. Gorski
201 Helios Way
Houston, TX 77079


Calpine Energy Solutions
Attn: Josh Brock
401 W A Street, #500
San Diego, CA 92101


Constetllation
1310 Point Street, 8th Floor
Baltimore, MD 21231


EES Consulting
Attn: Gary Saleba
1601 Carmen Drive, Suite 215H
Camarillo, CA 93010


Elk Hills Power
4026 Sky Line Road
PO Box 460
Tupman, CA 93276

Endersponse, Inc.
Attn: Emily McPhail
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663


Exelon Generation Company, LLC
1310 Point Street
8th Floor
Baltimore, MD 21231


Morgan Stanley Capital Group
Attn: Commodities Department
1585 Broadway, 3rd Floor
New York, NY 10036-8293


Nextera Energy Marketing, LLC
Attn: Mark Palanchian
700 Universe Blvd.
North Palm Beach, FL 33408


NRG Power Marketing LLC
Attn: Joseph A. Holtman


OhmConnect, Inc.
Attn: Matt Duesterberg
610 16th Street, Suite M20
Oakland, CA 94612


OneEnergy, Inc.
Attn: Bill Eddie
2003 Western Avenue, Suite 225
Seattle, WA 98121


Pacific Gas and Electric Company
Attn: Ted Yuba
245 Market Street
San Francisco, CA 94105

PFM Financial Advisors, LLC
601 S. Figueroa Street
Suite 4500
Los Angeles, CA 90017


Pilot Power Group
AttN: Denis Vermette
8910 University Center Lane
San Diego, CA 92122


Pilot Power Group, Inc.
Attn: Contract Administration
8910 University Center Lane, Suite
San Diego, CA 92122


Pioneer Community Energy
804 Carnegie Ctr.
Princeton, NJ 08540-6023


PIP Printing
4093 Market Street
Riverside, CA 92501


PowerEx Corp., Attn: Mgr. Contracts
666 Burrard Street, Suite 1300
Vancouver, BC V6c 2X8
Canada


River City Bank
2485 Natomas Park Drvie
Riverside, CA 95833


Shell Energy North America (USA)
Contract North America
1000 Main Street, Level 12
Houston, TX 77002

Southern California Edison
Energy Contract Management
2244 Walnut Grove Ave.
Rosemead, CA 91770


The Creative Bar
Attn: Justine Lawler
38750 Sky Canyon Drive, Suite C
Murrieta, CA 92563


The Energry Authority, Inc.
Attn: Daren Anderson
301 W. Bay Street, Suite 2600
Jacksonville, FL 32202


TransAlta
110-12 Avenue SW
Calgary, Alberta T2P 2MI
Canada


WRCOG
3390 University Ave., Suite 200
Riverside, CA 92501

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Verification of Master Mailing List of Creditors will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 25, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Abram Feuerstein    abram.s.feuerstein@usdoj.gov
David M Goodrich    dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com
Everett L Green    everett.l.green@usdoj.gov
Cameron C Ridley    Cameron.Ridley@usdoj.gov
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 25, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 25, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/25/2021 | Lindsay Bracken | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**