1. Brian D. Huben (Cal. Bar No. 134354)
Nahal Zarnighian (Cal. Bar No. 313305)
2. **BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
3. Los Angeles, CA 90067-2915
Telephone: 424.204.4400
4. Facsimile: 424.204.4350
E-mail: hubenb@ballardspahr.com
5. E-mail: zarnighiann@ballardspahr.com

6.
Vincent J. Marriott, III (Pa. Bar No. 41457)*
7. **BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
8. Philadelphia, PA 19103
Telephone: 215.665.8500
9. Facsimile: 215.864.8999
E-mail: marriott@ballardspahr.com

10.
Matthew G. Summers (Del. Bar No. 5533)*
11. Chantelle D. McClamb (Del. Bar No. 5978)*
**BALLARD SPAHR LLP**
12. 919 N. Market Street, 11th Floor
Wilmington, DE 19801
13. Telephone: 302.252.4428
Facsimile: 302.252.4466
14. E-mail: summersm@ballardspahr.com
E-Mail: mcclambc@ballardspahr.com
15. *Pro Hac Vice Admission pending*

16. *Attorneys for Exelon Generation Company, LLC*

17. **UNITED STATES BANKRUPTCY COURT**

18. **CENTRAL DISTRICT OF CALIFORNIA**

19. **RIVERSIDE DIVISION**

20. In re:  )   Case No. 6:21-bk-12821-SY
        )
21. WESTERN COMMUNITY ENERGY,  )   Chapter 9
        )
22.         Debtor.  )   **NOTICE OF APPEARANCE AND**
        )   **REQUEST FOR NOTICES**
23.         )
        )
24. _____ )

25.

26.

27.

28.

1
**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby enter their appearance for Exelon Generation Company, LLC ("Exelon") pursuant to Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon Exelon through its undersigned attorneys as follows:

Brian D. Huben, Esq.
Nahal Zarnighian, Esq.
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: hubenb@ballardspahr.com
E-mail: zarnighiann@ballardspahr.com

Vincent J. Marriott, III, Esq.*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999
E-mail: marriott@ballardspahr.com

Matthew G. Summers, Esq.*
Chantelle D. McClamb, Esq.*
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: 302.252.4428
Facsimile: 302.252.4466
E-mail: summersm@ballardspahr.com
E-mail: mcclambc@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of Exelon

including, without limitation, (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the Central District of California (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Exelon is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 1, 2021    **BALLARD SPAHR LLP**

By: */s/ Brian D. Huben*
Brian D. Huben
Nahal Zarnighian
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: hubenb@ballardspahr.com
E-mail: zarnighiann@ballardspahr.com

*Attorneys for Exelon Generation Company, LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915.

A true and correct copy of the foregoing document described as **NOTICE OF APPEARANCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 1, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Abram Feuerstein - abram.s.feuerstein@usdoj.gov
Beth Gaschen - bgaschen@wgllp.com, kadele@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com; lbracken@wgllp.com; bgaschen@ecf.courtdrive.com
David M Goodrich - dgoodrich@wgllp.com, kadele@wgllp.com; lbracken@wgllp.com; wggllp@ecf.courtdrive.com
Everett L Green - everett.l.green@usdoj.gov
Peter W Lianides - plianides@wghlawyers.com, jmartinez@wghlawyers.com; mweinberg@wghlawyers.com
Valerie Bantner Peo - vbantnerpeo@buchalter.com
Cameron C Ridley - Cameron.Ridley@usdoj.gov
United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov
Marc J Winthrop - mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **June 1, 2021**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA OVERNIGHT MAIL**
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501

**VIA U.S. MAIL**
Western Community Energy
3390 University Ave, Suite 200
Riverside, CA 92501

**VIA U.S. MAIL**
U.S. Trustee
3801 University Ave, Suite 720
Riverside, CA 92501-3200

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 1, 2021**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 1, 2021 | Tasha Hart | /s/ Tasha Hart |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              **F 9013-3.1.PROOF.SERVICE**