MARC J. WINTHROP – State Bar No. 63218
mwinthrop@wghlawyers.com
PETER W. LIANIDES – State Bar No. 160517
plianide@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone:    (949) 720-4100
Facsimile:    (949) 720-4111

Counsel for Pilot Power Group LLC.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | 6:21-bk-12821-SY<br><br>Chapter 9 Proceeding<br><br>**DECLARATION OF IAN M. MIDDLETON IN SUPPORT EMERGENCY MOTION FOR ORDER COMPELLING IMMEDIATE REJECTION OF EXECUTORY CONTRACT, AND FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE:    [To Be Set]<br>TIME:<br>PLACE:    Courtroom 302<br>         3420 Twelfth Street<br>         Riverside, California 92501 |

I, Ian M. Middleton, hereby declare and state as follows:

1.      I am the Chief Operating Officer of Pilot Power Group, LLC ("Pilot Power"), and am authorized to make this declaration on its behalf. I am one of the founders of Pilot Power and have served in various capacities since 2001, including as CFO, COO, and as a member of the Board of Directors. All the matters set forth in this Declaration are true of my own personal knowledge, except for matters stated on information and belief, which matters I believe to be true.

2.  Pilot Power is an Electric Service Provider ("ESP") registered with the California Public Utilities Commission ("CPUC") and has been serving industrial and commercial electricity customers throughout California since April of 2001. Recently, Pilot Power also began serving residential electricity customers throughout California. Pilot Power is also a certified Scheduling Coordinator ("SC") with the California Independent System Operator ("CAISO").

3.  Pilot Power and Western Community Energy ("WCE") entered into that certain Professional Services Agreement (the "Agreement") by and between WCE and Pilot Power, dated August 15, 2019.

4.  Under the Agreement, Pilot Power provides numerous services to WCE. Under the Agreement, Pilot Power has been providing substantial credit, capital and collateral support for and on behalf of WCE. Perhaps most significantly, Pilot Power is the designated SC at the CAISO for all of the WCE customer load. All of the WCE customer load is scheduled and settled with the CAISO under a sub-SC ID of Pilot Power established by Pilot Power at the CAISO as "WCE1."

5.  No load serving entity ("LSE"), whether a Utility Distribution Company, an ESP, or a CCA, can operate and deliver power to its customers in California without a designated SC to interface with the CAISO in connection with scheduling generation for delivery to customers, and settling with the CAISO for energy delivered and/or consumed. All generation (electricity) must be scheduled through the CAISO via a designated SC. All load (end-use customer consumption of electricity) must be settled through the CAISO via the designated SC for that load.

6.  The CAISO's primary function is to maintain the efficiency and reliability of the electric grid. It fulfills that function through a number of services, including the providing of ancillary services (various types of reserve and backup power systems), grid management, operation of a day-ahead market for electricity, and operation of a real-time market for electricity. The day-ahead and real-time electricity markets are how the CAISO can provide Imbalance Energy to create balance between scheduled energy for delivery, and actual consumption. When consumption exceeds the energy scheduled for delivery, the CAISO provides the additional required energy through Imbalance Energy, charging the applicable SC for the Imbalance Energy

