ORIGINAL

1  MARC J. WINTHROP – State Bar No. 63218
   mwinthrop@wghlawyers.com
2  PETER W. LIANIDES – State Bar No. 160517
   plianide@wghlawyers.com
3  **WINTHROP GOLUBOW HOLLANDER, LLP**
   1301 Dove Street, Suite 500
4  Newport Beach, CA 92660
   Telephone:    (949) 720-4100
5  Facsimile:    (949) 720-4111
6
7  Counsel for Pilot Power Group LLC.
8
9              **UNITED STATES BANKRUPTCY COURT**
10              **CENTRAL DISTRICT OF CALIFORNIA**
11                   **RIVERSIDE DIVISION**
12

BY FAX

13  In re:                          6:21-bk-12821-SY

14  WESTERN COMMUNITY ENERGY,       Chapter 9 Proceeding

15                                  **SUPPLEMENT TO BE FILED UNDER SEAL**
                                    **RE EMERGENCY MOTION FOR ORDER**
16           Debtor.                **COMPELLING IMMEDIATE REJECTION OF**
                                    **EXECUTORY CONTRACT, AND FOR**
17                                  **RELIEF FROM THE AUTOMATIC STAY;**
                                    **DECLARATIONS OF MARC J. WINTHROP**
18                                  **AND IAN MIDDLETON IN SUPPORT**
                                    **THEREOF**
19
20                                  DATE:     [To Be Set]
                                    TIME:       .
21                                  PLACE:    Courtroom 302
                                              3420 Twelfth Street
22                                            Riverside, California 92501
23

24        **TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY**

25  **JUDGE:**

26        Pilot Power Group LLC ("Pilot Power"), hereby submits this supplement to be filed under

27  seal in support of Pilot Power's *Motion for Order Compelling Rejection of Executory Contract*

28  *and For Relief from the Automatic Stay* ("Rejection Motion"). Attached hereto are the

1   Declarations of Marc J. Winthrop ("Winthrop Declaration") and Ian Middleton ("Middleton

2   Declaration").

3   DATED:  June 10, 2021                    **WINTHROP GOLUBOW HOLLANDER, LLP**

4

5                                             By:____/s/ Marc J. Winthrop_____
                                                    Marc J. Winthrop
6                                                   Peter W. Lianides
                                             Counsel for Pilot Power Group LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MARC J. WINTHROP

I, Marc J. Winthrop, hereby declare and state as follows:

1.      I am a partner at law firm Winthrop Golubow Hollander, LL, counsel to Pilot Power Group LLC ("Pilot"), with respect to the Chapter 9 case filed by Western Community Energy ("WCE").   I am licensed to practice law in the courts of the State of California, and I am admitted to practice law before the United States District Court, Central District of California.  I am authorized to make this Declaration.  The matters stated herein are within my own personal knowledge and, if called upon as a witness, I could and would testify competently thereto.

2.      On June 7, 2021, counsel for WCE, the Debtor in this Chapter 9 case, emailed a "Working Draft of Cash Flow Projections" to Peter Lianides, Esq. and myself as counsel to Pilot Power.  The cover email states: "Western Community Energy asked that I confidentially provide updated budget figures to your client.  Given the effect WCE's potential failure could have on Pilot, WCE felt your client should not be caught by surprise if CAISO payments are not made." Attached hereto as Exhibit 1 is a true and correct copy of the email and attached cash flow projections from David M. Goodrich, Esq.  The header to the attachment further states: "CONFIDENTIAL AND PRIVILEGED INFORMATION FOR SETTLEMENT DISCUSSIONS SUBJECT TO CALIFORNIA EVIDENCE RULE 1152, FEDERAL EVIDENCE RULE 408 AND CPUC RULE 12.6."  To be clear, the email from Mr. Goodrich was not sent in connection with any settlement offer or settlement negotiations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2021, at Newport Beach, California.

