PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
ALI MATIN, SBN 268452
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    ali.matin@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>CHAPTER 9<br><br>**UNITED STATES TRUSTEE'S STATEMENT REGARDING PILOT POWER GROUP LLC'S EMERGENCY MOTION [DOCKET 40] AND COURT'S JUNE 11, 2021 SEALING ORDER [DOCKET 47]**<br><br>Hearing Information:<br>Date:    June 16, 2021<br>Time:    2:00 p.m.<br>Place:    Courtroom 302<br>    3420 Twelfth Street<br>    Riverside, CA 92501 |

1

## I. Preliminary statement.

The U.S. Trustee takes no position as to Pilot Power Group LLC's *Emergency Motion for Order Compelling Immediate Rejection of Executory Contract, and for Relief from the Automatic Stay* [Dkt. 40]; however, the U.S. Trustee does object to the sealing of documents and redactions in Pilot Power's application for a sealing order [Dkt. 46], which the Court granted [Dkt. 47] on an emergency basis.

In its application, Pilot Power requested that the Court file under seal (1) portions of an email and spreadsheet regarding Debtor's financial projections, which Debtor forwarded to Pilot Power under a cover email labeling the material as "confidential and privileged information for settlement discussions;" and (2) portions of a declaration from Pilot Power's COO, which discuss the "confidential" information. Dkt. 46 (2:2–5; Declaration of Marc J. Winthrop ("Winthrop Decl.") ¶ 2.). Pilot Power does not itself appear to consider the information as confidential or settlement communications. *Id*. (2:21–23; 4:7–8).

Neither 11 U.S.C. § 107 ("Section 107"), which governs sealing orders in bankruptcy, nor Federal Rule of Evidence ("FRE") 408, which Debtor cites in its email to Pilot Power, authorizes the sealing of a Debtor's financial projections. Accordingly, the Court should unseal the documents under Federal Rule of Bankruptcy Procedure ("FRBP") 9037(c) or, alternatively, set a briefing schedule regarding the propriety of maintaining the seal.

## II. Section 107 does not authorize the sealing of Debtor's financial projections.

Section 107(a) codifies a strong presumption in favor of public access to all documents filed in bankruptcy cases with few exceptions. The statute "is rooted in the right of public access to judicial proceedings, a principle long-recognized in the common law and buttressed by the First Amendment." *In re Crawford*, 194 F.3d 954, 960 (9th Cir. 1999). "This governmental interest is of ***special importance in the bankruptcy arena***, as unrestricted access to judicial records fosters confidence among creditors regarding the fairness of the bankruptcy system." *Id*. (emphasis added). "The enactment of a blanket open access rule . . . fosters public confidence in a way that a regime shot through with exceptions might not." *Id*.

The exceptions to Section 107(a), listed in subsections (b) and (c), are limited and include "trade secret or confidential research, development, or commercial information"; "scandalous or defamatory matter"; and personally identifiable information. 11 U.S.C § 107(b), (c).

In its sealing application, Pilot Power presents no argument or evidence that Debtor's financial projections fall within any of these categories; nor does it even cite Section 107. In fact, Pilot Power appears doubtful that Debtor's materials deserve confidentiality, stating that it requests a sealing order "out of an abundance of caution" and "in deference to the Debtor." Dkt. 40 (2:4–5; 20:20). Yet, Debtor's financial condition—the material Pilot Power seeks to seal—is precisely the type of information that is subject to disclosure in bankruptcy, *not* secrecy, particularly at the initial stages of a chapter 9 case where the Court must determine eligibility. *See* 11 U.S.C. § 109(c)(3) (debtor must be insolvent to be eligible for chapter 9); *In re City of Stockton, Cal.*, 493 B.R. 772, 788 (Bankr. E.D. Cal. 2013) (stating that "[t]hree types of insolvency inform the § 109(c)(3) analysis: cash insolvency; budget insolvency; and service delivery insolvency"). Accordingly, Pilot Power has not satisfied Section 107 and the financial projections should not be sealed.

