Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Western Community Energy |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | 6:21-bk-12821 SY |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BP Energy Company Attn: Rob H. Gorski 201 Helios Way Houston, TX 77079 | Rob H. Gorski Andrea Lewis Andrea.Lewis@bp.com (832) 619-3799 | Hedged Energy | Contingent - subject to mitigation of potential damages | | | $10,497,585.00 |
| Morgan Stanley Capital Group Attn: Commodities Department 1585 Broadway, 3rd Floor New York, NY 10036-8293 | commondconfsny@morganstanley.com (914) 225-4300 (914) 750-0408 [fax] | Hedged Energy | Contingent - subject to mitigation of potential damages | | | $10,397,608.00 |
| WRCOG 3390 University Ave., Suite 200 Riverside, CA 92501 | Christopher J. Gray (951) 405-6710 cgray@wrcog.us | Management Services | | | | $4,406,473.00 |
| Constellation 1310 Point Street, 8th Floor Baltimore, MD 21231 | Contract Administration exeloncontractsupport@exeloncorp.com (410) 470-3485 | Renewable portfolio standards | Contingent - subject to mitigation of potential damages | | | $3,519,464.00 |
| Barclays Bank PLC 1301 6th Avenue New York, NY 10019 | Cassandra Boltz | Cash facility/revolving line of credit | | $10,489,455.13 | $1,033,000.00 | $9,456,455.13 |
| Elk Hills Power 4026 Sky Line Road PO Box 460 Tupman, CA 93276 | Valerie Bantner Peo, Esq vbantnerpeo@buchalter.com Tony Ziobro Anthony.Ziobro@crc.com (661) 763-2726 Joseph Alves Joe.Alves@rcr.com (562) 999-8632 | Resource adequacy | Contingent - subject to mitigation by creditor | | | $3,272,500.00 |

| Debtor | **Western Community Energy** | Case number (if known) | **6:21-bk-12821 SY** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Shell Energy North America (USA) Contract North America 1000 Main Street, Level 12 Houston, TX 77002 | Contracts North America (877) 504-2491 | Resource adequacy | Contingent, unliquidated - subject to mitigation of potential damages | | | $2,551,200.00 |
| Southern California Edison Energy Contract Management 2244 Walnut Grove Ave. Rosemead, CA 91770 | Seth Goldman, Esq. seth.goldman@mto.com Director, Energy Contracts Manager energycontracts@sce.com | Service contract, resource adequacy | | $9,298,000.00 | $279,446.99 (setoff rights disputed) | $9,018,553.01 |
| TransAlta 110-12 Avenue SW Calgary, Alberta T2P 2MI Canada | contractadmin@transalta.com (403) 267-7255 | Hedged energy | Contingent - subject to mitigation of potential damages | | | $2,117,550.00 |
| NRG Power Marketing LLC Attn: Managing Member 804 Carnegie Center Princeton, NJ 08540 | Joseph A. Holtman | Resource adequacy | Contingent - subject to mitigation of potential damages | | | $1,980,000.00 |
| Enersponse, Inc. 2901 West Coast Highway, Suite 200 Newport Beach, CA 92663 | Emily McPhail emcphail@enersponse.com (949) 734-0043 | Resource adequacy | Contingent - subject to mitigation of potential damages | | | $1,941,000.00 |
| Exelon Generation Company, LLC 1310 Point Street 8th Floor Baltimore, MD 21231 | Amanda DeWeese Amanda.DeWeese@constellation.com (410) 470-3485 | Resource adequacy | Contingent - subject to mitigation of potential damages | | | $1,500,000.00 |
| OhmConnect, Inc. 610 16th Street, Suite M20 Oakland, CA 94612 | Matt Duesterberg finance@ohmconnect.com | Resource adequacy | Contingent, unliquidated - subject to mitigation of potential damages | | | $742,000.00 |
| Pacific Gas and Electric Company 245 Market Street San Francisco, CA 94105 | Ted Yura ted.yura@pge.com (415) 828-3350 | Resource adequacy | Contingent, unliquidated - subject to mitigation of potential damages | | | $543,500.00 |
| Calpine Energy Solutions 401 W A Street, #500 San Diego, CA 92101 | Josh Brock Josh.Brock@calpinesolutions.com (858) 231-3727 | Consultant services | | | | $454,339.15 |

| Debtor | **Western Community Energy** | | Case number *(if known)* | **6:21-bk-12821 SY** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pilot Power Group, Inc.  Attn: Contract Administration  8910 University Center Lane, Suite  San Diego, CA 92122 | Marc Winthrop, Esq.  mwinthrop@wghlawyers.com  (949) 720-4110  Denis Vermette  dvermette@edms-llc.com  (858) 678-0118-ex. 101 | Consultant, hedged energy, renewable portfolio standards | | | | $398,217.08 |
| Pioneer Community Energy  804 Carnegie Ctr.  Princeton, NJ 08540-6023 | San Kang  Sam@PioneerCommunityEnergy.ca.gov  Brian Zard  BrianZ@PioneerCommunityEnergy.ca.gov  (916) 758-8950 | Resource adequacy | Contingent, unliquidated - subject to mitigation of potential damages | | | $391,375.00 |
| EES Consulting  1601 Carmen Drive, Suite 215H  Camarillo, CA 93010 | Gary Saleba  gary.selba@gdsassocaites.com  (425) 889-2700 | Consulting services | | | | $36,390.00 |
| PFM Financial Advisors, LLC  601 S. Figueroa Street  Suite 4500  Los Angeles, CA 90017 | Michael Berwanger  Berwangerm@pfm.com | Consulting services | | | | $21,400.00 |

6/16/21 2:56PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Western Community Energy** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:21-bk-12821 SY** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 16, 2021**    X /s/ A. Ruiz
Signature of individual signing on behalf of debtor

**Andrew Ruiz**
Printed name

**Chief Financial Officer, WRCOG**
Position or relationship to debtor