WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

FILED & ENTERED

JUL 28 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY potier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**ORDER GRANTING IN PART MOTION FOR ENTRY OF ORDER: (1) APPROVING FORM OF NOTICE AND DIRECTING COURT CLERK TO MAIL NOTICE; AND (2) SETTING DEADLINE FOR FILING OBJECTIONS TO DEBTOR'S ELIGIBILITY**<br><br>Hearing:<br>Date:    July 22, 2021<br>Time:    1:30 p.m.<br>Place:    3420 Twelfth Street<br>            Courtroom 302<br>            Riverside, CA 92501 |

On July 22, 2021 at 1:30 p.m. a hearing was held on the Motion for Entry of Order: (1) Approving Form of Notice and Directing Court Clerk to Mail Notice; and (2) Setting Deadline for Filing Objections to Debtor's Eligibility ("Motion")[1] [Docket no. 84] filed by Western Community Energy ("Debtor"), debtor in the above-captioned chapter 9 bankruptcy case.  Appearances were as noted on the record.  The court having reviewed

---

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

the Motion, the notice of the Motion, the evidence submitted in support of the Motion, and related pleadings, and finding service proper and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted in part as follows:

2. The revised form of the Notice that is attached hereto as Exhibit 1 is approved and shall be served by Debtor no later than July 30, 2021 on (i) all parties who have filed requests for notice, (ii) all parties in interest, including government agencies, and (iii) all creditors listed on the § 924 List of Creditors filed on June 17, 2021 as docket number 70.

3. The proposed manner of publication of the notice in the *Riverside Press-Enterprise* and *The Bond Buyer* is approved.

4. The deadline for filing objections to Debtor's eligibility is August 26, 2021.

5. A status conference on the debtor's eligibility and any potential objections is set for September 16, 2021 at 1:30 p.m.

6. The deadline to file a reply brief is September 9, 2021.

###

Date: July 28, 2021

Scott H. Yun
United States Bankruptcy Judge

**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone     714-966-1000
Facsimile     714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**NOTICE OF COMMENCEMENT OF CHAPTER 9 CASE AND RELATED DEADLINES** |

**TO ALL CREDITORS OF WESTERN COMMUNITY ENERGY, AND TO PARTIES-IN-INTEREST, PLEASE TAKE NOTICE THAT:**

**COMMENCEMENT OF CHAPTER 9 CASE.** On May 24, 2021, Western Community Energy ("WCE") commenced a case under chapter 9 of title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Riverside Division ("Court"). The chapter 9 case is pending before the Honorable Scott H. Yun, United States Bankruptcy Judge. All documents filed with the Court are available for inspection via the PACER system, which may be accessed on a subscription basis at the following internet address: https://pacer.uscourts.gov/.

**AUTOMATIC STAY.** Pursuant to 11 U.S.C. §§ 362 and 922, the filing of WCE's chapter 9 petition operates as an automatic stay of actions against WCE, including,

among other things, the enforcement of any judgment, any act to obtain property from WCE, any act to create, perfect, or enforce any lien against property of WCE, any act to collect, access or recover a claim against WCE, and the commencement or continuation of any judicial, administrative, or any other action or proceeding against WCE or against an officer of WCE that seeks to enforce a claim against WCE.

**PURPOSE OF THE CHAPTER 9 FILING.** Chapter 9 of the Bankruptcy Code provides a means for a municipality that has encountered financial difficulty to work with its creditors to adjust its debts. In a chapter 9 case, the jurisdiction and powers of the bankruptcy court are limited such that the court may not interfere with any of the political or governmental powers of WCE, or WCE's use or enjoyment of any income-producing property. WCE intends to propose a plan for adjustment of its debts. Further notice concerning any such plan will be provided to all known creditors. During the bankruptcy case, WCE will remain in possession and control of its property.

**DEADLINE FOR OBJECTIONS TO ELIGIBILITY AND ENTRY OF AN ORDER FOR RELIEF.** Objections to the chapter 9 petition or WCE's eligibility to be a debtor under chapter 9 may be filed by a creditor or party in interest by no later than 5:00 p.m. Pacific Standard Time on August 26, 2021. If you are an authorized user of the Court's CM/ECF system, any such objection shall be filed via the Court's CM/ECF system. If you are not an authorized user of the Court's CM/ECF system, a written objection must be sent by means calculated to reach the Court no later than noon on August 26, 2021 at the following address: The Clerk of the United States Bankruptcy Court for the Central District of California, Riverside Division, 3420 Twelfth Street, Riverside, California 92501-3819, to ensure it is filed by the deadline, and may be filed in person at the intake counter. Any objection shall state the facts and legal authorities relied upon in support thereof, and shall be served on or before the same date on the following parties: (1) the United States Trustee; (2) WCE; (3) WCE's attorneys; and (4) creditors listed on the § 924 Creditors List filed June 17, 2021 as docket number 70.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

1  **HEARING ON OBJECTIONS.** If no objection is timely filed, the filing of the petition shall be deemed an order for relief under chapter 9 of the Bankruptcy Code, and this Notice shall be deemed notice of such order for relief. If a timely objection is filed and served, the Court has set a status conference on September 16, 2021 at 1:30 p.m. Pacific Standard Time at the United States Bankruptcy Court for the Central District of California, Riverside Division, 3420 Twelfth Street, Courtroom 302, Riverside, California 92301-3819. At such time, the Court will consider setting other dates. **FAILURE TO FILE A TIMELY WRITTEN OPPOSITION WILL RESULT IN THE ORDER FOR RELIEF BEING ENTERED.**

Dated: July   , 2021                          WEILAND GOLDEN GOODRICH LLP


                                              By: _____
                                              DAVID M. GOODRICH
                                              RYAN W. BEALL
                                              Counsel for Chapter 9 Debtor
                                              Western Community Energy