PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
ALI MATIN, SBN 268452
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:     (951) 276-6973
Email:          ali.matin@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| In re: | Case No. 6:21-bk-12821-SY |
|---|---|
| WESTERN COMMUNITY ENERGY, | CHAPTER 9 |
| Debtor. | **UNITED STATES TRUSTEE'S STATEMENT REGARDING APPOINTMENT OF CREDITORS' COMMITTEE** |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, AND ALL INTERESTED PARTIES:**

The United States Trustee ("U.S. Trustee") advises the Court that a committee under 11 U.S.C. §§ 901 and 1102 has not been appointed because of an insufficient number of unsecured creditors willing or able to serve on an unsecured creditors committee. The U.S. Trustee reserves the right to appoint such a committee should interest develop among the creditors.

Dated: August 16, 2021                              PETER C. ANDERSON
                                                    UNITED STATES TRUSTEE


                                                    By:  /s/ Ali Matin
                                                         Ali Matin
                                                         Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3801 University Avenue, Suite 720
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **UNITED STATES TRUSTEE'S STATEMENT REGARDING APPOINTMENT OF CREDITORS' COMMITTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 16, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

(See attached Electronic Mail Notice List)

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 16, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 16, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2021 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:21-bk-12821-SY

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Bashar Ahmad**    bahmad@boutinjones.com, cdomingo@boutinjones.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Seth Goldman**    seth.goldman@mto.com
- **David M Goodrich**    dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Everett L Green**    everett.l.green@usdoj.gov
- **Anna Gumport**    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
- **Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Lindsey E Kress**    lkress@lockelord.com, hayli.holmes@lockelord.com
- **Peter W Lianides**    plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
- **Ali Matin**    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
- **Thomas G Mouzes**    tmouzes@boutinjones.com, cdomingo@boutinjones.com
- **David L. Neale**    dln@lnbyb.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **Brandy A Sargent**    brandy.sargent@klgates.com, litigation.docketing@klgates.com
- **Bradley R Schneider**    bradley.schneider@mto.com
- **Clifford W Stevens**    dsupnet@neumiller.com
- **Jason D Strabo**    jstrabo@mwe.com, cfuraha@mwe.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Joseph M VanLeuven**    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
- **Marc J Winthrop**    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
- **Nahal Zarnighian**    zarnighiann@ballardspahr.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    **James Addison Wright**
K & L Gates LLP
One Lincoln Street
Boston, MA 02111

## [Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

## [List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.