WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

**FILED & ENTERED**

**AUG 24 2021**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** potier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**ORDER GRANTING MOTION FOR ENTRY OF ORDER: (1) FIXING OCTOBER 1, 2021 BAR DATE FOR SECURED CLAIMS AND UNSECURED CLAIMS; (2) APPROVING FORM OF NOTICE OF BAR DATE; AND (3) AUTHORIZING DEBTOR TO PUBLISH AND TRANSMIT NOTICE OF BAR DATE TO CREDITORS AND PARTIES IN INTEREST BY NO LATER THAN AUGUST 31, 2021**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

The court having duly considered the *Motion for Entry of Order: (1) Fixing October 1, 2021 Bar Date for Secured Claims and Unsecured Claims; (2) Approving Form of Notice of Bar Date; and (3) Authorizing Debtor to Publish and Transmit Notice of Bar Date to Creditors and Parties in Interest by No Later Than August 31, 2021* filed August 3, 2021, as Docket No. 130 ("Motion"),[1] and for good cause shown,

///

///

///

---

[1] Capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

**IT IS ORDERED:**

1. The Motion is granted.

2. Secured claims and unsecured claims against WCE must be filed by October 1, 2021 in order to be considered timely.

3. The Bar Notice is approved.

4. The Debtor is authorized to publish and transmit the Bar Notice to all creditors and parties-in-interest by no later than August 31, 2021.

### 

Date: August 24, 2021

Scott H. Yun
United States Bankruptcy Judge