**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**STATUS REPORT RE: DEBTOR'S MOTION FOR ORDER SETTING DEADLINE FOR FILING OBJECTIONS TO DEBTOR'S ELIGIBILITY; DECLARATION OF DAVID M. GOODRICH**<br><br><u>Hearing Date, Time and Location:</u><br><br>Date:    September 16, 2021<br>Time:    1:30 p.m.<br>Ctrm:    302 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

Western Community Energy ("WCE"), debtor in the above-captioned chapter 9 bankruptcy case, submits this status report in connection with the Court's Order Granting, in part, WCE's Motion for Entry of Order: (1) Approving Form of Notice and Directing Court Clerk to Mail Notice; and (2) Setting Deadline for Filing of Objections to Debtor's Eligibility entered on July 28, 2021 as docket number 125 ("Order") and the status conference scheduled for September 16, 2021.

1336205.1

STATUS REPORT

### A. Notice of Bankruptcy Filing

The Order requires WCE to serve the revised form of *Notice of Commencement of Chapter 9 Case and Related Deadlines in the Press-Enterprise* ("Notice of Commencement") on all parties who filed requests for notice, all parties in interest, including government agencies, and all creditors listed in the § 924 List of Creditors no later than July 30, 2021. *See* Order, ¶ 2.

On July 28, 2021, the Notice of Commencement was filed with the Court and served all parties who filed requests for notice, all parties in interest, including government agencies, and all creditors listed in the § 924 List of Creditors. *See* **Exhibit A** to the Goodrich Dec.

The Order also requires WCE to publish the Notice of Commencement in the *Riverside Press-Enterprise* and the *Bond Buyer*. *See* Order, ¶ 3

The Notice of Commencement was published in the *Riverside Press-Enterprise* on July 29, 2021, August 5, 2021 and August 12, 2021. *See* **Exhibit B** to the Goodrich Dec. The Notice of Commencement was published in the *Bond Buyer* on July 29, 2021, August 5, 2021 and August 12, 2021. *See* Goodrich Dec.

### B. Deadline to Object to WCE's Eligibility

The Order requires all parties-in-interest to file objections to WCE's eligibility for chapter 9 no later than August 26, 2021. *See* Order, ¶ 4. As of September 2, 2021, no objections to WCE's eligibility have been filed and WCE's counsel received no objections to WCE's eligibility. *See* Docket, generally, and Goodrich Dec.

Section 921(d) requires the entry of an order for relief unless the petition is dismissed under § 921(c). Section 921(c) authorizes the dismissal of a petition if, after an objection to the petition is filed, the court determines that the petition was not filed in good faith or that the petition does not meet the requirements of Title 11 of the United States Code. 11 U.S.C. §§ 921(c) and (d).

WCE has submitted unrefuted evidence establishing its eligibility for chapter 9. See Declaration of Statement of Qualifications under Section 109 and Declaration of

Christopher J. Gray in Support. Docket No. 83. Because no objection to WCE's eligibility was filed, sufficient notice of WCE's bankruptcy case was provided, and evidence of WCE's eligibility provided without challenge, the Court should enter an order for relief.

Dated: September 2, 2021                    WEILAND GOLDEN GOODRICH LLP

                                            By:   /s/ David M. Goodrich
                                                  DAVID M. GOODRICH
                                                  RYAN W. BEALL
                                                  Counsel for Chapter 9 Debtor
                                                  Western Community Energy

# DECLARATION OF DAVID M. GOODRICH

I, David M. Goodrich, declare and state:

1. I am a partner at Weiland Golden Goodrich, LLP, bankruptcy counsel for Western Community Energy ("WCE"). I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the *Notice of Commencement of Chapter 9 Case and Related Deadlines in the Press-Enterprise* with proof of service that was filed with the Court on July 28, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an affidavit I received from the *Riverside Press-Enterprise* by email and stored in my electronic file for the WCE's case.

4. I ordered a legal notice publication in the Bond Buyer to run on July 29, 2021, August 5, 2021 and August 12, 2021 and received a receipt confirming all three notices were published.

