| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason D. Strabo (SBN 246426);<br>Kristin K. Going (admitted pro hac vice)<br>McDermott Will & Emery LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3218<br>jstrabo@mwe.com, tel: (310) 788-4125<br>Joel Moss (SBN 241853)<br>Daniel Laguardia (SBN 314654)<br>Shearman & Sterling LLP<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Barclays Bank PLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>WESTERN COMMUNITY ENERGY<br><br><br><br><br>Debtor(s). | CASE NO.:6:21-B K-12821-SY<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: **Select Chapter**   9 |
|---|---|
| <br>vs.<br>Plaintiff(s) (*if applicable*).<br><br><br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1:  Identify the appellant(s)**

1. Name(s) of appellant(s):  Barclays Bank PLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (*describe*):

---

December 2018 | Page 1 | Official Form 417A

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order for Relief Under Chapter 9 of the Bankruptcy Code [Docket No. 165]

2. The date the judgment, order, or decree was entered:  09/28/2021

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party:  Debtor Western Community Energy

   Attorney:

   David M. Goodrich, State Bar No. 208675; dgoodrich@wgllp.com
   Ryan W. Beall, State Bar No. 313774; rbeall@wgllp.com
   650 Town Center Drive, Suite 600
   Costa Mesa, California Drive, Suite 600
   Telephone:  714-966-1000; Facsimile:  714-966-1002

2. Party:
   Attorney:

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

/s/ Jason D. Strabo                                              Date: 10/12/2021
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2049 Century Park East, Suite 3200, Los Angeles, California 90067-3218

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _10/12/2021_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _10/12/2021_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _10/12/2021_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/12/2021 | Jason D. Strabo | /s/ Jason D. Strabo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

| | |
|---|---|
| Bashar Ahmad | bahmad@boutinjones.com; cdomingo@boutinjones.com |
| Abram Feuerstein | abram.s.feuerstein@usdoj.gov |
| Beth Gaschen | bgaschen@wgllp.com; kadele@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com; lbracken@wgllp.com; bgaschen@ecf.courtdrive.com; gestrada@wgllp.com |
| Seth Goldman | seth.goldman@mto.com |
| David M. Goodrich | dgoodrich@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com; wgllp@ecf.courtdrive.com; gestrada@wgllp.com |
| Everett L. Green | everett.l.green@usdoj.gov |
| Anna Gumport | agumport@sidley.com; laefilingnotice@sidley.com; anna-gumport-6608@ecf.pacerpro.com |
| Chad V. Haes | chaes@marshackhays.com; chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marsackhays.com; kfrederick@ecf.courtdrive.com |
| Brian D. Huben | hubenb@ballardspahr.com; carolod@ballardspahr.com |
| Mark T. Jessee | jesseelaw@aolcom; marktjessee@gmail.com |
| Lindsey E. Kress | lkress@lockelord.com; hayli.holmes@lockelord.com |
| Peter W. Lianides | plianides@wghlawyers.com; jmartinez@wghlawyers.com; mweinberg@wghlawyers.com |
| Richard A. Marshack | rmarshack@marshackhays.com; lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com |
| Ali Matin | ali.matin@usdojgov; carolyn.k.howland@usdoj.gov |
| Thomas G. Mouzes | tmouzes@boutinjones.com; cdomingo@boutinjones.com |
| David L. Neale | dln@lynbyb.com |
| Valerie Banter Peo | vbantnerpeo@buchalter.com |
| Cameron C. Ridley | cameron.ridley@usdoj.gov |
| Brandy A. Sargent | brandy.sargent@klgates.com; litigation.docketing@klgates.com |
| Bradley R. Schneider | bradley.schneider@mto.com |

| Clifford W. Stevens | dsupnet@neumiller.com |
|---|---|
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Joseph M. VanLeuven | joevanleuven@dwt.com; katherinehardee@dwt.com; pdxdocket@dwt.com |
| Marc J. Winthrop | mwinthrop@wghlawyers.com; jmartinez@wghlawyers.com |
| Nahal Zarnighian | zarnighiann@ballardspahr.com |

