## Exhibit C

**Promissory Note**

**PROMISSORY NOTE**

Principal Amount Not to exceed $16,000,000                                            March 12, 2020

    FOR VALUE RECEIVED, the undersigned WESTERN COMMUNITY ENERGY (the *"Borrower"*), hereby promises to pay to BARCLAYS BANK PLC, or its registered assigns (the *"Bank"*), in accordance with the provisions of the Agreement (as hereinafter defined), the principal outstanding amount of all Unreimbursed Amounts related to Letters of Credit and each Loan from time to time made by the Bank to the Borrower, in each case under that certain Revolving Credit Agreement, dated as of March 12, 2020 (as amended, restated, extended, supplemented or otherwise modified in writing from time to time, the *"Agreement;"* the terms defined therein being used herein as therein defined), between the Borrower and the Bank, in accordance with the terms of the Agreement.

    The Borrower promises to pay interest on the unpaid principal amount of each Loan and Unreimbursed Amount from the date of such Loan or Honor Date, as applicable, until such principal amount is paid in full, at such interest rates and at such times as provided in the Agreement. All payments of principal and interest shall be made to the Bank in Dollars in immediately available funds at the Bank's Lending Office. If any amount is not paid in full when due hereunder, such unpaid amount shall bear interest, to be paid upon demand, from the due date thereof until the date of actual payment (and before as well as after judgment) computed at the per annum rate set forth in the Agreement.

    This Note referred to in the Agreement, is entitled to the benefits thereof and may be prepaid in whole or in part subject to the terms and conditions provided therein. The Loans made by the Bank and Unreimbursed Amounts shall be evidenced by one or more loan accounts or records maintained by the Bank in the ordinary course of business. The Bank may also attach schedules to this Note and endorse thereon the date, amount and maturity of its Loans and Unreimbursed Amounts and payments with respect thereto.

    The Borrower, for itself, its successors and assigns, hereby waives diligence, presentment, protest and demand and notice of protest, demand, dishonor and non-payment of this Note.

    Delivery of an executed counterpart of a signature page of this Note by fax transmission or other electronic mail transmission (*e.g.*, "pdf" or "tif") shall be effective as delivery of a manually executed counterpart of this Note.

    THIS NOTE SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

WESTERN COMMUNITY ENERGY

By: *Barbara S. Spoonhour*
Name: BARBARA SPOONHOUR
Title: Deputy Executive Director-Ops.

Promissory Note for Barclays Bank PLC – Revolving Credit Agreement

Approved as to form:

By: _____
    Steven DeBaun