**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:

WESTERN COMMUNITY ENERGY,

    Debtor.

Case No. 6:21-bk-12821-SY

Chapter 9

**OBJECTION TO CLAIMS OF SOUTHERN CALIFORNIA EDISON COMPANY (PROOFS OF CLAIM 18-21)**

**ORDER GRANTING BARCLAYS BANK PLC'S OBJECTION TO CLAIMS OF SOUTHERN CALIFORNIA EDISON COMPANY (CLAIM NOS. 18, 19, 20, AND 21)**

Upon consideration of the Objection[1] to the SCE Claims filed by Barclays Bank PLC ("Barclays"), requesting an order pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing any setoff rights asserted in the SCE Claims, disallowing any administrative expense claims asserted in the SCE Claims, and disallowing and expunging SCE Claims 19 through 21 in their entirety; and upon all other documentation filed in connection with the Objection and the SCE Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED:**

1.    The Objection is SUSTAINED.

2.    The SCE Claims do not assert a valid right of setoff, and no portion of the SCE Claims are secured under section 506 of the Bankruptcy Code.

3.    The SCE Claims do not constitute administrative expenses.

---

[1] Capitalized terms that are undefined shall have the respective meanings ascribed to such terms in the Objection.

4. SCE Claims 19, 20, and 21 are disallowed in their entirety for all purposes in this chapter 9 bankruptcy case and shall be automatically expunged from the claims register maintained in this case.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2021

_____
Scott H. Yun
United States Bankruptcy Judge