## Exhibit B

**Strabo Declaration**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:

WESTERN COMMUNITY ENERGY,

    Debtor.

Case No. 6:21-bk-12821-SY

Chapter 9

**OBJECTION TO CLAIMS OF SOUTHERN CALIFORNIA EDISON COMPANY (PROOFS OF CLAIM 18-21)**

**Hearing:**
January 6, 2022 at 1:30 p.m. (PT)
Place: U.S. Bankruptcy Court
    Central District of California
    Telephonic/In-Person
    3420 Twelfth Street, Courtroom 302
    Riverside, CA 92501-3819

Judge: Honorable Scott H. Yun

## DECLARATION OF JASON D. STRABO

I, Jason D. Strabo, declare as follows:

1. I am an attorney at law, duly licensed and entitled to practice in the State of California and admitted to practice before this Court.[1] I am a partner in the law firm of McDermott, Will & Emery LLP, counsel to Barclays Bank PLC.

2. I make this declaration in support of the *Objection to Claims of Southern California Edison Company (Proofs of Claim 18-21)* (the "Objection"), filed concurrently herewith. Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

---

[1] Capitalized terms that are undefined shall have the meanings ascribed to such terms in the Objection.

1

3. This Declaration is based on knowledge I have gained from a review of publicly available information, including: all of the proofs of claim filed by SCE in this chapter 9 case and listed in the official Claims Register and the pleadings filed in the above captioned case.

4. Attached hereto as Exhibits 1 through 4 are true and correct copies of the SCE Claims as they appear in the official Claims Register:

    a. Exhibit 1, Proof of Claim 18, filed on September 30, 2021;

    b. Exhibit 2, Proof of Claim 19, filed on September 30, 2021;

    c. Exhibit 3, Proof of Claim 20, filed on September 30, 2021; and

    d. Exhibit 4, Proof of Claim 21, filed on September 30, 2021.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 30th day of November, 2021.
Los Angeles, California

                                                By: */s/ Jason D. Strabo*
                                                      Jason D. Strabo