# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, January 6, 2022**             **Hearing Room**    **302**

**1:30 PM**
**6:21-12821**    Western Community Energy             **Chapter 9**

Telephonic Hearing

**#5.00** Debtor's Motion for Order Approving Settlement between Debtor and Barclays Bank PLC Pursuant to Federal Rule of Bankruptcy Procedure 9019

David Goodrich to appear by telephone (714)966-1000 - Debtor's Attorney
Jonathan Gilhen to appear by telephone (604)891-5063 - Powerex
Seth Goldman to appear by telephone (213)683-9554 - SCE
Bradley Schneider to appear by telephone (213)683-9237 - SCE
W. Steven Bryant to appear by telephone (512)305-4726 - Calpine Energy
Robert J Wood to appear by telephone (916)567-2744 - River City Bank
Kristin Going to appear by telephone (212)547-5429 - Barclays Bank
Joel Moss to appear by telephone (212)848-4693 - Barclays Bank
Jacob S Mezei to appear by telephone (646)496-7249 - Barclays Bank
Bradford N Barnhardt to appear by telephone (404)587-6205 - the Cities

*Sean Mitchell on the phone for CA public utilities - listen only*
*Patrick Mohan on the phone for Reorg - listen only*

Docket    230

**Matter Notes:** ✓

     **GRANTED:** ✓        **DENIED:** _____

     **CONT'D. TO:** _____

       **Briefing filed:** _____

       **Opposition filed:** _____

       **Reply filed:** _____

     **WITHDRAWN:** _____

       **Order Lodged by:** *D. Goodrich*
**Tentative Ruling:**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, January 6, 2022**　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room　302**

<u>1:30 PM</u>
**CONT...**　　　**Western Community Energy**　　　　　　　　　　　　　　　　　　　　**Chapter 9**

GRANT.

APPEARANCES WAIVED. No opposition has been filed. If written or oral opposition is presented at the hearing, the hearing may be continued. Movant to lodge an order within 7 days.

| Party Information |
|---|

**Debtor(s):**

　　Western Community Energy　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　David M Goodrich
　　　　　　　　　　　　　　　　　　　　　　Beth Gaschen

**Movant(s):**

　　Western Community Energy　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　David M Goodrich
　　　　　　　　　　　　　　　　　　　　　　Beth Gaschen