WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

FILED & ENTERED

JAN 06 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>　　　　　　　Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN DEBTOR AND BARCLAYS BANK PLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Hearing:<br>Date:　　January 6, 2022<br>Time:　　1:30 p.m.<br>Place:　　3420 Twelfth Street<br>　　　　　Courtroom 302<br>　　　　　Riverside, CA 92501 |

　　　　On January 6, 2022 at 1:30 p.m., a hearing was held on the *Motion for Order Approving Settlement Between Debtor and Barclays Bank PLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Dkt. No. 230] ("Motion")[1] filed by Western Community Energy ("Debtor"), debtor in the above-captioned chapter 9 bankruptcy case. Appearances were as noted on the record.  The court having reviewed the Motion seeking court approval of the Agreement under Rule 9019 of the Federal Rules of Bankruptcy Procedure, the notice of the Motion, all judicially noticeable facts, and all evidence submitted in support of the Motion, the related pleadings, and the arguments of

---

[1] Capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

counsel at the hearing on the Motion, and the court having found that the Agreement was negotiated in good faith and is reasonable, fair, and equitable, and finding service proper and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted.

2. The Agreement, a copy of which is attached to the Motion, is approved and the Debtor is authorized to enter into the Agreement.

3. The Debtor is authorized to perform all obligations under the Agreement, execute any documents, and take any actions reasonably necessary to effectuate the terms of the Agreement.

4. The Debtor is authorized to use funds in the RCB lockbox and operating accounts to make the Settlement Payment.

5. The Order is effective immediately upon entry.

6. The court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this order.

###

Date: January 6, 2022

Scott H. Yun
United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002