Joel Moss (SBN 241853) (admission pending)
Daniel H.R. Laguardia (SBN 314654)
**SHEARMAN AND STERLING LLP**
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone     (415) 616-1100
Facsimile:     (415) 616-1199
Email:     joel.moss@shearman.com
     daniel.laguardia@shearman.com

Kristin K. Going (admitted *pro hac vice*)
Jason D. Strabo (SBN 246426)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3218
Telephone:     (310) 788-4125
Facsimile:     (310) 277-4730
Email:     kgoing@mwe.com
     jstrabo@mwe.com

*Attorneys for Barclays Bank PLC*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIMS OF SOUTHERN CALIFORNIA EDISON COMPANY (PROOFS OF CLAIM 18–21) WITH PREJUDICE**<br><br>Judge: Honorable Scott H. Yun |

**TO THE HONORABLE SCOTT H. YUN, THE ABOVE-CAPTIONED DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Barclays Bank PLC ("Barclays") hereby withdraws its *Objection to Claims of Southern California Edison Company (Proofs of Claim 18–21)* [ECF No. 224] (the "Objection") and respectfully requests that the hearing on the Objection set for March 3, 2022 at 1:30 p.m. (the "Hearing") be removed from the Court's calendar. The Objection is withdrawn with prejudice, subject to the reservation of rights below.

1. On December 1, 2021, Barclays filed the Objection, objecting to the proofs of claim filed by Southern California Edison Company.

2. On January 6, 2022, the Court entered an order [ECF No. 236] (the "Approval Order") approving the *Settlement Agreement and Release of Claims*, dated as of December 16, 2021 (the "Settlement Agreement"), between Barclays and the above-captioned debtor (the "Debtor"). The Settlement Agreement requires Barclays to withdraw the Objection within five business days of entry of the Approval Order and payment of the settlement amount, as set forth therein. *See* Settlement Agreement § 3.3. The Settlement Agreement further provides that if the Debtor breaches its obligations under the Settlement Agreement, Barclays shall be entitled to refile the Objection. *See id*.

3. Based upon the foregoing, Barclays hereby withdraws the Objection with prejudice but reserves the right to refile the Objection in accordance with the terms of the Settlement Agreement. Barclays further requests that the Hearing be removed from the Court's calendar.

Dated: January 12, 2022

Respectfully submitted,

By: */s/ Joel Moss*
Joel Moss (SBN 241853)
Daniel H.R. Laguardia (SBN 314654)
**SHEARMAN & STERLING LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: joel.moss@shearman.com
daniel.laguardia@shearman.com

- *and* -

By: /s/ Jason D. Strabo
Kristin K. Going (admitted pro hac vice)
Jason D. Strabo (SBN 246426)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3218
Telephone: (310) 788-4125
Facsimile: (310) 277-4730
Email: kgoing@mwe.com
jstrabo@mwe.com

*Attorneys for Barclays Bank PLC*

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

A true and correct copy of the foregoing document entitled: NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIMS OF SOUTHERN CALIFORNIA EDISON COMPANY (PROOFS OF CLAIM 18-21) WITH PREJUDICE

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (**b**) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    X☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 12, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    X☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 12, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    X☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/12/22 | Jason D. Strabo | /s/ Jason D. Strabo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*   **F 9013-3.1 PROOF.SERVICE**
DM_US 184188746-1.T19413.0010

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

| | |
|---|---|
| Abram Feuerstein | abram.s.feuerstein@usdoj.gov |
| Beth Gaschen | bgaschen@wgllp.com; kadele@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com; lbracken@wgllp.com; bgaschen@ecf.courtdrive.com; gestrada@wgllp.com |
| Seth Goldman | seth.goldman@mto.com |
| David M. Goodrich | dgoodrich@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com; wgllp@ecf.courtdrive.com; gestrada@wgllp.com |
| Everett L. Green | everett.l.green@usdoj.gov |
| Anna Gumport | agumport@sidley.com; laefilingnotice@sidley.com; anna-gumport-6608@ecf.pacerpro.com |
| Chad V. Haes | chaes@marshackhays.com; chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marsackhays.com; kfrederick@ecf.courtdrive.com |
| Brian D. Huben | hubenb@ballardspahr.com; carolod@ballardspahr.com rev_jarushewskyj@ballardspahr.com |
| Mark T. Jessee | jesseelaw@aolcom; marktjessee@gmail.com |
| Lindsey E. Kress | lkress@lockelord.com; hayli.holmes@lockelord.com |
| Peter W. Lianides | plianides@wghlawyers.com; jmartinez@wghlawyers.com; mweinberg@wghlawyers.com |
| Richard A. Marshack | rmarshack@marshackhays.com; lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com |
| Ali Matin | ali.matin@usdojgov; carolyn.k.howland@usdoj.gov |
| David L. Neale | dln@lynbyb.com |
| Valerie Banter Peo | vbantnerpeo@buchalter.com |
| Cameron C. Ridley | cameron.ridley@usdoj.gov |
| Brandy A. Sargent | brandy.sargent@klgates.com; litigation.docketing@klgates.com |
| Bradley R. Schneider | bradley.schneider@mto.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

DM_US 182768987-1.T19413.0010

| | |
|---|---|
| Joseph M. VanLeuven | joevanleuven@dwt.com; katherinehardee@dwt.com; pdxdocket@dwt.com |
| Marc J. Winthrop | mwinthrop@wghlawyers.com; jmartinez@wghlawyers.com |
| Robert J. Wood | robert.wood@rivercitybank.com |
| Nahal Zarnighian | zarnighiann@ballardspahr.com |

