WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel for Debtor Western Community Energy

FILED & ENTERED

JAN 13 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **ORDER APPROVING STIPULATION BY AND BETWEEN WESTERN COMMUNITY ENERGY AND BARCLAYS BANK PLC FOR REPLACEMENT LIEN** |
| | [No Hearing Requested] |

The court having duly considered the *Stipulation by and Between Western Community Energy and Barclays Bank PLC for Replacement Lien* filed January 7, 2022, as Docket No. 238 ("Stipulation"), and for good cause shown,

**IT IS ORDERED** that the Stipulation is approved. The court retains jurisdiction to interpret and enforce this order.

###

Date: January 13, 2022

Scott H. Yun
United States Bankruptcy Judge

-1-