**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **NOTICE OF HEARING ON MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN DEBTOR AND SOUTHERN CALIFORNIA EDISON PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** |
| | Hearing Date, Time and Location:<br>Date: February 10, 2022<br>Time: 1:30 p.m.<br>Place: 3420 Twelfth Street<br>Courtroom 302<br>Riverside, CA 92501 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on **February 10, 2022,** at **1:30 p.m.**, or as soon thereafter as the matter may be heard, the Court will conduct a hearing ("Hearing") on the *Motion for Order Approving Settlement Between Debtor and Southern California Edison Pursuant to Federal Rule of Bankruptcy Procedure 9019* ("Motion") filed by Western Community Energy ("Debtor"). In the Motion, the Debtor seeks an order approving a settlement and release agreement ("Agreement") entered into between the Debtor and Southern California Edison ("SCE") which will settle SCE's claims against the Debtor and

1356445.1    NOTICE OF HEARING ON MOTION TO APPROVE COMPROMISE

resolve litigation between the Debtor, SCE, and Barclays Bank PLC ("Barclays").  If the Agreement is approved, then among other things, (1) Debtor will remit $6,000,000 to SCE, (2) Debtor will assume and assign Net Energy Metering contracts to SCE, with Debtor paying the cure costs (estimated to be $850,000) to SCE to be distributed to Net Energy Metering contract counterparties, (3) Debtor will assign all accounts receivable to SCE free and clear of liens, claims, encumbrances, and interests, (4) SCE will be allowed a general unsecured claim in the amount of $18,690,322.04, subject to reduction for funds received from the State of California (anticipated to be $2,552,130), (5) SCE will be deemed to have ceased servicing as of October 31, 2021, and (6) Debtor and SCE will withdraw or dismiss their pending proceedings against each other.

The Motion, a copy of which has been served concurrently herewith, is based upon the declarations of Andrew Ruiz and David M. Goodrich, the record in this case, all judicially noticeable facts and all evidence, arguments and representations made at or prior to the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must conform with Local Bankruptcy Rule 9013-1(f)(1), must be filed with the Bankruptcy Court no less than 14 days prior to the above hearing date, and must be served no less than 14 days prior to the above hearing date upon (i) the Debtor's counsel of record, Weiland Golden Goodrich LLP, 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626, Attention: David M. Goodrich, fax (714) 966-1002, *dgoodrich@wgllp.com*, and (ii) the Office of the United States Trustee.  Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition to the Motion may be deemed by the Court to be consent to the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that appearances may be made either in person or by telephone through the toll-free AT&T conference line.  Telephonic

1 appearances must be registered by noon of the day prior to the hearing. Judge Yun's
2 telephonic appearance procedures may be viewed at https://www.cacb.uscourts.
3 gov/sites/cacb/files/documents/judges/instructions/SY_TelephonicAppearancesProcedure
4 s.pdf.

5 Dated: January 20, 2022                    WEILAND GOLDEN GOODRICH LLP

                                            By:    /s/ David M. Goodrich
                                                   DAVID M. GOODRICH
                                                   RYAN W. BEALL
                                                   Counsel for Chapter 9 Debtor
                                                   Western Community Energy

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1356445.1                    3              NOTICE OF HEARING ON MOTION TO
                                                  APPROVE COMPROMISE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Notice of Hearing on Motion For Order Approving Settlement Between Debtor And Southern California Edison Pursuant To Federal Rule Of Bankruptcy Procedure 9019; And Declarations Of Andrew Ruiz And David M. Goodrich In Support Thereof will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 20, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 20, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 20, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY EMAIL:**
Joel Moss - joel.moss@shearman.com
Kelly McDonald - Kelly.mcdonald@barclays.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/20/2022 | Gloria Estrada | /s/ Gloria Estrada |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Abram Feuerstein     abram.s.feuerstein@usdoj.gov
Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman     seth.goldman@mto.com
David M Goodrich     dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green     everett.l.green@usdoj.gov
Anna Gumport     agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes     chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com;rev_jarushewskyj@ballardspahr.com
Mark T Jessee     jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress     lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides     plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin     ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
David L. Neale     dln@lnbyg.com
Valerie Bantner Peo     vbantnerpeo@buchalter.com
Cameron C Ridley     Cameron.Ridley@usdoj.gov
Bradley R Schneider     bradley.schneider@mto.com
Jason D Strabo     jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven     joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop     mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood     robert.wood@rivercitybank.com
Nahal Zarnighian     zarnighiann@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**