**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**DECLARATION OF ED RODIECK RE SERVICE AND PROOF OF SERVICE OF (1) MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN DEBTOR AND SOUTHERN CALIFORNIA EDISON PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019; AND DECLARATIONS OF ANDREW RUIZ AND DAVID M. GOODRICH IN SUPPORT THEREOF; (2) NOTICE OF HEARING ON MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN DEBTOR AND SOUTHERN CALIFORNIA EDISON PURSUANTTO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>**Hearing Date, Time and Location:**<br>Date:    February 10, 2022<br>Time:    1:30 p.m.<br>Place:    3420 Twelfth Street<br>         Courtroom 302<br>         Riverside, CA 92501 |

1105608.2                                                                 DECLARATION

# **DECLARATION OF ED RODIECK**

I, Ed Rodieck, declare as follows:

1. I am employed at Integrity Legal Corp. I am over the age of 18 years old and not a party to this action. My business address is Integrity Legal Corp.,17900 Sky Park Circle, Ste. 106, Irvine, CA 92614. The following matters are true and correct and within my own personal knowledge and belief, and if called as a witness, I could and would competently testify thereto.

2. On January 20, 2022, prior to 8:00 p.m. (PST), Integrity Legal Corp. served (1) Motion For Order Approving Settlement Between Debtor And Southern California Edison Pursuant To Federal Rule Of Bankruptcy Procedure 9019; And Declarations Of Andrew Ruiz And David M. Goodrich In Support Thereof; (2) Notice Of Hearing On Motion For Order Approving Settlement Between Debtor And Southern California Edison Pursuantto Federal Rule Of Bankruptcy Procedure 9019 via U.S. mail on the entities listed in Exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21th day of January, 2022, at Irvine, California.

*Ed Rodieck*
_____
Ed Rodieck

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1105608.2                            2                            DECLARATION

# EXHIBIT A

**SERVED BY UNITED STATES MAIL**

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501-3314

ACES
4140 West 99th Street
Carmel, IN 46032-7731

Best Best & krieger LLP
3390 University Avenue, 5th Floor
Riverside, CA 92501-3369

EES Consulting
Attn: Gary Saleba
1601 Carmen Drive, Suite 215H
Camarillo, CA 93010-3105

Exelon Generation Company, LLC
1310 Point Street
8th Floor
Baltimore, MD 21231-3380

Nextera Energy Marketing, LLC
Attn: Mark Palanchian
700 Universe Blvd.
North Palm Beach, FL 33408-2657

PFM Financial Advisors, LLC
601 S. Figueroa Street
Suite 4500
Los Angeles, CA 90017-5703

Pilot Power Group
AttN: Denis Vermette
8910 University Center Lane
San Diego, CA 92122-1026

Southern California Edison
Energy Contract Management
2244 Walnut Grove Ave.
Rosemead, CA 91770-3714

BP Energy Company
Attn: Rob H. Gorski
201 Helios Way
Houston, TX 77079-2678

Calpine Energy Solutions
Attn: Josh Brock
401 W A Street, #500
San Diego, CA 92101-7991

Morgan Stanley Capital Group
Attn: Commodities Department
1585 Broadway, 3rd Floor
New York, NY 10036-8293

OhmConnect, Inc.
Attn: Matt Duesterberg
610 16th Street, Suite M20
Oakland, CA 94612-1282

PIP Printing
4093 Market Street
Riverside, CA 92501-3542

River City Bank
2485 Natomas Park Drvie
Riverside, CA 95833-2975

The Creative Bar
Attn: Justine Lawler
38750 Sky Canyon Drive, Suite C
Murrieta, CA 92563-2564

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Barclays Bank PLC
Attn: Cassandra Bolz
1301 6th Avenue
New York, NY 10019-6022

Constellation
1310 Point Street, 8th Floor
Baltimore, MD 21231-3380

Endersponse, Inc.
Attn: Emily McPhail
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663-4045

NRG Power Marketing LLC
Attn: Joseph A. Holtman
804 Cernegie Center
Princeton, NJ 08540-6023

OneEnergy, Inc.
Attn: Bill Eddie
2003 Western Avenue, Suite 225

0.0

Seattle, WA 98121-2178

Pacific Gas and Electric Company
Attn: Ted Yuba
245 Market Street
San Francisco, CA 94105-1702

Pioneer Community Energy
804 Carnegie Ctr.
Princeton, NJ 08540-6023

Shell Energy North America (USA)
Contract North America
1000 Main Street, Level 12
Houston, TX 77002-6336

The Enegry Authority, Inc.
Attn: Daren Anderson
301 W. Bay Street, Suite 2600

Jacksonville, FL 32202-5103

TransAlta
110-12 Avenue SW
Calgary, Alberta T2P 2MI
Canada

WRCOG
3390 University Ave., Suite 200
Riverside, CA 92501-3315

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

PowerEx Corp., Attn: Mgr. Contracts
666 Burrard Street, Suite 1300
Vancouver, BC V6c 2X8
Canada

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Declaration Of Ed Rodieck Re Service And Proof Of Service Of (1) Motion For Order Approving Settlement Between Debtor And Southern California Edison Pursuant To Federal Rule Of Bankruptcy Procedure 9019; And Declarations Of Andrew Ruiz And David M. Goodrich In Support Thereof; (2) Notice Of Hearing On Motion For Order Approving Settlement Between Debtor And Southern California Edison Pursuantto Federal Rule Of Bankruptcy Procedure 9019 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 21, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 21, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 21, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/21/2022 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman    seth.goldman@mto.com
David M Goodrich    dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wgglp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green    everett.l.green@usdoj.gov
Anna Gumport    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com;rev_jarushewskyj@ballardspahr.com
Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress    lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
David L. Neale    dln@lnbyg.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Cameron C Ridley    Cameron.Ridley@usdoj.gov
Bradley R Schneider    bradley.schneider@mto.com
Jason D Strabo    jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood    robert.wood@rivercitybank.com
Nahal Zarnighian    zarnighiann@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                      **F 9013-3.1.PROOF.SERVICE**