| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEILAND GOLDEN GOODRICH LLP<br>David M. Goodrich, State Bar No. 208675<br>dgoodrich@wgllp.com<br>Ryan W. Beall, State Bar No. 313774<br>rbeall@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, California 92626<br>Telephone 714-966-1000<br>Facsimile 714-966-1002<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Western Community Energy, Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>WESTERN COMMUNITY ENERGY,<br><br><br><br><br>Debtor(s) | CASE NO.: 6:21-bk-12821-SY<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>MOTION FOR ORDER APPROVING<br>SETTLEMENT BETWEEN DEBTOR AND<br>SOUTHERN CALIFORNIA EDISON PURSUANT<br>TO FRBP 9019 |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Motion For Order Approving Settlement Between Debtor And Southern California Edison Pursuant To Federal Rule Of Bankruptcy Procedure 9019

was lodged on (*date*)  02/11/2022  and is attached.  This order relates to the motion which is docket number 243 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1 | **WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
2 | dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
3 | rbeall@wgllp.com
650 Town Center Drive, Suite 600
4 | Costa Mesa, California 92626
Telephone    714-966-1000
5 | Facsimile    714-966-1002

6 | Counsel for Debtor
Western Community Energy
7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

10 | In re | Case No. 6:21-bk-12821-SY

11 | WESTERN COMMUNITY ENERGY, | Chapter 9

12 | Debtor. | **ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN DEBTOR AND SOUTHERN CALIFORNIA EDISON PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Hearing Date, Time and Location:
Date:    February 10, 2022
Time:    1:30 p.m.
Place:    3420 Twelfth Street
Courtroom 302
Riverside, CA 92501

*(left margin, vertical text)* **Weiland Golden Goodrich LLP** — 650 Town Center Drive, Suite 600 — Costa Mesa, California 92626 — Tel 714-966-1000 · Fax 714-966-1002

1    Upon consideration of the *Motion for Order Approving Settlement Between Debtor*

2    *and Southern California Edison Pursuant to Federal Rule of Bankruptcy Procedure 9019*

3    [Dkt. 243] ("Motion") filed by Western Community Energy ("Debtor") which seeks court

4    approval of the Agreement[1] pursuant to Rule 9019 of the Federal Rules of Bankruptcy

5    Procedure; and upon all other documentation filed in connection with the Motion and the

6    Agreement; and upon the record in this case, all judicially noticeable facts and all

7    evidence, arguments and representations made at or prior to the hearing on the Motion;

8    and adequate notice of the Motion having been given as set forth in the Motion; and it

9    appearing that no other or further notice is required; and the Court having overruled any

10    objections to the Motion or such objections having been withdrawn; and sufficient cause

11    appearing therefor;

12    **IT IS HEREBY ORDERED:**

13    1.    The Motion is granted;

14    2.    The terms of the Agreement, a copy of which is attached to the Motion as

15    Exhibit 16, are approved and the Debtor is authorized to enter into the Agreement;

16    3.    The Debtor is authorized to execute any documents or take any actions

17    reasonably necessary to effectuate the terms of the Agreement;

18    4.    The Debtor is authorized to use funds in the RCB Lockbox Account to

19    perform the obligations in the Agreement;

20    5.    The transfer of the funds in the RCB Lockbox Account and the Debtor's

21    accounts receivable (aka customer remittances) to SCE is free and clear of all liens,

22    claims, encumbrances and interest;

23    6.    Prior orders of the Court are modified as necessary to enable performance

24    of the Agreement;

25    7.    This Order is effective immediately upon entry;

26

27    _____

28    [1] Capitalized terms shall have their respective meanings ascribed to such terms in the Motion and the
Agreement.

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1      8.    This Court retains exclusive jurisdiction with respect to all matters arising

2  from or related to implementation of this Order; and

3      9.    Consistent with the Agreement, neither this Order nor the Agreement shall

4  affect the exercise of regulatory authority by California Public Utilities Commission in

5  respect of SCE.

6                  ###

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 600
Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____02/11/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (date) _____02/11/2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____02/11/2022_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVED BY EMAIL:
Joel Moss - joel.moss@shearman.com
Kelly McDonald - Kelly.mcdonald@barclays.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 02/11/2022 | Gloria Estrada | *Gloria Estrada* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Beth Gaschen    bgaschen@wgllp.com,
kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman    seth.goldman@mto.com
David M Goodrich    dgoodrich@wgllp.com,
kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green    everett.l.green@usdoj.gov
Anna Gumport    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes    chaes@marshackhays.com,
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com;rev_jarushewskyj@ballardspahr.com
Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress    lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack    rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
David L. Neale    dln@lnbyg.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Cameron C Ridley    Cameron.Ridley@usdoj.gov
Bradley R Schneider    bradley.schneider@mto.com
Jason D Strabo    jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood    robert.wood@rivercitybank.com
Nahal Zarnighian    zarnighiann@ballardspahr.com