# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, February 10, 2022**      Hearing Room   **302**

<u>1:30 PM</u>
**6:21-12821**    **Western Community Energy**     **Chapter 9**

Telephonic Hearing

**#5.00** Debtor's Motion for Order Approving Settlement Between Debtor and Southern California Edison Pursuant to Federal Rule of Bankruptcy Procedure 9019

David Goodrich to appear by telephone (714)966-1000 - Debtor ✓ *debtor*
Seth Goldman to appear by telephone (213)683-9554 - SCE ✓
Bradley Schneider to appear by telephone (213)683-9237 - SCE
Jonathan Gilhen to appear by telephone (604)891-5063 - Powerex ✓
Peter W Lianides to appear by telephone (949)720-4155 - Pilot Power ✓
Lindsey E Kress to appear by telephone (415)318-8826 - Calpine Energy ✓

*CHAD HAES to appear by telephone for the cities ✓*
*Sean Mitchell on the phone for California Public Utilities - Listen only ✓*
*Mike Guippone on the phone for Reorg Research*

Docket   243

**Matter Notes:**

   **GRANTED:** ✓       **DENIED:** _____

   **CONT'D. TO:** _____

     **Briefing filed:** _____

     **Opposition filed:** _____

     **Reply filed:** _____

   **WITHDRAWN:** _____

     **Order Lodged by:** *D. Goodrich*

**Tentative Ruling:**

   GRANT.

   APPEARANCES REQUIRED. Appearances may be in person or by

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, February 10, 2022**                     **Hearing Room**    **302**

<u>1:30 PM</u>
**CONT...**      **Western Community Energy**                        **Chapter 9**

telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

### Party Information

**<u>Debtor(s):</u>**

Western Community Energy            Represented By
                                                      David M Goodrich
                                                      Beth Gaschen