WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

FILED & ENTERED

FEB 15 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE SETTLEMENT BETWEEN DEBTOR AND SOUTHERN CALIFORNIA EDISON UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** |
| | Hearing:<br>Date:    February 10, 2022<br>Time:    1:30 p.m.<br>Place:   3420 Twelfth Street<br>             Courtroom 302<br>             Riverside, CA 92501 |

Upon consideration of the *Motion for Order Approving Settlement Between Debtor and Southern California Edison Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Dkt. 243] ("Motion") filed by Western Community Energy ("Debtor") seeking court approval of the Agreement[1] under Rule 9019 of the Federal Rules of Bankruptcy Procedure, and upon all other documentation filed in connection with the Motion and the Agreement, and upon the record in this case, all judicially noticeable facts and all

---

[1] Capitalized terms shall have their respective meanings ascribed to such terms in the Motion and the Agreement.

evidence, arguments, and representations made at or prior to the hearing on the Motion, and adequate notice of the Motion having been given, and it appearing that no other or further notice is required, and no objections having been filed, and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. The terms of the Agreement, a copy of which is attached to the Motion as Exhibit 16, are approved and the Debtor is authorized to enter into the Agreement;

3. The Debtor is authorized to execute any documents or take any actions reasonably necessary to effectuate the terms of the Agreement;

4. The Debtor is authorized to use funds in the RCB Lockbox Account to perform the obligations in the Agreement;

5. The transfer of the funds in the RCB Lockbox Account and the Debtor's accounts receivable (aka customer remittances) to SCE is free and clear of all liens, claims, encumbrances, and interest;

6. Prior orders of the court are modified as necessary to enable performance of the Agreement;

7. This order is effective immediately upon entry;

8. This court retains exclusive jurisdiction with respect to all matters arising from or related to implementation of this order; and

9. Consistent with the Agreement, neither this order nor the Agreement shall affect the exercise of regulatory authority by California Public Utilities Commission in respect of SCE.

### 

Date: February 15, 2022

Scott H. Yun
United States Bankruptcy Judge