FILED

MAR 3 2022

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No. CC-21-1223 |
| WESTERN COMMUNITY ENERGY, | Bk. No. 6:21-bk-12821-SY |
| Debtor. | |
| BARCLAYS BANK PLC, | |
| Appellant, | |
| v. | **ORDER DISMISSING APPEAL** |
| WESTERN COMMUNITY ENERGY, | |
| Appellee. | |

Before: LAFFERTY, FARIS, and GAN, Bankruptcy Judges.

The parties requested dismissal of this appeal without prejudice.

On December 15, 2021, the Panel issued an order indicating that this appeal would be dismissed with prejudice, unless counsel filed a response indicating that appellant no longer wished to dismiss the appeal.

On December 22, 2021, appellant filed a motion for clarification, indicating that the parties have reached a settlement and requesting a 60-day stay of prosecution in order to complete the settlement.

A review of the bankruptcy court's docket indicates that the settlement between the parties was approved on January 6, 2022. Bankruptcy Court Docket at 236.

On January 28, 2022, the BAP issued an order requiring appellant to file a response regarding whether appellant intended to proceed with the appeal. On February 3, 2022, appellant filed a response indicating that the appellant consented to dismissal of the appeal with prejudice.

This appeal is hereby ORDERED DISMISSED. Fed. R. Bankr. P. 8023. The Panel expresses no opinion about the effect of this dismissal on any other appeals or proceedings.

Each party bears their own attorney fees and costs as it relates to this appeal.

BAP No.      CC-21-1223
RE:          Order of Dismissal
DEBTOR:      WESTERN COMMUNITY ENERGY

# CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Cecil Lizandro Silva, Deputy Clerk
**Date:** March 3, 2022