| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney* <br> ☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____**

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: |
| | **NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER** <br> **[FRBP 9014(c) and LBR 9013-1(k)]** |
| | DATE: <br> TIME: <br> COURTROOM: <br> PLACE: |
| Debtor(s). | |

A motion for an order _____
was filed on (*date*) _____ and

☐ No response was filed with the court or served on the movant; or

☐ The parties stipulated to dismiss on (*date*) _____ on the record of the court; or

☐ The parties filed a stipulation to dismiss on (*date*) _____.

Notice is given that the above-entitled contested matter [docket entry number _____ ] is dismissed pursuant to FRBP 9014(c).

Date: _____

_____
Printed name of law firm (if applicable)

_____
Printed name of individual Movant or attorney for Movant

*/s/  Bradley Schneider*
_____
Signature of individual Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014* | Page 1 | **F 9013-1.5.MOTION.VOL.DISMISSAL**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____ _____ *Sydney V Ett*
Date                         Printed Name                                           Signature

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                                            Page 2                                       F 9013-1.5.MOTION.VOL.DISMISSAL

**NEF SERVICE LIST**

- **Bashar Ahmad** — bahmad@boutinjones.com; cdomingo@boutinjones.com
- **W Steven Bryant** — sbryant@lockelord.com
- **Nathan F Coco** — ncoco@mwe.com
- **Abram Feurstein** — abram.s.feuerstein@usdoj.gov
- **Beth Gaschen** — bgaschen@wgllp.com; kadele@wgllp.com; cbmeeker@gmail.com; cyoshonis@wgllp.com; lbracken@wgllp.com; bgaschen@ecf.courtdrive.com
- **Seth Goldman** — seth.goldman@mto.com
- **David M Goodrich** — dgoodrich@wgllp.com;
- **Mark Gorton** — mgorton@boutinjones.com
- **Everett L. Green** — everett.l.green@usdoj.gov
- **Anna Gumport** — agumport@sidley.com; laefilingnotice@sidley.com; anna-gumport-6608@ecf.pacerpro.com
- **Chad V Haes** — chaes@marshackhays.com; chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **Brian D Huben** — hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Lindsey E Kress** — lkress@lockelord.com; hayli.holmes@lockelord.com
- **Peter W Lianides** — plianides@wghlawyers.com; jmartinez@wghlawyers.com; weinberg@wghlawyers.com
- **Vincent J Marriott, III** — marriott@ballardspahr.com
- **Richard A Marshack** — rmarshack@marshackhays.com; lbuchananmh@ecf.courtdrive.com; marshack@ecf.courtdrive.com
- **Chantelle D McClamb** — mcclambc@ballardspahr.com
- **Thomas G Mouzes** — tmouzes@boutinjones.com; cdomingo@boutinjones.com
- **Samuel A Newman** — sam.newman@sidley.com
- **Valerie Bantner Peo** — vbantnerpeo@buchalter.com
- **Cameron C Ridley** — Cameron.Ridley@usdoj.gov
- **Clifford W Stevens** — dsupnet@neumiller.com
- **Jason D Strabo** — jstrabo@mwe.com; cfuraha@mwe.com
- **Matthew G Summers** — summersm@ballardspahr.com
- **United States Trustee (RS)** — ustpregion16.rs.ecf@usdoj.gov
- **Joseph M VanLeuven** — joevanleuven@dwt.com; katherinehardee@dwt.com; pdxdocket@dwt.com
- **Marc J Winthrop** — mwinthrop@wghlawyers.com; jmartinez@wghlawyers.com
- **Nahal Zarnighian** — zarnighiann@ballardspahr.com

47733096.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**