| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Western Community Energy** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **6:21-bk-12821 SY** |

# Amended 11 U.S.C. Section 924 List of Creditors

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim | Indicate if claim is contingent, unliquidated, or disputed | | | Claim amount |
|---|---|---|---|---|---|---|
| BP Energy Company<br>Attn: Rob H. Gorski<br>201 Helios Way<br>Houston, TX 77079 | Rob H. Gorski<br>Andrea Lewis<br>Andrea.Lewis@bp.com<br>(832) 619-3799 | Hedged Energy | | | | $0.00 |
| Morgan Stanley Capital Group<br>Attn: Commodities Department<br>1585 Broadway, 3rd Floor<br>New York, NY 10036-8293 | commondconfsny@morganstanley.com<br>(914) 225-4300<br>(914) 750-0408 [fax] | Hedged Energy | | | | $0.00 |
| WRCOG<br>3390 University Ave., Suite 200<br>Riverside, CA 92501 | Christopher J. Gray<br>(951) 405-6710<br>cgray@wrcog.us | Management Services | | | | $4,977,894.94 |
| Constellation<br>1310 Point Street, 8th Floor<br>Baltimore, MD 21231 | Contract Administration<br>exeloncontractsupport@exeloncorp.com<br>(410) 470-3485 | Renewable portfolio standards | | | | $0.00 |
| Barclays Bank PLC<br>1301 6th Avenue<br>New York, NY 10019 | Cassandra Boltz | Cash facility/revolving line of credit | | | | $0.00 |
| Elk Hills Power<br>4026 Sky Line Road<br>PO Box 460<br>Tupman, CA 93276 | Valerie Bantner Peo, Esq<br>vbantnerpeo@buchalter.com<br>Tony Ziobro<br>Anthony.Ziobro@crc.com<br>(661) 763-2726<br>Joseph Alves<br>Joe.Alves@rcr.com<br>(562) 999-8632 | Resource adequacy | | | | $408,650.00 |

Debtor **Western Community Energy**  
Name

Case number *(if known)* **6:21-bk-12821 SY**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim | Indicate if claim is contingent, unliquidated, | | | Claim amount |
|---|---|---|---|---|---|---|
| Shell Energy North America (USA) Contract North America 1000 Main Street, Level 12 Houston, TX 77002 | Contracts North America (877) 504-2491 | Resource adequacy | | | | $0.00 |
| Southern California Edison Energy Contract Management 2244 Walnut Grove Ave. Rosemead, CA 91770 | Seth Goldman, Esq. seth.goldman@mto.com Director, Energy Contracts Manager energycontracts@sce.com | Service contract, resource adequacy | | | | $16,190,322.00 |
| TransAlta 110-12 Avenue SW Calgary, Alberta T2P 2MI Canada | contractadmin@transalta.com (403) 267-7255 | Hedged energy | | | | $0.00 |
| NRG Power Marketing LLC Attn: Managing Member 804 Carnegie Center Princeton, NJ 08540 | Joseph A. Holtman | Resource adequacy | Contingent - subject to mitigation of potential damages | | | $161,551.38 |
| Enersponse, Inc. 2901 West Coast Highway, Suite 200 Newport Beach, CA 92663 | Emily McPhail emcphail@enersponse.com (949) 734-0043 | Resource adequacy | Contingent - subject to mitigation of potential damages | | | $164,500.00 |
| Exelon Generation Company, LLC 1310 Point Street 8th Floor Baltimore, MD 21231 | Amanda DeWeese Amanda.DeWeese@constellation.com (410) 470-3485 | Resource adequacy | | | | $0.00 |
| OhmConnect, Inc. 610 16th Street, Suite M20 Oakland, CA 94612 | Matt Duesterberg finance@ohmconnect.com | Resource adequacy | Contingent, unliquidated - subject to mitigation of potential damages | | | $0.00 |
| Pacific Gas and Electric Company 245 Market Street San Francisco, CA 94105 | Ted Yura ted.yura@pge.com (415) 828-3350 | Resource adequacy | Contingent, unliquidated - subject to mitigation of potential damages | | | $0.00 |
| Calpine Energy Solutions 401 W A Street, #500 San Diego, CA 92101 | Josh Brock Josh.Brock@calpinesolutions.com (858) 231-3727 | Consultant services | | | | $573,929.93 |

