**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER: (1) APPROVING DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; (2) AUTHORIZING THE SOLICITATION OF VOTES ON THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; AND (3) SETTING CERTAIN CONFIRMATION PROCEDURES**<br><br><u>Hearing Date, Time and Location:</u><br>Date:    April 28, 2022<br>Time:    1:30 p.m.<br>Place:   3420 Twelfth Street<br>         Courtroom 302<br>         Riverside, CA 92501 |

1354453.1                                                                                                    NOTICE

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on April 28, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard (the "Hearing Date"), in Courtroom 302 of the United States Bankruptcy Court for the Central District of California (the "Court") located at 3420 Twelfth Street, Riverside, California 92501, the Honorable Scott H. Yun presiding, Western Community Energy (the "Debtor"), the debtor in the above-captioned bankruptcy case (the "Bankruptcy Case"), shall move for entry of an order approving the Disclosure Statement with respect to the Plan for the Adjustment of Debts of Western Community Energy (the "Disclosure Statement"), establishing certain deadlines and procedures relating to confirmation of the Plan for the Adjustment of Debts of Western Community Energy (the "Plan"), and authorizing the Debtor to solicit votes with respect to the Plan.

**PLEASE TAKE FURTHER NOTICE** that any objection or opposition to the approval of the Disclosure Statement must be filed with the Court and served on the undersigned no later than April 14, 2022 (the "Opposition Deadline"). Failure to file and serve a written opposition or objection on or before the Opposition Deadline may be deemed by the Court to be consent to the approval of the Disclosure Statement.

Dated: March 17, 2022              WEILAND GOLDEN GOODRICH LLP

                                   By:  /s/ David M. Goodrich
                                        DAVID M. GOODRICH
                                        RYAN W. BEALL
                                        Counsel for Chapter 9 Debtor
                                        Western Community Energy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Notice of Hearing on Motion For Entry Of An Order: (1) Approving Disclosure Statement With Respect To The Plan For The Adjustment Of Debts Of Western Community Energy; (2) Authorizing The Solicitation Of Votes On The Plan For The Adjustment Of Debts Of Western Community Energy; And (3) Setting Certain Confirmation Procedures will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 17, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 17, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (RS)  
3801 University Avenue, Suite 720  
Riverside, CA 92501-3200

Securities and Exchange Commission  
444 South Flower Street, Suite 900  
Los Angeles, CA 90071

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 17, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**SERVED BY OVERNIGHT MAIL**
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/17/2022 | Gloria Estrada | *Gloria Estrada* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Abram Feuerstein   abram.s.feuerstein@usdoj.gov
Beth Gaschen   bgaschen@wgllp.com,
kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman   seth.goldman@mto.com
David M Goodrich   dgoodrich@wgllp.com,
kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green   everett.l.green@usdoj.gov
Anna Gumport   agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes   chaes@marshackhays.com,
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben   hubenb@ballardspahr.com, carolod@ballardspahr.com
Mark T Jessee   jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress   lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides   plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack   rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin   ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
David L. Neale   dln@lnbyg.com
Valerie Bantner Peo   vbantnerpeo@buchalter.com
Cameron C Ridley   Cameron.Ridley@usdoj.gov
Bradley R Schneider   bradley.schneider@mto.com
Jason D Strabo   jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven   joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop   mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood   robert.wood@rivercitybank.com
Nahal Zarnighian   zarnighiann@ballardspahr.com

**SERVED BY UNITED STATES MAIL**:

ACES
4140 West 99th Street
Carmel, IN 46032-7731

Best Best & krieger LLP
3390 University Avenue, 5th Floor
Riverside, CA 92501-3369

EES Consulting
Attn: Gary Saleba
1601 Carmen Drive, Suite 215H
Camarillo, CA 93010-3105

Exelon Generation Company, LLC
1310 Point Street
8th Floor
Baltimore, MD 21231-3380

Nextera Energy Marketing, LLC
Attn: Mark Palanchian
700 Universe Blvd.
North Palm Beach, FL 33408-2657

PFM Financial Advisors, LLC
601 S. Figueroa Street
Suite 4500
Los Angeles, CA 90017-5703

PowerEx Corp., Attn: Mgr. Contracts
666 Burrard Street, Suite 1300
Vancouver, BC V6c 2X8
Canada

Southern California Edison
Energy Contract Management
2244 Walnut Grove Ave.
Rosemead, CA 91770-3714

BP Energy Company
Attn: Rob H. Gorski
201 Helios Way
Houston, TX 77079-2678

Calpine Energy Solutions
Attn: Josh Brock
401 W A Street, #500
San Diego, CA 92101-7991

Morgan Stanley Capital Group
Attn: Commodities Department
1585 Broadway, 3rd Floor
New York, NY 10036-8293

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| OhmConnect, Inc.<br>Attn: Matt Duesterberg<br>610 16th Street, Suite M20<br>Oakland, CA 94612-1282 | Contract North America<br>1000 Main Street, Level 12<br>Houston, TX 77002-6336 |
| PIP Printing<br>4093 Market Street<br>Riverside, CA 92501-3542 | The Energry Authority, Inc.<br>Attn: Daren Anderson<br>301 W. Bay Street, Suite 2600<br>Jacksonville, FL 32202-5103 |
| River City Bank<br>2485 Natomas Park Drvie<br>Riverside, CA 95833-2975 | TransAlta<br>110-12 Avenue SW<br>Calgary, Alberta T2P 2MI<br>Canada |
| The Creative Bar<br>Attn: Justine Lawler<br>38750 Sky Canyon Drive, Suite C<br>Murrieta, CA 92563-2564 | WRCOG<br>3390 University Ave., Suite 200<br>Riverside, CA 92501-3315 |
| Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 |
| Barclays Bank PLC<br>Attn: Cassandra Bolz<br>1301 6th Avenue<br>New York, NY 10019-6022 | ~~Tullett Prebon Americas Corp.~~<br>~~32123 Lindero Canyon Road~~<br>~~Westlake Village, CA 91361-4204~~<br>MAIL RETURNED 9/2/21 |
| Constellation<br>1310 Point Street, 8th Floor<br>Baltimore, MD 21231-3380 | ~~Pilot Power Group, Inc.~~<br>~~Attn: Contract Administration~~<br>~~8910 University Center Lane, Suite~~<br>~~San Diego, CA 92122-1026~~<br>MAIL RETURNED 9/24/21 |
| Endersponse, Inc.<br>Attn: Emily McPhail<br>2901 West Coast Highway, Suite 200<br>Newport Beach, CA 92663-4045 | ~~Pilot Power Group~~<br>~~AttN: Denis Vermette~~<br>~~8910 University Center Lane~~<br>~~San Diego, CA 92122-1026~~<br>MAIL RETURNED 03/10/21 |
| NRG Power Marketing LLC<br>Attn: Joseph A. Holtman<br>804 Cernegie Center<br>Princeton, NJ 08540-6023 | ~~Elk Hills Power~~<br>~~4026 Sky Line Road~~<br>~~PO Box 460~~<br>~~Tupman, CA 93276-0460~~<br>**RETURNED MAIL 7/12/21** |
| OneEnergy, Inc.<br>Attn: Bill Eddie<br>2003 Western Avenue, Suite 225<br>Seattle, WA 98121-2178 | |
| Pacific Gas and Electric Company<br>Attn: Ted Yuba<br>245 Market Street<br>San Francisco, CA 94105-1702 | |
| Pioneer Community Energy<br>804 Carnegie Ctr.<br>Princeton, NJ 08540-6023 | |
| Shell Energy North America (USA) | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                               **F 9013-3.1.PROOF.SERVICE**