**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**STIPULATION REGARDING AMENDMENTS TO PLAN AND DISCLOSURE STATEMENT WITH RESPECT TO TREATMENT OF CLAIM OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION**<br><br>[No Hearing Requested] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Western Community Energy, the debtor in the above-captioned case ("***WCE***" or "***Debtor***"), by and through its counsel, and the California Public Utilities Commission (the "***Commission***" and together with the Debtor, the "***Parties***"), by and through its counsel, hereby stipulate and agree with respect to the following:

47800890.3

1.    On February 9, 2021, Commission staff issued the Debtor a notice of citation for failing to cure year-ahead resource adequacy ("**RA**") deficiencies and assessed a penalty of $1,529,866.40 (the "**RA Citation**").  On March 11, 2021, the Debtor appealed the RA Citation.  Such appeal is pending before the Commission in proceeding K.21-03-006.  *See* Notice of Appeal of Western Community Energy from Citation No. E-4195-0099 (March 11, 2021) (the "**RA Citation Appeal**").  At the Debtor's request, the RA Citation Appeal is currently stayed through May 31, 2022; however, the RA Citation remains outstanding.

2.    On May 24, 2021, the Debtor filed a chapter 9 bankruptcy petition.  On September 28, 2021, the Court entered its *Order for Relief Under Chapter 9 of the Bankruptcy Code* (Dkt. No. 165).

3.    On September 30, 2021, the Commission timely filed a proof of claim for the amount due in respect of the RA Citation as a prepetition liquidated claim (the "**Commission Claim**").  *See* Proof of Claim No. 14 (Case No. 21-12821).

4.    On March 17, 2022, the Debtor filed, among other things, (i) the *Plan for the Adjustment of Debts of Western Community Energy* (the "**Draft Plan**") (Dkt. No. 254), (ii) *Disclosure Statement with Respect to the Plan for the Adjustment of Debts of Western Community Energy* (Dkt. No. 257) (the "**Disclosure Statement**"), and (iii) *Motion for Entry of an Order: (1) Approving Disclosure Statement with Respect to the Plan for the Adjustment of Debts of Western Community Energy; (2) Authorizing the Solicitation of Votes on the Plan for the Adjustment of Debts of Western Community Energy; and (3) Setting Certain Confirmation Procedures, Memorandum of Points and Authorities, and Declaration of David M. Goodrich in Support Thereof* (Dkt. No. 258) (the "**Disclosure Statement Motion**").

5.    The Draft Plan proposes to equitably subordinate the Commission Claim to other general unsecured claims under Bankruptcy Code Section 510(c), to treat it as a "penalty tax claim" and to classify it as the sole Class 3 Claim.  *See* Plan II.D.  The

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

Commission would vigorously dispute such classification and treatment and was prepared to object to, in the first instance, to the Disclosure Statement.

6.  The Debtor and the Commission, through counsel, engaged in discussions to address the classification and treatment of the Commission Claim and have agreed to incorporate certain revisions to the solicitation versions of the Draft Plan and Disclosure Statement.

**It is therefore stipulated and agreed as follows**:

A.  The Debtor shall file an amended version of the Draft Plan.  Specifically, any such amended plan of adjustment for which the Debtor solicits acceptances (such plan, the "**Solicitation Plan**") shall (i) provide that the Commission Claim will receive the same treatment as other general unsecured claims and shall be classified as a Class 2 Claim; and (ii) not seek to subordinate the Commission Claim to other general unsecured claims.

B.  The Debtor reserves the right to object to the Commission Claim, including to seek the subordination thereof, in a separate matter or proceeding, and the Commission reserves the right to oppose any such challenges.

C.  In its discretion, the Debtor may and is authorized to pursue its rights and remedies regarding the RA Citation before the Commission, including in the RA Citation Appeal.

D.  The Debtor will reserve an amount sufficient to pay the *pro rata* distribution to which the Commission Claim would be entitled as an allowed Class 2 Claim until a final resolution of the RA Citation before the Commission.  Promptly following such resolution before the Commission, the Debtor shall distribute the reserved funds in a manner consistent with the resolution before the Commission.

E.  The Debtor shall file an amended version of the Disclosure Statement to reflect the changes to the Solicitation Plan described herein.

F.  The Commission's deadline to object to the Disclosure Statement is extended through and including April 28, 2022, or such later date to which the hearing on approval of the Disclosure Statement may be adjourned.

G. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof.

H. This Stipulation is without prejudice to the Commission's rights and immunities under the Eleventh Amendment to the United States Constitution and related principles of sovereign immunity.

[*signatures on next page*]

Dated: April 14, 2022

**WEILAND GOLDEN GOODRICH LLP**

By: /s/ Ryan W. Beall
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor Western Community Energy

**CALIFORNIA PUBLIC UTILITIES COMMISSION**

Christine Jun Hammond (SBN 206768)
Geoffrey Dryvynsyde (SBN 139884)
Aaron Jacobs-Smith (SBN 233081)
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: christine.hammond@cpuc.ca.gov
       geoffrey.dryvynsyde@cpuc.ca.gov
       aaron.jacobs-smith@cpuc.ca.gov

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Sean Mitchell
   Alan W. Kornberg (*pro hac vice forthcoming*)
   Sean A. Mitchell (*pro hac vice forthcoming*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email: akornberg@paulweiss.com
       smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Stipulation Regarding Amendments To Plan And Disclosure Statement With Respect To Treatment Of Claim Of The California Public Utilities Commission will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 14, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 14, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501-3314

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 14, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/14/2022 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman    seth.goldman@mto.com
David M Goodrich    dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green    everett.l.green@usdoj.gov
Anna Gumport    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress    lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
David L. Neale    dln@lnbyg.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Cameron C Ridley    Cameron.Ridley@usdoj.gov
Bradley R Schneider    bradley.schneider@mto.com
Jason D Strabo    jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood    robert.wood@rivercitybank.com
Nahal Zarnighian    zarnighiann@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**