| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEILAND GOLDEN GOODRICH LLP<br>David M. Goodrich, State Bar No. 208675<br>dgoodrich@wgllp.com<br>Ryan W. Beall, State Bar No. 313774<br>rbeall@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, California 92626<br>Telephone 714-966-1000<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Western Community Energy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>WESTERN COMMUNITY ENERGY,<br><br><br><br><br>Debtor(s) | CASE NO.: 6:21-bk-12821-SY<br>CHAPTER: 9<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): STIPULATION REGARDING AMENDMENTS TO PLAN AND DISCLOSURE STATEMENT WITH RESPECT TO TREATMENT OF CLAIM OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION REGARDING AMENDMENTS TO PLAN DISCLOSURE STATEMENT WITH RESPECT TO TREATMENT OF CLAIM OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION
was lodged on (*date*) 04/15/2022 and is attached. This order relates to the motion which is docket number 265.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>　　　　　　　Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**ORDER APPROVING STIPULATION REGARDING AMENDMENTS TO PLAN AND DISCLOSURE STATEMENT WITH RESPECT TO TREATMENT OF CLAIM OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION**<br><br>[No Hearing Requested] |

The Court having reviewed and considered the *Stipulation Regarding Amendments to Plan and Disclosure Statement with Respect to Treatment of Claim of the California Public Utilities Commission* filed April 15, 2022, as Dkt. 265 ("**Stipulation**"),[1] between Western Community Energy, the debtor in the above-captioned case ("**WCE**" or "**Debtor**"), by and through its counsel, and the California Public Utilities Commission (the "**Commission**" and together with the Debtor, the "**Parties**"), by and through its counsel, the record in this case, and good cause appearing,

IT IS HEREBY ORDERED:

A.    The Stipulation is approved.

//

---

[1] Capitalized terms have the same meaning or definition as the capitalized terms in the Stipulation.

A. The Debtor shall file an amended version of the Draft Plan. Specifically, any such amended plan of adjustment for which the Debtor solicits acceptances (such plan, the "**Solicitation Plan**") shall (i) provide that the Commission Claim will receive the same treatment as other general unsecured claims and shall be classified as a Class 2 Claim; and (ii) not seek to subordinate the Commission Claim to other general unsecured claims.

B. The Debtor reserves the right to object to the Commission Claim, including to seek the subordination thereof, in a separate matter or proceeding, and the Commission reserves the right to oppose any such challenges.

C. In its discretion, the Debtor may and is authorized to pursue its rights and remedies regarding the RA Citation before the Commission, including in the RA Citation Appeal.

D. The Debtor will reserve an amount sufficient to pay the *pro rata* distribution to which the Commission Claim would be entitled as an allowed Class 2 Claim until a final resolution of the RA Citation before the Commission. Promptly following such resolution before the Commission, the Debtor shall distribute the reserved funds in a manner consistent with the resolution before the Commission.

E. The Debtor shall file an amended version of the Disclosure Statement to reflect the changes to the Solicitation Plan described herein.

B. The Commission's deadline to object to the Disclosure Statement is extended through and including April 28, 2022, or such later date to which the hearing on approval of the Disclosure Statement may be adjourned.

C. The Debtor and the Commission may proceed to take any action set forth in the Stipulation.

D. The Stipulation and this Order is without prejudice to the Commission's rights and immunities under the Eleventh Amendment to the United States Constitution and related principles of sovereign immunity.

###

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___04/15/2022___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___04/15/2022___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302

Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501-3314

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/03/2021 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Abram Feuerstein     abram.s.feuerstein@usdoj.gov
Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman     seth.goldman@mto.com
David M Goodrich     dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green     everett.l.green@usdoj.gov
Anna Gumport     agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes     chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com
Mark T Jessee     jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress     lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides     plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin     ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
David L. Neale     dln@lnbyg.com
Valerie Bantner Peo     vbantnerpeo@buchalter.com
Cameron C Ridley     Cameron.Ridley@usdoj.gov
Bradley R Schneider     bradley.schneider@mto.com
Jason D Strabo     jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven     joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop     mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood     robert.wood@rivercitybank.com
Nahal Zarnighian     zarnighiann@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**