**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO ASSUME AND ASSIGN NEM CONTRACTS PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE**<br><br>Hearing Date, Time and Location:<br>Date:    May 12, 2022<br>Time:   1:30 p.m.<br>Place:   3420 Twelfth Street<br>            Courtroom 302<br>            Riverside, CA 92501 |

**TO FORMER NET METERING CUSTOMERS OF WESTERN COMMUNITY ENERGY, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on **May 12, 2022,** at **1:30 p.m.**, or as soon thereafter as the matter may be heard, the Court will conduct a hearing ("Hearing") on the *Motion For Authority to Assume and Assign NEM Contracts Pursuant to Section 365 of the Bankruptcy Code* ("Motion") filed by Western Community Energy ("Debtor"). In the Motion, the Debtor seeks an order for approval to assume and assign NEM Contracts to Southern California Edison.

The Motion is based upon the declaration of Andrew Ruiz, the record in this case, all judicially noticeable facts and all evidence, arguments and representations made at or prior to the hearing on the Motion. The Motion seeks authority to assume and assign all Net Metering

1354567.1                                                                                                                    NOTICE OF HEARING

Agreements ("NEM Contracts") to Southern California Edison Company ("SCE") and to transfer SCE an amount ("Cure Amount") equal to the amount owed by WCE to NEM Contract customers.

**PLEASE TAKE FURTHER NOTICE** that WCE contends the Cure Amount listed on the letter enclosed herewith is the amount owed to you to cure any default under your NEM Contract with WCE, including any credit. If the Motion is granted, the Cure Amount will be paid by the WCE to SCE and distributed to you by SCE in accordance with the Motion in full satisfaction of any credit or default or other obligation owed to you under your NEM Contract. **IF YOU CONTEST THE CURE AMOUNT IN THE ENCLOSED LETTER, YOU MUST TIMELY RESPOND IN WRITING TO THE MOTION.**

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion, including the Cure Amount, must conform with Local Bankruptcy Rule 9013-1(f)(1), and no less than 14 days prior to the above hearing date must be (a) filed with the Bankruptcy Court and (b) served upon (i) the Debtor's counsel of record, Weiland Golden Goodrich LLP, 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626, Attention: David M. Goodrich, fax (714) 966-1002, *dgoodrich@wgllp.com*, and (ii) the Office of the United States Trustee. Under Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition to the Motion, including the Cure Amount, may be deemed by the Court to be consent to the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that appearances may be made either in person or by telephone through the toll-free AT&T conference line. Telephonic appearances must be registered by noon of the day prior to the hearing. Judge Yun's telephonic appearance procedures may be viewed at https://www.cacb.uscourts.gov/sites/cacb/files/documents/judges/instructions/SY_TelephonicAppearancesProcedures.pdf.

Dated: April 18, 2022                    WEILAND GOLDEN GOODRICH LLP

By: /s/ David M. Goodrich
DAVID M. GOODRICH
RYAN W. BEALL
Counsel for Chapter 9 Debtor
Western Community Energy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Notice of Hearing of Debtor's Motion For Authority To Assume And Assign Nem Contracts Pursuant To Section 365 Of The Bankruptcy Code; Memorandum Of Points And Authorities And Declaration Of Andrew Ruiz In Support Thereof will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 21, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 21, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501-3314

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 21, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**SERVED BY OVERNIGHT MAIL**
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/21/2022 | Gloria Estrada | *Gloria Estrada* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- Seth Goldman    seth.goldman@mto.com
- David M Goodrich    dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- Everett L Green    everett.l.green@usdoj.gov
- Anna Gumport    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
- Chad V Haes    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
- Lindsey E Kress    lkress@lockelord.com, hayli.holmes@lockelord.com
- Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
- Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
- David L. Neale    dln@lnbyg.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Cameron C Ridley    Cameron.Ridley@usdoj.gov
- Bradley R Schneider    bradley.schneider@mto.com
- Jason D Strabo    jstrabo@mwe.com, cgreer@mwe.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Joseph M VanLeuven    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
- Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
- Robert J Wood    robert.wood@rivercitybank.com
- Nahal Zarnighian    zarnighiann@ballardspahr.com

**TO BE SERVED BY US MAIL:**

River City Bank
c/o Boutin Jones Inc.
Thomas G. Mouzes
Mark Gorton
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

ACES
4140 West 99th Street
Carmel, IN 46032-7731

Barclays Bank PLC
Attn: Kelly McDonald
745 Seventh Avenue
New York, NY 10019-6801

California Independent System Operator Corpo
California ISO, attn: Dan Shonkwiler, Es
P.O. Box 639014
Folsom, CA 95763-9014

Calpine Energy Solutions, LLC
Attn: W. Steven Bryant, Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, TX 78701-3055

Enersponse, Inc.

