| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CALIFORNIA PUBLIC UTILITIES COMMISSION<br>Christine Jun Hammond (SBN 206768)<br>Geoffrey Dryvynsyde (SBN 139884)<br>Candace Morey (SBN 233081)<br>Aaron Jacobs-Smith (SBN 233081)<br>505 Van Ness Avenue<br>San Francisco, California 94102<br>Telephone:  (415) 703-2015<br>Facsimile:  (415) 703-2262<br>Email: christine.hammond@cpuc.ca.gov; geoffrey.dryvynsyde@cpuc.ca.gov; candace.morey@cpuc.ca.gov; aaron.jacobs-smith@cpuc.ca.gov<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg *(pro hac vice pending)*<br>Sean A. Mitchell *(pro hac vice pending)*<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: akornberg@paulweiss.com; smitchell@paulweiss.com<br>*Attorney for:* CALIFORNIA PUBLIC UTILITIES COMMISSION | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Western Community Energy.<br><br><br>Debtor(s). | CASE NO.:6:21-BK-12821-SY<br>ADVERSARY NO.:<br>CHAPTER: 9 |
|---|---|
| <br>vs.<br><br>Plaintiff(s).<br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Alan W. Kornberg _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(specify name of party)*:

    CALIFORNIA PUBLIC UTILITIES COMMISSION

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016 | Page 1 | F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

    State of New York (1978), United States District Courts as follows: S.D.N.Y. (1978), E.D.N.Y. (1978); N.D.C.A. (1985). United States Circuit Court of Appeals as follows: 2nd Cir. (1981), 3rd Cir. (2007); 5th Cir. (1989), 9th Cir. (1985), and District of Columbia Court of Appeals (1993).

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| N/A | | | | |

7. I ☐ have  ☒ have not  been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

    I ☐ resigned  ☒ did not resign  while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):

    Candace Morey

    Name and address of law firm, or residence address:

    CALIFORNIA PUBLIC UTILITIES COMMISSION
    320 W 4th Street                              505 Van Ness Avenue
    Los Angeles, CA 90013                         San Francisco, California 94102

    Telephone number of law firm: (213) 576-7000

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 2                         F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 4/74/22

_____
Signature of applicant

Alan W. Kornberg
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 4/14/22

_____
Signature of Designee

Candace Morey
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 2090-1.2.APP.NONRES.ATTY

 U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Alan Kornberg

**Firm Name:** Paul, Weiss, Rifkind, Wharton & Garrison LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 6:21-BK-12821

**Party Name:** California Public Utilities Commission

**Tracking Number:** PHV-220415-000-0057

**Pay.gov Tracking ID:** 26VO5G55

**Amount:** $500

**Date:** 4/15/2022

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| Statistical Reports | Security | | |
| | Employer Information | Attorney Workroom Copier Password Request | |
| | Checking Status / Confirming Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1285 Avenue of the Americas
New York, New York 10019

A true and correct copy of the foregoing document entitled (*specify*): _____
Application of Non-Resident Attorney to Appear in a Specific Case [LBR 2090-1(b)] _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/15/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: Abram Feuerstein abram.s.feuerstein@usdoj.gov, Beth Gaschen bgaschen@wgllp.com; kadele@wgllp.com; cbmeeker@gmail.com;cyoshonis@wgllp.com; brocken@wgllp.com; bgaschen@ecf.courtdrive.com; gestrada@wgllp.com, Seth Goldman seth.goldman@mto.com, David M Goodrich dgoodrich@wgllp.com; kadele@wgllp.com; brocken@wgllp.com; wgllp@ecf.courtdrive.com;gestrada@wgllp.com , Everett L Green everett.l.green@usdoj.gov , Anna Gumport agumport@sidley.com; laefilingnotice@sidley.com; anna-gumport-6608@ecf.pacerpro.com , Chad V Haes chaes@marshackhays.com; chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com, Brian D Huben huben b@ballardspahr.com; carolod@ballardspahr.com, Mark T Jessee jesseelaw@aol.com; marktjessee@gmail.com, Lindsey E Kress lkress@lockelord.com; hayli.holmes@lockelord.com, Peter W Lianides plianides@wghlawyers.com; jmartinez@wghlawyers.com; svillegas@wghlawyers.com, Richard A Marshack rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com, Ali Matin ali.matin@usdoj.gov; carolyn.k.howland@usdoj.gov, David L Neale dln@lnbyg.com, Valerie Bantner Peo vbantnerpeo@buchalter.com, Cameron C Ridley Cameron.Ridley@usdoj.gov, Bradley R Schneider bradley.schneider@mto.com, Jason D Strabo jstrabo@mwe.com; cgreer@mwe.com, United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov, Joseph M VanLeuven joevanleuven@dwt.com; katherinehardee@dwt.com; pdxdocket@dwt.com, Marc J Winthrop mwinthrop@wghlawyers.com; jmartinez@wghlawyers.com, Robert J Wood robert.wood@rivercitybank.com, Nahal Zarnighian zarnighiann@ballardspahr.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/15/2022 | Maurice Tattnall | *Maurice Tattnall* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE