**CALIFORNIA PUBLIC UTILITIES COMMISSION**
Christine Jun Hammond (SBN 206768)
Geoffrey Dryvynsyde (SBN 139884)
Aaron Jacobs-Smith (SBN 233081)
505 Van Ness Avenue
San Francisco, California 94102
Telephone:   (415) 703-2015
Facsimile:    (415) 703-2262
Email: christine.hammond@cpuc.ca.gov
         geoffrey.dryvynsyde@cpuc.ca.gov
         aaron.jacobs-smith@cpuc.ca.gov

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alan W. Kornberg (*pro hac vice pending*)
Sean A. Mitchell (*pro hac vice pending*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
         smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No.    6:21-bk-12821-SY<br><br>Chapter 9<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the California Public Utilities Commission (the "Commission") enters its appearance by and through its counsel, Christine Jun Hammond, Geoffrey Dryvynsyde, Aaron Jacobs-Smith and Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned representatives be added to the mailing list maintained by the Clerk in the above-captioned chapter 9 case (the "Chapter 9 Case"), and that the Clerk and all other parties in interest in the Chapter 9 Case provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Chapter 9 Case, to all of the persons listed directly below:

>CALIFORNIA PUBLIC UTILITIES COMMISSION
>Christine Jun Hammond (SBN 206768)
>Geoffrey Dryvynsyde (SBN 139884)
>Aaron Jacobs-Smith (SBN 233081)
>505 Van Ness Avenue
>San Francisco, California 94102
>Telephone: (415) 703-2015
>Facsimile: (415) 703-2262
>Email: christine.hammond@cpuc.ca.gov
>   geoffrey.dryvynsyde@cpuc.ca.gov
>   aaron.jacobs-smith@cpuc.ca.gov

>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
>Alan W. Kornberg
>Sean A. Mitchell
>1285 Avenue of the Americas
>New York, New York 10019-6064
>Telephone: (212) 373-3000
>Facsimile: (212) 757-3990
>Email: akornberg@paulweiss.com
>   smitchell@paulweiss.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only all of the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to the Chapter 9 Case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the Chapter 9 Case and the proceedings therein, all of which shall be sent to all of the persons listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

    (a)    a consent by the Commission to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Commission;

    (b)    a waiver of any right of the Commission to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after de novo review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 9 Case or in any case, controversy, or proceeding related to the Chapter 9 Case, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Commission is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or

    (c)    a waiver of any objections or defenses that the State of California, the Commission or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the Commission or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** this Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: April 15, 2022

**CALIFORNIA PUBLIC UTILITIES COMMISSION**

Christine Jun Hammond (SBN 206768)
Geoffrey Dryvynsyde (SBN 139884)
Aaron Jacobs-Smith (SBN 233081)
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: christine.hammond@cpuc.ca.gov
          geoffrey.dryvynsyde@cpuc.ca.gov
          aaron.jacobs-smith@cpuc.ca.gov

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Alan W. Kornberg*
     Alan W. Kornberg (pro hac vice pending)
     Sean A. Mitchell (pro hac vice pending)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
          smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1285 Avenue of the Americas
New York, New York 10019

A true and correct copy of the foregoing document entitled (*specify*): Notice of Appearance and Request for Service of Papers

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/15/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Abram Feuerstein abram.s.feuerstein@usdoj.gov, Beth Gaschen bgaschen@wglp.com; kadele@wglp.com; cbmeeker@gmail.com;cyoshonis@wglp.com; lbracken@wglp.com; bgaschen@ecf.courtdrive.com; gestrada@wglp.com, Seth Goldman seth.goldman@mto.com, David M Goodrich dgoodrich@wglp.com; kadele@wglp.com; lbracken@wglp.com; wglp@ecf.courtdrive.com;gestrada@wglp.com , Everett L Green everett.l.green@usdoj.gov , Anna Gumport agumport@sidley.com; laefilingnotice@sidley.com; anna-gumport-6608@ecf.pacerpro.com , Chad V Haes chaes@marshackhays.com; chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com, Brian D Huben hubenb@ballardspahr.com; carolod@ballardspahr.com, Mark T Jessee jesseelaw@aol.com; marktjessee@gmail.com, Lindsey E Kress lkress@lockelord.com; hayli.holmes@lockelord.com, Peter W Lianides plianides@wghlawyers.com; jmartinez@wghlawyers.com; svillegas@wghlawyers.com, Richard A Marshack rmarshack@marshackhays.com, buchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com, Ali Matin ali.matin@usdoj.gov; carolyn.k.howland@usdoj.gov, David L Neale dln@lnbyg.com, Valerie Bantner Peo vbantnerpeo@buchalter.com, Cameron C Ridley Cameron.Ridley@usdoj.gov, Bradley R Schneider bradley.schneider@mto.com, Jason D Strabo jstrabo@mwe.com; qgreer@mwe.com, United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov, Joseph M VanLeuven joevanleuven@dwt.com; katherinehardee@dwt.com; pdxdocket@dwt.com, Marc J Winthrop mwinthrop@wghlawyers.com; jmartinez@wghlawyers.com, Robert J Wood robert.wood@rivercitybank.com, Nahal Zarnighian zarnighiann@ballardspahr.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/15/2022 | Maurice Tattnall | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE