| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CALIFORNIA PUBLIC UTILITIES COMMISSION<br>Christine Jun Hammond (SBN 206768)<br>Geoffrey Dryvynsyde (SBN 139884)<br>Candace Morey (SBN 233081)<br>Aaron Jacobs-Smith (SBN 233081)<br>505 Van Ness Avenue<br>San Francisco, California 94102<br>Telephone:    (415) 703-2015<br>Facsimile:    (415) 703-2262<br>Email: christine.hammond@cpuc.ca.gov;<br>geoffrey.dryvynsyde@cpuc.ca.gov;<br>candace.morey@cpuc.ca.gov; aaron.jacobs-smith@cpuc.ca.gov<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg (pro hac vice pending)<br>Sean A. Mitchell (pro hac vice pending)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: akornberg@paulweiss.com; smitchell@paulweiss.com<br><br>☒ *Attorney for*: CALIFORNIA PUBLIC UTILITIES COMMISSION | **FILED & ENTERED**<br><br>**APR 25 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Mason     **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Riverside* DIVISION**

| In re:<br><br>Western Community Energy<br><br><br><br><br><br>                                                                                    Debtor(s) | CASE NO.: 6:21-bk-12821-SY<br><br>CHAPTER: 9<br><br>ADVERSARY NO.: |
|---|---|
| <br>vs.<br><br><br>                                                                                    Plaintiff(s)<br><br><br><br><br><br>                                                                                    Defendant(s) | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒    The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):

Sean A. Mitchell

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                                    F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: April 25, 2022

Scott H. Yun
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                                                              F 2090-1.2.ORDER.NONRES.ATTY