United States Bankruptcy Court

Central District of California

In re:  Case No. 21-12821-SY

Western Community Energy  Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 3
Date Rcvd: Apr 25, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Western Community Energy, 3390 University Avenue, Suite 200, Riverside, CA 92501-3314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov  carolyn.k.howland@usdoj.gov |
| Anna Gumport | on behalf of Interested Party Request Courtesy Notification agumport@sidley.com laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com |
| Beth Gaschen | on behalf of Debtor Western Community Energy bgaschen@wgllp.com kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com |
| Bradley R Schneider | on behalf of Creditor Southern California Edison bradley.schneider@mto.com |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 25, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Bradley R Schneider
    on behalf of Defendant Southern California Edison Company bradley.schneider@mto.com

Brian D Huben
    on behalf of Creditor Exelon Generation Company  LLC hubenb@ballardspahr.com, carolod@ballardspahr.com

Cameron C Ridley
    on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov

Candace J Morey
    on behalf of Creditor California Public Utilities Commission candace.morey@cpuc.ca.gov

Chad V Haes
    on behalf of Interested Party Courtesy NEF chaes@marshackhays.com
    chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

Chad V Haes
    on behalf of Interested Party Interested Party chaes@marshackhays.com
    chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

David L. Neale
    on behalf of Interested Party California Independent System Operator dln@lnbyg.com

David M Goodrich
    on behalf of Plaintiff Western Community Energy dgoodrich@wgllp.com
    kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich
    on behalf of Debtor Western Community Energy dgoodrich@wgllp.com
    kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich
    on behalf of Defendant Western Community Energy dgoodrich@wgllp.com
    kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com

Everett L Green
    on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Jason D Strabo
    on behalf of Interested Party Barclays Bank PLC jstrabo@mwe.com  cgreer@mwe.com

Jason D Strabo
    on behalf of Plaintiff Barclays Bank PLC jstrabo@mwe.com  cgreer@mwe.com

Joseph M VanLeuven
    on behalf of Interested Party Courtesy NEF joevanleuven@dwt.com  katherinehardee@dwt.com;pdxdocket@dwt.com

Lindsey E Kress
    on behalf of Creditor Calpine Energy Solutions  LLC lkress@lockelord.com, hayli.holmes@lockelord.com

Marc J Winthrop
    on behalf of Creditor Pilot Power Group  LLC mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

Mark T Jessee
    on behalf of Interested Party Courtesy NEF jesseelaw@aol.com  marktjessee@gmail.com

Nahal Zarnighian
    on behalf of Creditor Exelon Generation Company  LLC zarnighiann@ballardspahr.com

Peter W Lianides
    on behalf of Creditor Pilot Power Group  LLC plianides@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard A Marshack
    on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
    lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com

Robert J Wood
    on behalf of Creditor River City Bank robert.wood@rivercitybank.com

Ryan W Beall
    on behalf of Debtor Western Community Energy rbeall@lwgfllp.com
    vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com

Seth Goldman
    on behalf of Defendant Southern California Edison Company seth.goldman@mto.com

Seth Goldman
    on behalf of Creditor Southern California Edison seth.goldman@mto.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: Apr 25, 2022 | Form ID: pdf042 | Total Noticed: 1

Valerie Bantner Peo
                  on behalf of Interested Party Request Courtesy Notification vbantnerpeo@buchalter.com

TOTAL: 31

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION<br>Christine Jun Hammond (SBN 206768)<br>Geoffrey Dryvynsyde (SBN 139884)<br>Candace Morey (SBN 233081)<br>Aaron Jacobs-Smith (SBN 233081)<br>505 Van Ness Avenue<br>San Francisco, California 94102<br>Telephone:     (415) 703-2015<br>Facsimile:      (415) 703-2262<br>Email: christine.hammond@cpuc.ca.gov; geoffrey.dryvynsyde@cpuc.ca.gov; candace.morey@cpuc.ca.gov; aaron.jacobs-smith@cpuc.ca.gov<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg (pro hac vice pending)<br>Sean A. Mitchell (pro hac vice pending)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: akornberg@paulweiss.com; smitchell@paulweiss.com<br><br>☒    *Attorney for*:  CALIFORNIA PUBLIC UTILITIES COMMISSION | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>APR 25 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Mason     DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -*Riverside* DIVISION**

| In re:<br><br>Western Community Energy<br><br><br>Debtor(s)<br><br><br><br>Plaintiff(s)<br><br>vs.<br><br><br><br>Defendant(s) | CASE NO.: 6:21-bk-12821-SY<br>CHAPTER: 9<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒    The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):

Sean A. Mitchell

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: April 25, 2022

Scott H. Yun
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*    F 2090-1.2.ORDER.NONRES.ATTY