# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, April 28, 2022**      **Hearing Room**   **302**

<u>1:30 PM</u>

**6:21-12821**    **Western Community Energy**     **Chapter 9**

Telephonic Hearing

**#6.00**    Debtor's Motion for Entry of an Order: **(1)** Approving Disclosure Statement with Respect to the Plan for the Adjustment Of Debts of Western Community Energy; **(2)** Authorizing the Solicitation of Votes on the Plan for the Adjustment of Debts of Western Community Energy; and **(3)** Setting Certain Confirmation Procedures

**David Goodrich to appear by telephone (714)966-1000 - Debtor** ✓ *Debtor*
**Jonathan Gilhen to appear by telephone (604)891-5063 - Powerex** *Solutions*
**W. Steven Bryant to appear by telephone (512)305-4726 - Calpine Energy**
**Chad V Haes to appear by telephone (949)333-7777 - The Cities**
**Peter W Lianides to appear by telephone (949)720-4155 - Pilot Power**
**Alan W Kornberg to appear by telephone (212)373-3209 - CA Public Utilities**
**Sean A Mitchell to appear by telephone (212)373-3356 - CA Public Utilities**
**Seth Goldman to appear by telephone (213)683-9554 - SCE** ✓

*Brent Clemmer on the phone for Western Riverside council of governments*

Docket    258

**Matter Notes:**

**Disclosure Statement Hearing continued to:** _5-12-22 @ 1:30pm_

**Brief filed:** _amended Plan & D/S_

**Opposition filed:** _5-5-22_

**Reply filed:** _New deadline for date_

**Date Disclosure Statement can be heard, if timely filed:** _6-2-22_

**Disclosure Statement to be filed (42 days):** _____

**Disclosure Statement Objections filed (14 days):** _____

**Plan Confirmation Hearing:** _____

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, April 28, 2022**             **Hearing Room**    **302**

**1:30 PM**
**CONT...**     **Western Community Energy**                                          **Chapter 9**

       **Brief in Support filed:**      _____

       **Objection filed:**      _____

       **Reply filed:**      _____

       **Ballot Summary filed:**      _____

**Tentative Ruling:**

       APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

     Western Community Energy            Represented By
                                                                 David M Goodrich
                                                                  Beth Gaschen
                                                                  Ryan W Beall

**Movant(s):**

     Western Community Energy            Represented By
                                                                 David M Goodrich
                                                                  Beth Gaschen
                                                                  Ryan W Beall