1  provided. When consumption is less than the scheduled energy, the CAISO buys the excess
2  power and credits the applicable SC with the Imbalance Energy purchase price.
3     7. CAISO charges are calculated daily and invoiced to the applicable SC on a weekly
4  basis. Invoices are due for payment within 4 Business days, typically every Tuesday. Because the
5  electricity industry is a credit and cash intensive industry, the CAISO has very strict credit and
6  collateral requirements. Every SC is required to have sufficient credit with the CAISO to meet or
7  exceed the SC's Estimated Aggregate Liability ("EAL") as calculated by the CAISO. The CAISO
8  is constantly calculating an SC's EAL and if the EAL exceeds the credit and collateral posted by
9  the SC, the CAISO will issue a demand for additional security, which the SC must provide within
10 2 Business days. Failure to provide the required collateral generally results in the CAISO
11 suspending the SC's ability to operate at the CAISO. Simply stated, acting as the designated SC
12 for WCE makes Pilot Power a guarantor or surety for all of the CAISO charges incurred at the
13 CAISO in connection with the WCE load.
14    8. EAL, as calculated by the CAISO, fluctuates over time based on several factors,
15 including market pricing for energy, how much of the load will be served through bi-lateral
16 contracts for energy scheduled for delivery through the CAISO, outstanding unpaid invoices, late
17 invoices, etc. Recently, the EAL associated with WCE load has been as high as $2,500,000.00.
18 Pilot Power has had to post irrevocable letters of credit with the CAISO to secure payment of all
19 of these CAISO charges. WCE has provided none of the credit or collateral to secure the EAL
20 associated with WCE1.
21    9. During the Summer months in California, power supplies are strained and often are
22 insufficient to meet the tremendous demand (consumption) that occurs, especially when
23 unanticipated heat waves occur. Day-ahead and real-time market prices for electricity soar. The
24 current market cap at the CAISO is $2,000 per mega-watt hour ("MWh").
25    10. Acting in his capacity as consultant to WCE, on April 28, 2021, Casey Dailey, the
26 Director of Energy & Environmental Programs of the Western Riverside Council of Governments,
27 emailed to me a spreadsheet of WCE's proforma projections as of April 9, 2021. On June 7, 2021,
28 counsel for WCE emailed a "Working Draft of Cash Flow Projections" to counsel for Pilot Power

("Debtor's Projections").  A copy of the Proforma Projections and Debtor's Projections are submitted separately under seal, attached to a Supplement as Exhibits A and B respectively.

11. In summary, based on WCE's own projections, WCE will be unable to pay its CAISO charges before the end of June 2021.  As the designated SC, as the entity that has posted all the credit and collateral with the CAISO to secure the CAISO charges associated with WCE load, Pilot Power will be compelled to pay all those CAISO charges.

12. Failure of Pilot Power either to post the additional collateral, or to pay the CAISO invoices when due will result in Pilot Power having its rights as an SC to trade and operate in the CAISO markets suspended, and eventually terminated.  Upon suspension of its SC privileges, all of Pilot Power's customers, all of the clients for whom Pilot Power serves as the SC, will be compelled to obtain alternate providers.  In short, Pilot Power will potentially lose all of its customers and all of its business.

13. Debtor's Projections do not account for unanticipated weather or other events that could drive the price of electricity in the Day-Ahead and/or Real-Time markets to spike up to or near the $2,000 per MWh market price cap.  As WCE's financial condition has deteriorated over the last year, suppliers have terminated contracts, cut off credit, and generally made it impossible for WCE to hedge its energy needs for this Summer.  As described below, WCE no longer has any hedges.

14. I am informed and believe that BP Energy has terminated its hedge with the Debtor, effective as of June 8, 2021.  I am further informed and believe that TransAlta has terminated its hedge with the Debtor, effective June 11, 2021.  As the SC for WCE, Pilot Power gets notified directly by the terminating counter-party, or indirectly through the CAISO.  This is necessary so that Pilot Power can submit accurate schedules to the CAISO that match with the counter-party's schedule. Effective as of June 11, 2021, therefore, WCE will not have any power hedged (pre-purchased) and will be completely exposed to the CAISO Day-Ahead and Real-Time market volatility for all of its power needs.

15. In August 2020, a heat wave caused CAISO Imbalance Energy prices to spike as high as $1,514.72 per MWh in the Day-Ahead market.  Largely as a result of that heat wave, WCE