_Marc J. Winthrop_____
Marc J. Winthrop

MAINDOCS-#251903-v1-Pilot_Power_Supp_Rejection_Motion_Under_Seal

### DECLARATION OF IAN M. MIDDLETON

I, Ian M. Middleton, hereby declare and state as follows:

1.      I am the Chief Operating Officer of Pilot Power Group, LLC ("Pilot Power"), and am authorized to make this declaration on its behalf. I am one of the founders of Pilot Power and have served in various capacities since 2001, including as CFO, COO, and as a member of the Board of Directors. All the matters set forth in this Declaration are true of my own personal knowledge, except for matters stated on information and belief, which matters I believe to be true.

2.      On June 7, 2021, counsel for WCE emailed a "Working Draft of Cash Flow Projections" to counsel for Pilot Power. The cover email states: "Western Community Energy asked that I confidentially provide updated budget figures to your client. Given the effect WCE's potential failure could have on Pilot, WCE felt your client should not be caught by surprise if CAISO payments are not made." Attached hereto as Exhibit 1 is a true and correct copy of the email from David M. Goodrich, Esq. and the attached Working Draft of Cash Flow Projections ("Debtor's Projections").

3.      Acting in his capacity as consultant to WCE, on April 28, 2021, Casey Dailey, the Director of Energy & Environmental Programs of the Western Riverside Council of Governments, emailed to me a spreadsheet of WCE's proforma projections as of April 9, 2021. A true and correct copy of the email and proforma are attached hereto as exhibit 2 and incorporated herein by this reference.

4.      Debtor's Projections demonstrate that WCE has no prospect of reorganizing. In the month of June, Debtor projects CAISO energy costs will aggregate to $13,319,241. Total costs that are permitted to be paid from the Lock Box aggregate to $17,504,184. Additional resource adequacy costs for which funds are not available aggregate to $1,437,000. Not included in Debtor's Projections are the professional fees and costs of Pilot Power and every other professional providing post-petition services to WCE. Against all these expenses, WCE projects that based upon cash on hand at the beginning of June, and revenues anticipated to be collected in June from WCE customers, WCE will have at most $12,590,570 to apply to their expenses. WCE projects a Lockbox deficit in June of $4,913,614, and a total deficit in June of $6,351,214. The

-4-

1   total deficit fails to account for fees and expenses of all the professionals and consultants

2   providing post-petition services to WCE.

3       5.      Before the end of June, therefore, WCE will be unable to pay its CAISO charges.

4   As the designated SC, as the entity that has posted all the credit and collateral with the CAISO to

5   secure the CAISO charges associated with WCE load, Pilot Power will be compelled to pay all

6   those CAISO charges.

7       6.      Debtor's Projections for the month of July show that expected revenues aggregate

8   to $12,657,003.  However, WCE is projecting CAISO energy charges to aggregate to $22,408,906.

9   WCE has no ability to pay those CAISO charges.  As the EAL associated with WCE load grows,

10  the CAISO will demand that Pilot Power as the SC post additional collateral in the form of cash or

11  letters of credit to secure the EAL.

12      7.      Failure of Pilot Power either to post the additional collateral, or to pay the CAISO

13  invoices when due will result in Pilot Power having its rights as an SC to trade and operate in the

14  CAISO markets suspended, and eventually terminated.  Upon suspension of its SC privileges, all

15  of Pilot Power's customers, all of the clients for whom Pilot Power serves as the SC, will be

16  compelled to obtain alternate providers.  In short, Pilot Power will potentially lose all of its

17  customers and all of its business.

18      8.      Pilot Power does not have sufficient credit facilities available to voluntarily or

19  involuntarily finance WCE's post-petition operations.  Without emergency relief from this Court

20  to release Pilot Power from serving as the SC for WCE, Pilot Power may be forced to file its own

21  petition under Chapter 11 to enable it to terminate the Agreement with WCE and cease being

22  involuntarily compelled to finance WCE's energy purchases and operations through serving as the

23  designated SC for the WCE load.

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed this 10th day of June, 2021, at San Diego, California.