### III.   FRE 408 does not authorize the sealing of settlement communications.

"Federal Rule of Evidence 408 is not an independent ground for sealing a judicial record." *Bofi Fed. Bank v. Erhart*, 2016 WL 4595536, at *3 (S.D. Cal. June 22, 2016). Rather, "[t]his rule provides evidence of offers to compromise 'is not admissible . . . either to prove or disprove the validity or amount of a disputed claim.'" *Id*. (quoting FRE 408). "'Inadmissibility' and 'confidentiality' are not synonymous." *Id*. "Therefore, the fact that a document may not be admitted into evidence in of itself does not constitute good cause for placing the document under seal." *Id*.

In its application, Pilot Power states that it was *not* engaged in settlement discussions with Debtor, but that Debtor apparently forwarded financial information to Pilot Power under a "settlement communications" cover unilaterally. Dkt. 46 (Winthrop Decl. ¶ 2). Even if the Court were to construe Debtor's transmittal to Pilot Power as a settlement communication, that determination is an insufficient basis to seal the material.

### IV.   Conclusion.

Debtor has filed a chapter 9 case in its capacity as a "municipality," which the Code defines as a "political subdivision or public agency or instrumentality of a State." 11 U.S.C § 101(40). With few exceptions, the public's right to transparency and to access documents in a public tribunal—particularly documents of a publicly related agency—should be given deference, as required by the Code. Neither

Section 107 nor FRE 408 provides a basis to seal Debtor's financial projections, and the record here does not support a sealing order.

The U.S. Trustee was not afforded a sufficient opportunity to object to Pilot Power's sealing application and present to the Court these concerns, which not only affect interested parties but the public at large. Accordingly, the U.S. Trustee requests that the Court unseal the documents it sealed by its June 11, 2021 order under FRBP 9037(c) or, alternatively, set a briefing schedule regarding the propriety of maintaining the seal.

Dated: June 14, 2021

PETER C. ANDERSON
UNITED STATES TRUSTEE

By:  /s/ Ali Matin
     Ali Matin
     Trial Attorney

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3801 University Avenue, Suite 720
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **UNITED STATES TRUSTEE'S STATEMENT REGARDING PILOT POWER GROUP LLC'S EMERGENCY MOTION [DOCKET 40] AND COURT'S JUNE 11, 2021 SEALING ORDER [DOCKET 47]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 14, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

(See attached Electronic Mail Notice List)

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 14, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501

(See attached creditor mailing matrix)

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 14, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Delivery
Hon. Scott Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2021 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                           **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:21-bk-12821-SY