5. I have received no objection to WCE's eligibility.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of September, 2021, at Costa Mesa, California.

                                              /s/ David M. Goodrich
                                                David M. Goodrich

# EXHIBIT 1

**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**NOTICE OF COMMENCEMENT OF CHAPTER 9 CASE AND RELATED DEADLINES** |

**TO ALL CREDITORS OF WESTERN COMMUNITY ENERGY, AND TO PARTIES-IN-INTEREST, PLEASE TAKE NOTICE THAT:**

**COMMENCEMENT OF CHAPTER 9 CASE.** On May 24, 2021, Western Community Energy ("WCE") commenced a case under chapter 9 of title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Riverside Division ("Court"). The chapter 9 case is pending before the Honorable Scott H. Yun, United States Bankruptcy Judge. All documents filed with the Court are available for inspection via the PACER system, which may be accessed on a subscription basis at the following internet address: https://pacer.uscourts.gov/.

**AUTOMATIC STAY.** Pursuant to 11 U.S.C. §§ 362 and 922, the filing of WCE's chapter 9 petition operates as an automatic stay of actions against WCE, including,

1335117.1    NOTICE OF COMMENCEMENT OF
CHAPTER 9 CASE

among other things, the enforcement of any judgment, any act to obtain property from WCE, any act to create, perfect, or enforce any lien against property of WCE, any act to collect, access or recover a claim against WCE, and the commencement or continuation of any judicial, administrative, or any other action or proceeding against WCE or against an officer of WCE that seeks to enforce a claim against WCE.

**PURPOSE OF THE CHAPTER 9 FILING.** Chapter 9 of the Bankruptcy Code provides a means for a municipality that has encountered financial difficulty to work with its creditors to adjust its debts.  In a chapter 9 case, the jurisdiction and powers of the bankruptcy court are limited such that the court may not interfere with any of the political or governmental powers of WCE, or WCE's use or enjoyment of any income-producing property.  WCE intends to propose a plan for adjustment of its debts.  Further notice concerning any such plan will be provided to all known creditors.  During the bankruptcy case, WCE will remain in possession and control of its property.

**DEADLINE FOR OBJECTIONS TO ELIGIBILITY AND ENTRY OF AN ORDER FOR RELIEF.**  Objections to the chapter 9 petition or WCE's eligibility to be a debtor under chapter 9 may be filed by a creditor or party in interest by no later than 5:00 p.m. Pacific Standard Time on August 26, 2021.  If you are an authorized user of the Court's CM/ECF system, any such objection shall be filed via the Court's CM/ECF system.  If you are not an authorized user of the Court's CM/ECF system, a written objection must be sent by means calculated to reach the Court no later than noon on August 26, 2021 at the following address:  The Clerk of the United States Bankruptcy Court for the Central District of California, Riverside Division, 3420 Twelfth Street, Riverside, California 92501-3819, to ensure it is filed by the deadline, and may be filed in person at the intake counter.  Any objection shall state the facts and legal authorities relied upon in support thereof, and shall be served on or before the same date on the following parties:  (1) the United States Trustee; (2) WCE; (3) WCE's attorneys; and (4) creditors listed on the § 924 Creditors List filed June 17, 2021 as docket number 70.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

**HEARING ON OBJECTIONS.** If no objection is timely filed, the filing of the petition shall be deemed an order for relief under chapter 9 of the Bankruptcy Code, and this Notice shall be deemed notice of such order for relief. If a timely objection is filed and served, the Court has set a status conference on September 16, 2021 at 1:30 p.m. Pacific Standard Time at the United States Bankruptcy Court for the Central District of California, Riverside Division, 3420 Twelfth Street, Courtroom 302, Riverside, California 92301-3819. At such time, the Court will consider setting other dates. **FAILURE TO FILE A TIMELY WRITTEN OPPOSITION WILL RESULT IN THE ORDER FOR RELIEF BEING ENTERED.**