**SERVED BY UNITED STATES MAIL:**

| | |
|---|---|
| ACES<br>4140 West 99th Street<br>Carmel, IN 46032-7731 | Best Best & Krieger LLP<br>3390 University Avenue, 5th Floor<br>Riverside, CA 92501-3369 |
| EES Consulting<br>Attn: Gary Saleba<br>1601 Carmen Drive, Suite 215H<br>Camarillo, CA 93010-3105 | Exelon Generation Company, LLC<br>1310 Point Street, 8th Floor<br>Baltimore, MD 21231-3380 |
| Nextera Energy Marketing, LLC<br>Attn: Mark Palanchian<br>700 Universe Blvd.<br>North Palm Beach, FL 33408-2657 | PFM Financial Advisors, LLC<br>601 S. Figueroa Street, Suite 4500<br>Los Angeles, CA 90017-5703 |
| Pilot Power Group<br>Attn: Denis Vermette<br>8910 University Center Lane<br>San Diego, CA 92122-1026 | PowerEx Corp.<br>Attn: Mgr. Contracts<br>666 Burrard Street, Suite 1300<br>Vancouver, BC V6c 2X8<br>Canada |
| Southern California Edison<br>Energy Contract Management<br>2244 Walnut Grove Ave.<br>Rosemead, CA 91770-3714 | BP Energy Company<br>Attn: Rob H. Gorski<br>201 Helios Way<br>Houston, TX 77079-2678 |
| Calpine Energy Solutions<br>Attn: Josh Brock<br>401 W A Street, #500<br>San Diego, CA 92101-7991 | Elk Hills Power<br>4026 Sky Line Road<br>PO Box 460<br>Tupman, CA 93276-0460 |
| Morgan Stanley Capital Group<br>Attn: Commodities Dept.<br>1585 Broadway, 3rd Floor<br>New York, NY 10036-8293 | OhmConnect, Inc.<br>Attn: Matt Duesterberg<br>610 16th Street, Suite M20<br>Oakland, CA 94612-1282 |
| PIP Printing<br>4093 Market Street<br>Riverside, CA 92501-3542 | Pilot Power Group, Inc.<br>Attn: Contract Administration<br>8910 University Center Lane<br>San Diego, CA 92122-1026 |
| River City Bank<br>2485 Natomas Park Drive<br>Riverside, CA 95833-2975 | The Creative Bar<br>Attn: Justine Lawler<br>38750 Sky Canyon Drive, Suite C<br>Murrieta, CA 92563-2564 |
| James Addison Wright<br>K & L Gates<br>One Lincoln Street<br>Boston, MA 02111 | Constellation<br>1310 Point Street, 8th Floor<br>Baltimore, MD 21231-3390 |
| Endersponse, Inc.<br>Attn: Emily McPhail<br>2901 West Coast Highway, Suite 200<br>Newport Beach, CA 92663-4045 | NRG Power Marketing LLC<br>Attn: Joseph A. Holtman<br>804 Cernegie Center<br>Princeton, NJ 08540-6023 |

| | |
|---|---|
| OneEnergy, Inc.<br>Attn: Bill Eddie<br>2003 Western Avenue, Suite 225<br>Seattle, WA 98121-2179 | Pacific Gas and Electric Company<br>Attn: Ted Yuba<br>245 Market Street<br>San Francisco, CA 94105-1702 |
| Pioneer Community Energy<br>804 Carnegie Center<br>Princeton, NJ 08540-6023 | Shell Energy North America (USA)<br>Contract North America<br>1000 Main Street, Level 12<br>Houston, TX 77002-6336 |
| The Energy Authority, Inc.<br>Attn: Daren Anderson<br>301 W. Bay Street, Suite 2600<br>Jacksonville, FL 32202-5103 | TransAlta<br>110-12 Avenue SW<br>Calgary, Alberta T2P 2MI<br>Canada |
| WRCOG<br>3390 University Avenue, Suite 200<br>Riverside, CA 92501-3315 | Tullett Prebon Americas Corp.<br>32123 Lindero Canyon Road<br>Westlake Village, CA 91361-4202 |
| United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | |

## SERVICE BY OVERNIGHT MAIL

| | |
|---|---|
| Honorable Scott H. Yun<br>United States Bankruptcy Court<br>Central District of California<br>3420 Twelfth Street, Suite 234/Courtroom 302<br>Riverside, CA 92501-3819 | Western Community Energy<br>3390 University Avenue, Suite 200<br>Riverside, CA 92501-3314 |