**SERVED BY UNITED STATES MAIL:**

| | |
|---|---|
| ACES<br>4140 West 99th Street<br>Carmel, IN 46032-7731 | Best Best & Krieger LLP<br>3390 University Avenue, 5th Floor<br>Riverside, CA 92501-3369 |
| EES Consulting<br>Attn: Gary Saleba<br>1601 Carmen Drive, Suite 215H<br>Camarillo, CA 93010-3105 | Exelon Generation Company, LLC<br>1310 Point Street, 8th Floor<br>Baltimore, MD 21231-3380 |
| Nextera Energy Marketing, LLC<br>Attn: Mark Palanchian<br>700 Universe Blvd.<br>North Palm Beach, FL 33408-2657 | PFM Financial Advisors, LLC<br>601 S. Figueroa Street, Suite 4500<br>Los Angeles, CA 90017-5703 |
| Pilot Power Group<br>Attn: Denis Vermette<br>8910 University Center Lane<br>San Diego, CA 92122-1026 | PowerEx Corp.<br>Attn: Mgr. Contracts<br>666 Burrard Street, Suite 1300<br>Vancouver, BC V6c 2X8<br>Canada |
| Southern California Edison<br>Energy Contract Management<br>2244 Walnut Grove Ave.<br>Rosemead, CA 91770-3714 | BP Energy Company<br>Attn: Rob H. Gorski<br>201 Helios Way<br>Houston, TX 77079-2678 |
| Calpine Energy Solutions<br>Attn: Josh Brock<br>401 W A Street, #500<br>San Diego, CA 92101-7991 | Elk Hills Power<br>4026 Sky Line Road<br>PO Box 460<br>Tupman, CA 93276-0460 |
| Morgan Stanley Capital Group<br>Attn: Commodities Dept.<br>1585 Broadway, 3rd Floor<br>New York, NY 10036-8293 | Bp Connect, Inc.<br>Attn: Matt Duesterberg<br>610 16th Street, Suite M20<br>Oakland, CA 94612-1282 |
| PIP Printing<br>4093 Market Street<br>Riverside, CA 92501-3542 | Pilot Power Group, Inc.<br>Attn: Contract Administration<br>8910 University Center Lane<br>San Diego, CA 92122-1026 |
| River City Bank<br>2485 Natomas Park Drive<br>Riverside, CA 95833-2975 | The Creative Bar<br>Attn: Justine Lawler<br>38750 Sky Canyon Drive, Suite C<br>Murrieta, CA 92563-2564 |
| James Addison Wright<br>K & L Gates<br>One Lincoln Street<br>Boston, MA 02111 | Constellation<br>1310 Point Street, 8th Floor<br>Baltimore, MD 21231-3390 |
| Endersponse, Inc.<br>Attn: Emily McPhail<br>2901 West Coast Highway, Suite 200<br>Newport Beach, CA 92663-4045 | NRG Power Marketing LLC<br>Attn: Joseph A. Holtman<br>804 Cernegie Center<br>Princeton, NJ 08540-6023 |

| | |
|---|---|
| OneEnergy, Inc.<br>Attn: Bill Eddie<br>2003 Western Avenue, Suite 225<br>Seattle, WA 98121-2179 | Pacific Gas and Electric Company<br>Attn: Ted Yuba<br>245 Market Street<br>San Francisco, CA 94105-1702 |
| Pioneer Community Energy<br>804 Carnegie Center<br>Princeton, NJ 08540-6023 | Shell Energy North America (USA)<br>Contract North America<br>1000 Main Street, Level 12<br>Houston, TX 77002-6336 |
| The Energy Authority, Inc.<br>Attn: Daren Anderson<br>301 W. Bay Street, Suite 2600<br>Jacksonville, FL 32202-5103 | TransAlta<br>110-12 Avenue SW<br>Calgary, Alberta T2P 2MI<br>Canada |
| WRCOG<br>3390 University Avenue, Suite 200<br>Riverside, CA 92501-3315 | Tullett Prebon Americas Corp.<br>32123 Lindero Canyon Road<br>Westlake Village, CA 91361-4202 |
| United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | California Independent System Operator Corp.<br>California ISO, Attn: Dan Shonkwiler<br>PO Box 639014<br>Folsom, CA 95763-9014 |
| OneEnergy, Inc.<br>Attn: Bill Eddie<br>2003 Western Ave, Suite 225<br>Seattle, WA 98121-2178 | Riverside Division<br>3420 Twelfth Street<br>Riverside, CA 92501-3819 |
| California Dept of Tax<br>Collections Support Bureau, MIC: 55<br>PO Box 942879<br>Sacramento, CA 94279-0001 | Enersponse, Inc.<br>Attn: Emily McPhail<br>2901 W Coast Hwy, Ste 200<br>Newport Beach, CA 92663-4045 |
| Public Utilities Commission of State of CA<br>505 Van Ness Ave<br>Attn: Aaron Jacobs-Smith<br>San Francisco, CA 94102-3214 | Western Riverside Counsel of Governments<br>3390 University Ave, Ste 200<br>Riverside, CA 92501-3314 |

## SERVICE BY OVERNIGHT MAIL

| | |
|---|---|
| Honorable Scott H. Yun<br>United States Bankruptcy Court<br>Central District of California<br>3420 Twelfth Street, Suite 234/Courtroom 302<br>Riverside, CA 92501-3819 | |