Debtor __Western Community Energy__          Case number (if known) __6:21-bk-12821 SY__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim | Indicate if claim is contingent, unliquidated, | | | Claim amount |
|---|---|---|---|---|---|---|
| Pilot Power Group, Inc. Attn: Contract Administration 8910 University Center Lane, Suite San Diego, CA 92122 | Marc Winthrop, Esq. mwinthrop@wghlawyers.com (949) 720-4110 Denis Vermette dvermette@edms-llc.com (858) 678-0118-ex. 101 | Consultant, hedged energy, renewable portfolio standards | Disputed, subject to offset | | | $1,161,655.80 |
| Pioneer Community Energy 804 Carnegie Ctr. Princeton, NJ 08540-6023 | San Kang Sam@PioneerCommunityEnergy.ca.gov Brian Zard BrianZ@PioneerCommunityEnergy.ca.gov (916) 758-8950 | Resource adequacy | Contingent, unliquidated -subject to mitigation of potential damages | | | $0.00 |
| EES Consulting 1601 Carmen Drive, Suite 215H Camarillo, CA 93010 | Gary Saleba gary.selba@gdsassocaites.com (425) 889-2700 | Consulting services | | | | $0.00 |
| PFM Financial Advisors, LLC 601 S. Figueroa Street Suite 4500 Los Angeles, CA 90017 | Michael Berwanger Berwangerm@pfm.com | Consulting services | | | | $0.00 |
| PowerEx Corp., Attn: Mgr. Contracts 666 Burrard Street, Suite 1300 Vancouver, BC V6c 2X8 Canada | | Renewable portfolio standards | | | | $21,281.00 |
| ACES 4140 West 99th Street Carmel, IN 46032 | | Consulting services | | | | $0.00 |
| The Creative Bar 38750 Sky Canyon Drive, Suite C Murrieta, CA 92563 | Justin Lawler (866)796-6307 justin@thecreativebar.com | Consultant Services | | | | $15,524.57 |
| California Public Utilities Commission 505 Van Ness Ave. San Francisco, CA 94102 | | | | | | $1,529,866.40 |
| PIP Printing 4093 Market Street Riverside, CA 92501 | | Printing services | | | | $0.00 |
| OneEnergy, Inc. Attn: Bill Eddie 2003 Western Avenue, Suite 225 Seattle, WA 98121 | Attn: Bill Eddie 2003 Western Avenue, Suite 225 Seattle, WA 98121 | Renewable portfolio standards | | | | $0.00 |
| California Dep. of Tax and Finance - Collect. PO Bo 942879 Sacramento, CA 94278 | | Electricity tax | | | | $187,826.22 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Western Community Energy** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:21-bk-12821 SY** |

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2022**       x  [Signature to Follow]
                                          Signature of individual signing on behalf of debtor

                                          **Andrew Ruiz**
                                          Printed name

                                          **Chief Financial Officer, WRCOG**
                                          Position or relationship to debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Amended 11 U.S.C. Section 924 List of Creditors and Declaration Under Penalty of Perjury for Non-Individual Debtors</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>March 17, 2022</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>March 17, 2022</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>March 17, 2022</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/17/2022 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Beth Gaschen    bgaschen@wgllp.com,
kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman    seth.goldman@mto.com
David M Goodrich    dgoodrich@wgllp.com,
kadele@wgllp.com;lbracken@wgllp.com;wgpllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green    everett.l.green@usdoj.gov
Anna Gumport    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes    chaes@marshackhays.com,
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress    lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack    rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
David L. Neale    dln@lnbyg.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Cameron C Ridley    Cameron.Ridley@usdoj.gov
Bradley R Schneider    bradley.schneider@mto.com
Jason D Strabo    jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood    robert.wood@rivercitybank.com
Nahal Zarnighian    zarnighiann@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**