Attn: Emily McPhail
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663-4045

Morgan Stanley Capital Group
Attn: Commodities Department
1585 Broadway, 3rd Floor
New York, NY 10036-8293

Nextera Energy Marketing, LLC
Attn: Mark Palanchian
700 Universe Blvd.
North Palm Beach, FL 33408-2657

Exelon Generation Company, LLC
c/o Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Best Best & Krieger LLP
3390 University Avenue, 5th Floor
Riverside, CA 92501-3369

California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102-3298

Constellation
1310 Point Street, 8th Floor
Baltimore, MD 21231-3380

Elk Hills Power, LLC
Valerie Bantner Peo, Esq.
Buchalter PC
55 2nd St., 17th Fl.
San Francisco, CA 94105-3493

Exelon Generation Company, LLC
1310 Point Street
8th Floor
Baltimore, MD 21231-3380

NRG Power Marketing LLC
Attn: Joseph A. Holtman
804 Cernegie Center
Princeton, NJ 08540-6023

OhmConnect, Inc.
Attn: Matt Duesterberg
610 16th Street, Suite M20
Oakland, CA 94612-1282

Pilot Power Group, LLC
8910 University Center Lane, Suite 520
San Diego, CA 92122-1026

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Barclays Bank PLC
Attn: Cassandra Bolz
1301 6th Avenue
New York, NY 10019-6022

California Dept. of Tax and Fee Administration
Collections Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA 94279-0001

Calpine Energy Solutions
Attn: Josh Brock
401 W A Street, #500
San Diego, CA 92101-7991

EES Consulting
Attn: Gary Saleba
1601 Carmen Drive, Suite 215H
Camarillo, CA 93010-3105

Endersponse, Inc.
Attn: Emily McPhail
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663-4045

Matthew Summers
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3023

NRG Power Marketing LLC
c/o ContractAdmin
804 Carnegie Center
Princeton NJ 08540-6023

OneEnergy, Inc.
Attn: Bill Eddie
2003 Western Avenue, Suite 225
Seattle, WA 98121-2178

PFM Financial Advisors, LLC
601 S. Figueroa Street
Suite 4500
Los Angeles, CA 90017-5703

River City Bank
2485 Natomas Park Drvie
Riverside, CA 95833-2975

Shell Energy North America (USA)
Contract North America
1000 Main Street, Level 12
Houston, TX 77002-6336

The Energy Authority, Inc.
Attn: Daren Anderson
301 W. Bay Street, Suite 2600
Jacksonville, FL 32202-5103

Western Riverside Council of Governments
3390 University Avenue Suite 200
Riverside, CA 92501-3314

PIP Printing
4093 Market Street
Riverside, CA 92501-3542

River City Bank
c/o Thomas G. Mouzes
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Pacific Gas and Electric Company
Attn: Ted Yuba
245 Market Street
San Francisco, CA 94105-1702

Pioneer Community Energy
804 Carnegie Ctr.
Princeton, NJ 08540-6023

Public Utilities Commission of the State of California Public Utilities Commission
Attention: Aaron Jacobs-Smith
505 Van Ness Avenue
San Francisco, CA 94102-3214

Shell Energy North America (US), L.P.
c/o Shell Oil Company
Attn: Bankruptcy & Credit
150 N. Dairy Ashford Rd.
Houston, TX 77079-1115

The Creative Bar
Attn: Justine Lawler
38750 Sky Canyon Drive, Suite C
Murrieta, CA 92563-2564

WRCOG
3390 University Ave., Suite 200
Riverside, CA 92501-3314

PowerEx Corp., Attn: Mgr. Contracts
666 Burrard Street, Suite 1300
Vancouver, BC V6c 2X8
Canada

Powerex Corp., dba in CA as Powerex Energy
Attn: Manager, Contracts
1300 - 666 Burrard Street
Vancouver BC V6C2X8

TransAlta
110-12 Avenue SW
Calgary, Alberta T2P 2MI
Canada

TransAlta Energy Marketing (U.S.) Inc.
110 - 12 Avenue SW
Calgary, AB T2R0G7

~~Tullett Prebon Americas Corp.~~
~~32123 Lindero Canyon Road~~
~~Westlake Village, CA 91361-4204~~
MAIL RETURNED 9/2/21

~~Pilot Power Group, Inc.~~
~~Attn: Contract Administration~~
~~8910 University Center Lane, Suite~~
~~San Diego, CA 92122-1026~~
MAIL RETURNED 9/24/21

~~Pilot Power Group~~
~~AttN: Denis Vermette~~
~~8910 University Center Lane~~
~~San Diego, CA 92122-1026~~
MAIL RETURNED 03/10/21

~~Elk Hills Power~~
~~4026 Sky Line Road~~
~~PO Box 460~~
~~Tupman, CA 93276-0460~~
**RETURNED MAIL 7/12/21**

~~BP Energy Company~~
~~Attn: Rob H. Gorski~~
~~201 Helios Way~~
~~Houston, TX 77079-2678~~
MAIL RETURNED 4/19/22

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**