1 | incurred approximately $12 million dollars in unanticipated CAISO Imbalance Energy costs over
2 | the course of a few days when approximately 9 percent of its load was un-hedged.  Starting June
3 | 11, 2021, 100 percent of its load is un-hedged.
4 |     16.    A heat wave is currently forecast for the WCE service territory starting June 15,
5 | 2021.  Attached hereto as Exhibit A, is a true and correct copy of a 10-day weather forecast for
6 | Perris, California, one of the communities in WCE's service territory.  The attached forecast
7 | shows temperatures are expected to reach up to 106 degrees Fahrenheit on June 16, 2021.  The
8 | information is available at https://www.wunderground.com/forecast/us/ca/perris/KSBD.
9 |     17.    As of June 10, 2021, forward price curves for the balance of June 2021 on the Inter-
10 | Continental Exchange (an online exchange for the purchase and sale of power) hit $210.00 per
11 | MWh for on-peak power delivered at SP-15 (the closest wholesale delivery point to WCE's load).
12 | I am informed and believe that bid/ask forward pricing at Palo Verde for next week is $325.00 per
13 | MWh and $575.00 per MWh respectively for on-peak power.  WCE utilized $130.00 per MWh
14 | electricity in developing their recent projections that show a multi-million dollar deficit for June.
15 | Those projections also assumed continued receipt of energy from one of their hedge contracts.
16 | However, as noted above their last hedge contract has been terminated early by the counterparty
17 | effective June 11, 2021.  The potential damage that Pilot Power faces is enormous, aggregating to
18 | many millions of dollars in excess of the multi-million dollar deficits projected by WCE.
19 |     18.    Debtor's Projections rely on market quotes for peak power obtained in April.
20 | Those quotes were for forward purchases at fixed prices.  The reality is that the Debtor's load will
21 | be completely exposed to market volatility at the most volatile and expensive time of the year.
22 | Debtor's Projections may grossly underestimate the actual CAISO charges that will be incurred.
23 |     19.    On June 9, 2021, I participated in a meeting of the Board of Directors of WCE via
24 | Zoom.  At the meeting, the Board unanimously voted to de-register WCE as a CCA.  In a
25 | telephone conference with WCE on the morning of June 10, 2021, WCE representatives
26 | confirmed that WCE would be filing a Notice with the California Public Utilities Commission to
27 | have the WCE CCA de-registered, and all of the WCE customers returned to utility service with
28 |

California Edison. During this conference call, WCE representatives indicated that SCE wants to transition the WCE customers back to SCE over the balance of June.

20. Based on forward curve pricing cited earlier, my best estimate and projection is that between June 11, 2021, and June 30, 2021, total CAISO charge exposure will be approximately $13,800,000.00.

21. Pilot Power does not have sufficient credit facilities available to voluntarily or involuntarily finance WCE's post-petition operations. Without emergency relief from this Court to release Pilot Power from serving as the SC for WCE, Pilot Power may be forced to file its own petition under Chapter 11 to enable it to terminate the Agreement with WCE and cease being involuntarily compelled to finance WCE's energy purchases and operations through serving as the designated SC for the WCE load during the coming heat wave forecast to start on June 15, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2021, at San Diego, California.

Ian M. Middleton

# EXHIBIT 1



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF IAN M. MIDDLETON IN SUPPORT EMERGENCY MOTION FOR ORDER COMPELLING IMMEDIATE REJECTION OF EXECUTORY CONTRACT, AND FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 10, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 10, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Delivery – Judge Yun**

United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2021 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| Date | Printed Name | Signature |

**NEF SERVICE LIST**

- **Bashar Ahmad**  bahmad@boutinjones.com, cdomingo@boutinjones.com
- **Abram Feuerstein**  abram.s.feuerstein@usdoj.gov
- **Beth Gaschen**  bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com
- **Seth Goldman**  seth.goldman@mto.com
- **David M Goodrich**  dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com
- **Everett L Green**  everett.l.green@usdoj.gov
- **Anna Gumport**  agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
- **Chad V Haes**  chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Brian D Huben**  hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Lindsey E Kress**  lkress@lockelord.com, hayli.holmes@lockelord.com
- **Peter W Lianides**  plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- **Richard A Marshack**  rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
- **Thomas G Mouzes**  tmouzes@boutinjones.com, cdomingo@boutinjones.com
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com
- **Cameron C Ridley**  Cameron.Ridley@usdoj.gov
- **Clifford W Stevens**  dsupnet@neumiller.com
- **Jason D Strabo**  jstrabo@mwe.com, cfuraha@mwe.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov
- **Joseph M VanLeuven**  joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
- **Marc J Winthrop**  mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com