26

27      _____

28      Ian M. Middleton

EXHIBIT 1

**From:** David M. Goodrich <dgoodrich@wgllp.com>
**Sent:** Monday, June 7, 2021 12:39 PM
**To:** Peter Lianides <plianides@wghlawyers.com>; Marc Winthrop <mwinthrop@wghlawyers.com>
**Subject:** WCE

Peter and Marc:

Western Community Energy asked that I confidentially provide updated budget figures to your client.  Given the effect WCE's potential failure could have on Pilot, WCE felt your client should not be caught by surprise if CAISO payments are not made.

We're happy to discuss.

Thanks,

David M. Goodrich
**Weiland Golden Goodrich LLP**
650 Town Center Dr., Suite 600
Costa Mesa, CA 92626
Tele: (714) 966-1000

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

EXHIBIT 1 - PAGE 1

CONFIDENTIAL AND PRIVILEGED INFORMATION FOR SETTLEMENT DISCUSSIONS
SUBJECT TO CALIFORNIA EVIDENCE RULE 1152, FEDERAL EVIDENCE RULE 408 AND CPUC RULE 12.6

**Working Draft of Cash Flow Projections**
**WCE Operations**

| | Estimated Cash | Expenses that are permitted from Lockbox | Expenses for which funds are not available | |
|---|---|---|---|---|
| **June** | | | | |
| Starting Cash | $ 2,951,462 | | | |
| June Revenues | $ 9,639,108 | | | |
| June Hedged Expenses | | $ (2,390,530) | | |
| CAISO (Past Energy Costs) | | $ (1,794,413) | | |
| CAISO (Current Energy Costs - est $130/Mwh) | | $ (13,319,241) | | See Note 1, 2 |
| RA Due in June | | | $ (881,117) | |
| July RA provided by SCE | | | $ (556,483) | |
| | $ 12,590,570 | $ (17,504,184) | $ (1,437,600) | |
| | | | | |
| **Lockbox Deficit for June** | | $ (4,913,614) | | |
| **Cumulative Deficit for June** | | | $ (6,351,214) | |
| **July** | | | | |
| Revenues | $ 12,657,003 | | | |
| July Hedged Expenses | | $ (1,055,060) | | |
| CAISO (Current Energy Costs - est $130/Mwh) | | $ (22,408,906) | | See Note 1, 2 |
| RA Due in July | | | $ (4,136,105) | |
| | $ 12,657,003 | $ (23,463,966) | $ (4,136,105) | |
| | | | | |
| **Lockbox Deficit for July** | | $ (10,806,963) | | |
| **Cumulative Deficit for July** | | | $ (14,943,068) | |
| | | | | |
| **Cumulative Lockbox Deficit as of July 31** | | $ (15,720,577) | | |
| **Cumulative Operating Deficit as of July 31** | | | $ (21,294,282) | |
| | | | | |
| **Non-Current Operating Liabilities** | | | | |
| | | | | |
| Past Due Energy Bills | | | $ (4,355,779) | |
| Past Due to SCE | | | $ (5,700,000) | See Note 3 |
| Past Due to Barclays | | | $ (10,489,455) | |
| Past Due to WRCOG | | | $ (1,528,851) | See Note 4 |
| Past Due Consulting Bills | | | $ (755,902) | |
| | | | | |
| Past Due Liabilities | | | $ (22,829,987) | |

Note 1 - Based of peak power price quotes of RFO results received in April
Note 2 - This would typcially be billed in arrears in following months, but WCE is assuming CAISO will start demanding earlier payment.
　　　　It is also important to show the actual cost of power in real time.
Note 3 - This is the amount claimed by SCE following drawdown on Barclays letters of credit
Note 4 - This includes cost reimbursements and short term advances for cash flow and excludes $3 million in startup costs

EXHIBIT 1 - PAGE 2

EXHIBIT 2

---------- Forwarded message ---------
From: **Casey Dailey** <cdailey@wrcog.us>
Date: Wed, Apr 28, 2021 at 10:34 AM
Subject: RE: Follow Up
To: Ian Middleton <ianm@edms-llc.com>
Cc: Craig Martin <cmartin@pilotpowergroup.com>, Denis Vermette <dvermette@edms-llc.com>

Ian,

Please find attached the most current pro forma.  Copying Denis and Craig here as well.  Once you've had a chance to review the document, I'm happy to arrange a call to discuss further.