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Bashar Ahmad**    bahmad@boutinjones.com, cdomingo@boutinjones.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com
- **Seth Goldman**    seth.goldman@mto.com
- **David M Goodrich**    dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com
- **Everett L Green**    everett.l.green@usdoj.gov
- **Anna Gumport**    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
- **Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Lindsey E Kress**    lkress@lockelord.com, hayli.holmes@lockelord.com
- **Peter W Lianides**    plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
- **Thomas G Mouzes**    tmouzes@boutinjones.com, cdomingo@boutinjones.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **Clifford W Stevens**    dsupnet@neumiller.com
- **Jason D Strabo**    jstrabo@mwe.com, cfuraha@mwe.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Joseph M VanLeuven**    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
- **Marc J Winthrop**    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:21-bk-12821-SY<br>Central District of California<br>Riverside<br>Mon Jun 14 09:49:01 PDT 2021 | Exelon Generation Company, LLC<br>c/o Ballard Spahr LLP<br>2029 Century Park East<br>Suite 1400<br>Los Angeles, CA 90067-2915 | Pilot Power Group, LLC<br>8910 University Center Lane, Suite 520<br>San Diego, CA 92122-1026 |
| River City Bank<br>c/o Boutin Jones Inc.<br>Thomas G. Mouzes<br>Mark Gorton<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814-4603 | Western Community Energy<br>3390 University Avenue, Suite 200<br>Riverside, CA 92501-3314 | ~~Riverside Division~~<br>~~3420 Twelfth Street,~~<br>~~Riverside, CA 92501-3819~~ |
| ACES<br>4140 West 99th Street<br>Carmel, IN 46032-7731 | BP Energy Company<br>Attn: Rob H. Gorski<br>201 Helios Way<br>Houston, TX 77079-2678 | Barclays Bank PLC<br>Attn: Cassandra Bolz<br>1301 6th Avenue<br>New York, NY 10019-6022 |
| Best Best & krieger LLP<br>3390 University Avenue, 5th Floor<br>Riverside, CA 92501-3369 | Calpine Energy Solutions<br>Attn: Josh Brock<br>401 W A Street, #500<br>San Diego, CA 92101-7991 | Constellation<br>1310 Point Street, 8th Floor<br>Baltimore, MD 21231-3380 |
| EES Consulting<br>Attn: Gary Saleba<br>1601 Carmen Drive, Suite 215H<br>Camarillo, CA 93010-3105 | Elk Hills Power<br>4026 Sky Line Road<br>PO Box 460<br>Tupman, CA 93276-0460 | Endersponse, Inc.<br>Attn: Emily McPhail<br>2901 West Coast Highway, Suite 200<br>Newport Beach, CA 92663-4045 |
| Exelon Generation Company, LLC<br>1310 Point Street<br>8th Floor<br>Baltimore, MD 21231-3380 | Morgan Stanley Capital Group<br>Attn: Commodities Department<br>1585 Broadway, 3rd Floor<br>New York, NY 10036-8293 | NRG Power Marketing LLC<br>Attn: Joseph A. Holtman<br>804 Cernegie Center<br>Princeton, NJ 08540-6023 |
| Nextera Energy Marketing, LLC<br>Attn: Mark Palanchian<br>700 Universe Blvd.<br>North Palm Beach, FL 33408-2657 | OhmConnect, Inc.<br>Attn: Matt Duesterberg<br>610 16th Street, Suite M20<br>Oakland, CA 94612-1282 | OneEnergy, Inc.<br>Attn: Bill Eddie<br>2003 Western Avenue, Suite 225<br>Seattle, WA 98121-2178 |
| PFM Financial Advisors, LLC<br>601 S. Figueroa Street<br>Suite 4500<br>Los Angeles, CA 90017-5703 | PIP Printing<br>4093 Market Street<br>Riverside, CA 92501-3542 | Pacific Gas and Electric Company<br>Attn: Ted Yuba<br>245 Market Street<br>San Francisco, CA 94105-1702 |
| Pilot Power Group<br>AttN: Denis Vermette<br>8910 University Center Lane<br>San Diego, CA 92122-1026 | Pilot Power Group, Inc.<br>Attn: Contract Administration<br>8910 University Center Lane, Suite<br>San Diego, CA 92122-1026 | Pioneer Community Energy<br>804 Carnegie Ctr.<br>Princeton, NJ 08540-6023 |
| PowerEx Corp., Attn: Mgr. Contracts<br>666 Burrard Street, Suite 1300<br>Vancouver, BC V6c 2X8<br>Canada | River City Bank<br>2485 Natomas Park Drvie<br>Riverside, CA 95833-2975 | Shell Energy North America (USA)<br>Contract North America<br>1000 Main Street, Level 12<br>Houston, TX 77002-6336 |

| | | |
|---|---|---|
| Southern California Edison<br>Energy Contract Management<br>2244 Walnut Grove Ave.<br>Rosemead, CA 91770-3714 | The Creative Bar<br>Attn: Justine Lawler<br>38750 Sky Canyon Drive, Suite C<br>Murrieta, CA 92563-2564 | The Energy Authority, Inc.<br>Attn: Daren Anderson<br>301 W. Bay Street, Suite 2600<br>Jacksonville, FL 32202-5103 |
| TransAlta<br>110-12 Avenue SW<br>Calgary, Alberta T2P 2MI<br>Canada | Tullett Prebon Americas Corp.<br>32123 Lindero Canyon Road<br>Westlake Village, CA 91361-4204 | ~~United States Trustee (RS)~~<br>~~3801 University Avenue, Suite 720~~<br>~~Riverside, CA 92501-3255~~ |
| WRCOG<br>3390 University Ave., Suite 200<br>Riverside, CA 92501-3315 | ~~Beth Gaschen~~<br>~~Weiland Golden Goodrich LLP~~<br>~~650 Town Center Dr Ste 600~~<br>~~Costa Mesa, CA 92626-7121~~ | ~~David M Goodrich~~<br>~~Weiland Golden Goodrich LLP~~<br>~~650 Town Center Drive, Suite 600~~<br>~~Costa Mesa, CA 92626-7121~~ |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Barclays Bank PLC | (u)Calpine Energy Solutions, LLC | (u)Courtesy NEF |
| (u)Pioneer Community Energy | (u)Request Courtesy Notification | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     5<br>Total                   43 |