Dated: July 28 , 2021        WEILAND GOLDEN GOODRICH LLP


                             By:  */s/ David M. Goodrich*
                                  DAVID M. GOODRICH
                                  RYAN W. BEALL
                                  Counsel for Chapter 9 Debtor
                                  Western Community Energy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Notice of Commencement of Chapter 9 Case and Related Cases will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) July 28, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) July 28, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501-3314
**Debtor**

☒ Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 28, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/28/2021 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Bashar Ahmad bahmad@boutinjones.com, cdomingo@boutinjones.com
Abram Feuerstein abram.s.feuerstein@usdoj.gov
Beth Gaschen bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman seth.goldman@mto.com
David M Goodrich dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green everett.l.green@usdoj.gov
Anna Gumport agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben hubenb@ballardspahr.com, carolod@ballardspahr.com
Lindsey E Kress lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
Richard A Marshack rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
Thomas G Mouzes tmouzes@boutinjones.com, cdomingo@boutinjones.com
David L. Neale dln@lnbyb.com
Valerie Bantner Peo vbantnerpeo@buchalter.com
Cameron C Ridley Cameron.Ridley@usdoj.gov
Brandy A Sargent brandy.sargent@klgates.com, litigation.docketing@klgates.com
Bradley R Schneider bradley.schneider@mto.com
Clifford W Stevens dsupnet@neumiller.com
Jason D Strabo jstrabo@mwe.com, cfuraha@mwe.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Nahal Zarnighian zarnighiann@ballardspahr.com

**SERVED BY UNITED STATES MAIL**:

ACES
4140 West 99th Street
Carmel, IN 46032-7731

Best Best & krieger LLP
3390 University Avenue, 5th Floor
Riverside, CA 92501-3369

EES Consulting
Attn: Gary Saleba
1601 Carmen Drive, Suite 215H
Camarillo, CA 93010-3105

Exelon Generation Company, LLC
1310 Point Street
8th Floor
Baltimore, MD 21231-3380

Nextera Energy Marketing, LLC
Attn: Mark Palanchian
700 Universe Blvd.
North Palm Beach, FL 33408-2657

PFM Financial Advisors, LLC
601 S. Figueroa Street
Suite 4500
Los Angeles, CA 90017-5703

Pilot Power Group
AttN: Denis Vermette
8910 University Center Lane
San Diego, CA 92122-1026

PowerEx Corp., Attn: Mgr. Contracts
666 Burrard Street, Suite 1300
Vancouver, BC V6c 2X8
Canada

Southern California Edison
Energy Contract Management
2244 Walnut Grove Ave.
Rosemead, CA 91770-3714

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 F 9013-3.1.PROOF.SERVICE

BP Energy Company
Attn: Rob H. Gorski
201 Helios Way
Houston, TX 77079-2678

Calpine Energy Solutions
Attn: Josh Brock
401 W A Street, #500
San Diego, CA 92101-7991

~~Elk Hills Power~~
~~4026 Sky Line Road~~
~~PO Box 460~~
~~Tupman, CA 93276-0460~~
RETURNED MAIL 7/12/21

Morgan Stanley Capital Group
Attn: Commodities Department
1585 Broadway, 3rd Floor
New York, NY 10036-8293

OhmConnect, Inc.
Attn: Matt Duesterberg
610 16th Street, Suite M20
Oakland, CA 94612-1282

PIP Printing
4093 Market Street
Riverside, CA 92501-3542

Pilot Power Group, Inc.
Attn: Contract Administration
8910 University Center Lane, Suite
San Diego, CA 92122-1026

River City Bank
2485 Natomas Park Drvie
Riverside, CA 95833-2975

The Creative Bar
Attn: Justine Lawler
38750 Sky Canyon Drive, Suite C
Murrieta, CA 92563-2564

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Barclays Bank PLC
Attn: Cassandra Bolz
1301 6th Avenue
New York, NY 10019-6022

Constellation
1310 Point Street, 8th Floor
Baltimore, MD 21231-3380

Endersponse, Inc.
Attn: Emily McPhail
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663-4045