Thanks and look forward to connecting soon.

Casey

*In light of COVID-19, WRCOG's office is closed to the public and staff are working remotely.  Emails and phone calls will be responded to as usual.*

Thank you,

Casey Dailey

Director of Energy & Environmental Programs

1

EXHIBIT 2 - PAGE 1

Western Riverside Council of Governments

3390 University Avenue, Suite #200

Riverside, CA 92501

Phone:  (951) 405-6720

Mobile:  (951) 235-5125

www.wrcog.us


"Respect Local Control...Provide Regional Perspective...Make a Difference"




**From:** Ian Middleton <ianm@edms-llc.com>
**Sent:** Wednesday, April 28, 2021 10:18 AM
**To:** Casey Dailey <cdailey@wrcog.us>
**Subject:** Re: Follow Up


Thanks for the update, Casey.




Ian Middleton

Chief Executive Officer

Energy Data Management Services, LLC




On Wed, Apr 28, 2021 at 9:19 AM Casey Dailey <cdailey@wrcog.us> wrote:

> Hi Ian
>
> Thanks for the follow-up and apologies for not responding sooner.  I'll get with Andrew this morning and have him send over the most recent pro forma that was developed along with the underlying assumptions and we'll go from there.

2

EXHIBIT 2 - PAGE 2

Thanks again

Casey


*In light of COVID-19, WRCOG's office is closed to the public and staff are working remotely. Emails and phone calls will be responded to as usual.*


Thank you,


Casey Dailey

Director of Energy & Environmental Programs

Western Riverside Council of Governments

3390 University Avenue, Suite #200

Riverside, CA 92501

Phone:  (951) 405-6720

Mobile:  (951) 235-5125

www.wrcog.us


"Respect Local Control...Provide Regional Perspective...Make a Difference"




**From:** Ian Middleton <ianm@edms-llc.com>
**Sent:** Monday, April 26, 2021 9:36 AM
**To:** Casey Dailey <cdailey@wrcog.us>
**Subject:** Re: Follow Up


Good Morning Casey:

3

EXHIBIT 2 - PAGE 3

I hope you had a great weekend.

Just wanted to see if you are still planning to send over your pro forma.

I look forward to hearing from you soon.

Thanks,

Ian Middleton

Chief Executive Officer

Energy Data Management Services, LLC

On Mon, Apr 19, 2021 at 12:49 PM Ian Middleton <ianm@edms-llc.com> wrote:

Casey:

Following up to see where we stand on this.  Please advise.

Thanks,

Ian Middleton

Chief Operating Officer

Pilot Power Group, LLC

4

EXHIBIT 2 - PAGE 4

On Fri, Apr 16, 2021 at 4:25 PM Ian Middleton <ianm@edms-llc.com> wrote:

Casey:

Thanks for the time this afternoon.

I just wanted to memorialize the path forward we discussed.

1) WCE will provide Pilot with the internally prepared pro forma, along with underlying assumptions, we discussed on our call.

2) Pilot will review the revenue side of the pro forma it prepared to confirm that the revenue calculated ties to the latest rates approved by WCE.

3) Pilot will compare the two models to identify the sources of the discrepancies.

4) Once we have a model that is both reasonable and presentable, we will share with the PSA candidate we have discussed.

Again, thanks for the time.  I look forward to hearing from you soon.

Have a great weekend.