NRG Power Marketing LLC
Attn: Joseph A. Holtman
804 Cernegie Center
Princeton, NJ 08540-6023

OneEnergy, Inc.
Attn: Bill Eddie
2003 Western Avenue, Suite 225
Seattle, WA 98121-2178

Pacific Gas and Electric Company
Attn: Ted Yuba
245 Market Street
San Francisco, CA 94105-1702

Pioneer Community Energy
804 Carnegie Ctr.
Princeton, NJ 08540-6023

Shell Energy North America (USA)
Contract North America
1000 Main Street, Level 12
Houston, TX 77002-6336

The Energy Authority, Inc.
Attn: Daren Anderson
301 W. Bay Street, Suite 2600
Jacksonville, FL 32202-5103

TransAlta
110-12 Avenue SW
Calgary, Alberta T2P 2MI
Canada

WRCOG
3390 University Ave., Suite 200
Riverside, CA 92501-3315

Tullett Prebon Americas Corp.
32123 Lindero Canyon Road
Westlake Village, CA 91361-4204

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 2

# THE PRESS-ENTERPRISE

1825 Chicago Ave, Suite 100
Riverside, CA 92507
951-684-1200
951-368-9018 FAX

**PROOF OF PUBLICATION**
**(2010, 2015.5 C.C.P)**

Publication(s): The Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.:  /

I am a citizen of the United States.  I am over the age of eighteen years and not a party to or interested in the above entitled matter.  I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper in general circulation, printed and published daily in the County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673, under date of August 25, 1995, Case Number 267864, and under date of September 16, 2013, Case Number RIC 1309013; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

07/29, 08/05, 08/12/2021

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: August 12, 2021
At:  Riverside, California

_____
Legal Advertising Representative, The Press-Enterprise

WEILAND GOLDEN GOODRICH LLP
650 TOWN CENTER DR., SUITE 600
COSTA MESA, CA 92626

Ad Number:  0011477825-01

P.O. Number:

---

**Ad Copy:**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION
Case No. 6:21-bk-12821-SY
Chapter 9

**NOTICE OF COMMENCEMENT OF CHAPTER 9 CASE AND RELATED DEADLINES**

In re
WESTERN COMMUNITY ENERGY,
                    Debtor.

**TO ALL CREDITORS OF WESTERN COMMUNITY ENERGY, AND TO PARTIES-IN-INTEREST, PLEASE TAKE NOTICE THAT:**

**COMMENCEMENT OF CHAPTER 9 CASE.** On May 24, 2021, Western Community Energy ("WCE") commenced a case under chapter 9 of title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Riverside Division ("Court").  The chapter 9 case is pending before the Honorable Scott H. Yun, United States Bankruptcy Judge.  All documents filed with the Court are available for inspection via the PACER system, which may be accessed on a subscription basis at the following internet address:  https://pacer.uscourts.gov/.

**AUTOMATIC STAY.**  Pursuant to 11 U.S.C. §§ 362 and 922, the filing of WCE's chapter 9 petition operates as an automatic stay of actions against WCE, including, among other things, the enforcement of any judgment, any act to obtain property from WCE, any act to create, perfect, or enforce any lien against property of WCE, any act to collect, access or recover a claim against WCE, and the commencement or continuation of any judicial, administrative, or any other action or proceeding against WCE or against an officer of WCE that seeks to enforce a claim against WCE.

**PURPOSE OF THE CHAPTER 9 FILING.** Chapter 9 of the Bankruptcy Code provides a means for a municipality that has encountered financial difficulty to work with its creditors to adjust its debts.  In a chapter 9 case, the jurisdiction and powers of the bankruptcy court are limited such that the court may not interfere with any of the political or governmental powers of WCE, or WCE's use or enjoyment of any income-producing property.  WCE intends to propose a plan for adjustment of its debts.  Further notice concerning any such plan will be provided to all known creditors.  During the bankruptcy case, WCE will remain in possession and control of its property.