Ian Middleton

Chief Operating Officer

Pilot Power Group, LLC

EXHIBIT 2 - PAGE 5

# Summary

EXHIBIT 2 - PAGE 6

Summary

| Case | Total Base Retail Revenues (after deliquency reserves) | Total PCA Revenues (after deliquency reserves) | Total RSA Revenues (after deliquency reserves) | Total RUA Revenues (after deliquency reserves) | Total Retail Revenues (after deliquency reserves) | Total Power Supply costs | Total O&M Costs | Total Net Income | Ending Cashflow Balance at the end of 5 years |
|---|---|---|---|---|---|---|---|---|---|
| Base Case | $559,842,996 | $9,498,505 | $72,896,093 | $106,549,337 | $748,786,931 | $576,782,622 | $22,777,108 | $149,227,201 | $101,966,803 |

**Scenario Description:**

| | | |
|---|---|---|
| 1 | 20% rate increase on March 15, 2021 | Completed |
| 2 | PCA implemented from May 1, 2021 thru December 31, 2021 | Completed |
| 3 | 3% quarterly Rate Stabilization Adjustment (RSA/PCA) for 5 consecutive quarters commencing July 1, 2021 | Under consideration |
| 4 | Fiscal year Rate Utilization Adjustment (RUA/PCA) commencing July 1, 2021 on the following schedule: | Under consideration |

| | |
|---|---|
| 1-Jul-21 | 10% |
| 1-Jul-22 | 5% |
| 1-Jul-23 | 5% |
| 1-Jul-24 | 5% |
| 1-Jul-25 | 5% |

EXHIBIT 2 - PAGE 7

EXHIBIT 2 - PAGE 8

# Monthly Cashflows

| | 1/1/2021 | 2/1/2021 | 3/1/2021 | 4/1/2021 | 5/1/2021 | 6/1/2021 | 7/1/2021 | 8/1/2021 | 9/1/2021 | 10/1/2021 | 11/1/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RPS - 2020 | | | | $5,483,000 | | | | | $4,500,000 | | |
| RA - 2020 Edison | | $900,000 | | $1,280,000 | | | | | | | |

| Case | 1/1/2021 | 2/1/2021 | 3/1/2021 | 4/1/2021 | 5/1/2021 | 6/1/2021 | 7/1/2021 | 8/1/2021 | 9/1/2021 | 10/1/2021 | 11/1/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Case | $4,196,428 | $1,965,640 | $2,754,051 | $357,523 | ($1,468,930) | ($11,582,150) | ($15,925,185) | ($22,081,778) | ($28,164,542) | ($38,322,561) | ($36,997,115) |

| Loan | | | | | $40,000,000 | | | $4,500,000 | | $4,500,000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Case | 1/1/2021 | 2/1/2021 | 3/1/2021 | 4/1/2021 | 5/1/2021 | 6/1/2021 | 7/1/2021 | 8/1/2021 | 9/1/2021 | 10/1/2021 | 11/1/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Case | $4,196,428 | $1,965,640 | $2,754,051 | $357,523 | $38,531,070 | $28,417,850 | $24,074,815 | $17,918,222 | $11,835,458 | $1,677,439 | $3,002,885 |

Worst Monthly Cashflow Commencing May 1, 2021):  $142,862

Input Key:  [2]

2 - if 2021 and 2022 SCE RA payments are paid when due and 2020 RA payment past due is amortized per BBK's proposal dated 4/27/2021
3 - if 2021 and 2022 SCE RA payments are paid when due and 2020 RA payment past due is amortized in 12 months commencing June 2021 with the following

Jun 2021 - Sep 2021   $500,000  /month
Oct 2021 - May 2022   $1,359,859  /month

EXHIBIT 2 - PAGE 9

EXHIBIT 2 - PAGE 10

| | 12/1/2021 | 1/1/2022 | 2/1/2022 | 3/1/2022 | 4/1/2022 | 5/1/2022 | 6/1/2022 | 7/1/2022 | 8/1/2022 | 9/1/2022 | 10/1/2022 | 11/1/2022 | 12/1/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $2,588,870 | | | | | | | | | | | | |
| | ($35,436,070) | ($34,057,970) | ($39,652,369) | ($39,857,138) | ($39,714,512) | ($37,764,170) | ($35,393,196) | ($28,641,331) | ($24,221,354) | ($21,068,544) | ($20,378,165) | ($19,337,857) | ($18,225,357) |
| | $4,563,930 | $5,942,030 | $347,631 | $142,862 | $285,488 | $2,235,830 | $4,606,804 | $11,358,669 | $15,778,646 | $18,931,456 | $19,621,835 | $20,662,143 | $21,774,643 |