**DEADLINE FOR OBJECTIONS TO ELIGIBILITY AND ENTRY OF AN ORDER FOR RELIEF.** Objections to the chapter 9 petition or WCE's eligibility to be a debtor under chapter 9 may be filed by a creditor or party in interest by no later than 5:00 p.m. Pacific Standard Time on August 26, 2021.  If you are an authorized user of the Court's CM/ECF system, any such objection shall be filed via the Court's CM/ECF system.  If you are not an authorized user of the Court's CM/ECF system, a written objection must be sent by means calculated to reach the Court no later than noon on August 26, 2021 at the following address:  The Clerk of the United States Bankruptcy Court for the Central District of California, Riverside Division, 3420 Twelfth Street, Riverside, California 92501-3819, to ensure it is filed by the deadline, and may be filed in person at the intake counter.  Any objection shall state the facts and legal authorities relied upon in support thereof, and shall be served on or before the same date on the following parties:  (1) the United States Trustee; (2) WCE; (3) WCE's attorneys; and (4) creditors listed on the § 924 Creditors List filed June 17, 2021 as docket number 70.

**HEARING ON OBJECTIONS.**  If no objection is timely filed, the filing of the petition shall be deemed an order for relief under chapter 9 of the Bankruptcy Code, and this Notice shall be deemed notice of such order for relief.  If a timely objection is filed and served, the Court has set a status conference on September 16, 2021 at 1:30 p.m. Pacific Standard Time at the United States Bankruptcy Court for the Central District of California, Riverside Division, 3420 Twelfth Street, Courtroom 302, Riverside, California 92301-3819. At such time, the Court will consider setting other dates. **FAILURE TO FILE A TIMELY WRITTEN OPPOSITION WILL RESULT IN THE ORDER FOR RELIEF BEING ENTERED.**

Dated: July  , 2021
WEILAND GOLDEN GOODRICH LLP
By: DAVID M. GOODRICH
    RYAN W. BEALL
    Counsel for Chapter 9 Debtor
    Western Community Energy
                    Press-Enterprise: 7/29, 8/05, 8/12

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 650 Town Center Drive, Suite 600, Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled (specify): Notice of Motion For Entry Of Order: **STATUS REPORT RE: DEBTOR'S MOTION FOR ORDER SETTING DEADLINE FOR FILING OBJECTIONS TO DEBTOR'S ELIGIBILITY; DECLARATION OF DAVID M. GOODRICH**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) September 2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On (date) September 2, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

/ / /

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.

3  Date: September 2, 2021                    /s/ David M. Goodrich
                                              David M. Goodrich

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Bashar Ahmad**  bahmad@boutinjones.com, cdomingo@boutinjones.com
- **Abram Feuerstein**  abram.s.feuerstein@usdoj.gov
- **Beth Gaschen**  bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Seth Goldman**  seth.goldman@mto.com
- **David M Goodrich**  dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Everett L Green**  everett.l.green@usdoj.gov
- **Anna Gumport**  agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
- **Chad V Haes**  chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Brian D Huben**  hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Mark T Jessee**  jesseelaw@aol.com, marktjessee@gmail.com
- **Lindsey E Kress**  lkress@lockelord.com, hayli.holmes@lockelord.com
- **Peter W Lianides**  plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- **Richard A Marshack**  rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
- **Ali Matin**  ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
- **Thomas G Mouzes**  tmouzes@boutinjones.com, cdomingo@boutinjones.com
- **David L. Neale**  dln@lnbyb.com
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com
- **Cameron C Ridley**  Cameron.Ridley@usdoj.gov
- **Brandy A Sargent**  brandy.sargent@klgates.com, litigation.docketing@klgates.com
- **Bradley R Schneider**  bradley.schneider@mto.com
- **Clifford W Stevens**  dsupnet@neumiller.com
- **Jason D Strabo**  jstrabo@mwe.com, cfuraha@mwe.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov
- **Joseph M VanLeuven**  joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
- **Marc J Winthrop**  mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
- **Nahal Zarnighian**  zarnighiann@ballardspahr.com

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002