schedule

| 1/1/2023 | 2/1/2023 | 3/1/2023 | 4/1/2023 | 5/1/2023 | 6/1/2023 | 7/1/2023 | 8/1/2023 | 9/1/2023 | 10/1/2023 | 11/1/2023 | 12/1/2023 | 1/1/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($17,211,394) | ($13,305,542) | ($17,159,940) | ($16,604,922) | ($14,590,243) | ($10,603,314) | ($3,338,316) | $2,746,940 | $7,899,960 | $10,279,537 | $12,156,390 | $13,930,500 | $15,604,440 |
| | | | | | | | | | | | | ($10,900,000) |

| 1/1/2023 | 2/1/2023 | 3/1/2023 | 4/1/2023 | 5/1/2023 | 6/1/2023 | 7/1/2023 | 8/1/2023 | 9/1/2023 | 10/1/2023 | 11/1/2023 | 12/1/2023 | 1/1/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $22,788,606 | $26,694,458 | $22,840,060 | $23,395,078 | $25,409,757 | $29,396,686 | $36,661,684 | $42,746,940 | $47,899,960 | $50,279,537 | $52,156,390 | $53,930,500 | $45,604,440 |

EXHIBIT 2 - PAGE 11

EXHIBIT 2 - PAGE 12

| 2/1/2024 | 3/1/2024 | 4/1/2024 | 5/1/2024 | 6/1/2024 | | 7/1/2024 | 8/1/2024 | 9/1/2024 | 10/1/2024 | 11/1/2024 | 12/1/2024 | | 1/1/2025 | 2/1/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $17,166,490 | $18,193,819 | $19,162,492 | $21,606,956 | $26,124,917 | ($20,000,000) | $34,170,772 | $41,107,432 | $47,138,454 | $50,222,590 | $52,594,689 | $54,781,780 | ($30,000,000) | $56,869,687 | $58,857,841 |

| 2/1/2024 | 3/1/2024 | 4/1/2024 | 5/1/2024 | 6/1/2024 | 7/1/2024 | 8/1/2024 | 9/1/2024 | 10/1/2024 | 11/1/2024 | 12/1/2024 | 1/1/2025 | 2/1/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $47,166,490 | $48,193,819 | $49,162,492 | $51,606,956 | $56,124,917 | $54,170,772 | $61,107,432 | $67,138,454 | $70,222,590 | $72,594,689 | $74,781,780 | $66,869,687 | $68,857,841 |

EXHIBIT 2 - PAGE 13

$6,383,000
$12,868,870
$19,251,870

| 3/1/2025 | 4/1/2025 | 5/1/2025 | 6/1/2025 | 7/1/2025 | 8/1/2025 | 9/1/2025 | 10/1/2025 | 11/1/2025 | 12/1/2025 |
|---|---|---|---|---|---|---|---|---|---|
| $60,315,859 | $61,727,727 | $64,643,657 | $69,740,608 | $78,555,428 | $86,390,839 | $93,348,692 | $97,176,571 | $99,621,990 | $101,966,803 |

($40,000,000)

| 3/1/2025 | 4/1/2025 | 5/1/2025 | 6/1/2025 | 7/1/2025 | 8/1/2025 | 9/1/2025 | 10/1/2025 | 11/1/2025 | 12/1/2025 |
|---|---|---|---|---|---|---|---|---|---|
| $70,315,859 | $71,727,727 | $74,643,657 | $79,740,608 | $78,555,428 | $86,390,839 | $93,348,692 | $97,176,571 | $99,621,990 | $101,966,803 |