**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **NOTICE OF JUNE 2, 2022 BAR DATE FOR CERTAIN CLAIMS** |

**TO PUBLIC FINANCIAL MANAGEMENT GROUP, PIONEER COMMUNITY ENERGY, ONE ENERGY, OHM CONNECT, AND PACIFIC GAS & ENERGY:**

**PLEASE TAKE NOTICE** that on May 24, 2021 ("Petition Date"), Western Community Energy ("WCE" or "Debtor"), debtor in the above-captioned chapter 9 bankruptcy case, filed a voluntary petition for relief under chapter 9 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California ("Court").

**PLEASE TAKE NOTICE** that on March 17, 2021, Debtor filed (i) its Chapter 9 Plan for the Adjustment of Debts of Western Community Energy, (ii) its Disclosure Statement With Respect to Chapter 9 Plan for the Adjustment of Debts of Western Community Energy, and (iii) an Amended List of Creditors [Dkt. No. 255] that indicates that the Debtor

does not believe you have a claim against the Debtor.

**PLEASE TAKE FURTHER NOTICE** that at the hearing held April 28, 2022 at 1:30 p.m. in the above-captioned court on the *Motion For Entry Of An Order: (1) Approving Disclosure Statement With Respect To The Plan For The Adjustment Of Debts Of Western Community Energy; (2) Authorizing The Solicitation Of Votes On The Plan For The Adjustment Of Debts Of Western Community Energy; And (3) Setting Certain Confirmation Procedures, Memorandum Of Points And Authorities, And Declaration Of David M. Goodrich In Support Thereof* [Dkt. No. 258] ("Motion") filed by Western Community Energy ("WCE" or the "Debtor"), debtor in the above-captioned chapter 9 bankruptcy case, the Court established June 2, 2022, as the deadline by which you, a newly disputed creditor, may timely file a proof of claim against WCE ("Newly Disputed Claims Bar Date"). **If you do not file a claim by June 2, 2022, you will not receive any distribution under any plan of adjustment filed by the Debtor**. Please note that any such proof of claim must be received by the Court on or before the Newly Disputed Claims Bar Date. Thus, a proof of claim mailed on June 2, 2022 will not be timely.

**CONSEQUENCES OF FAILURE TO PROVIDE PROOF OF CLAIM**

Failing to file a proof of claim by the Newly Disputed Claims Bar Date shall forever bar, estop and enjoin you from the following:

a. Asserting any secured claim or general unsecured claim against WCE for any such claim that arose prior to the Newly Disputed Claims Bar Date; or

b. Receiving a distribution on account of such claim under any plan of adjustment propounded by WCE.

**PROCEDURES FOR FILING PROOFS OF CLAIM**

*General Requirements for Proofs of Claim*

Proofs of claim must (i) be written in English; (ii) be denominated in lawful currency of the United States; and (iii) be signed by the actual claimant or by the claimant's authorized representative or agent.

Proofs of claim must include all documentation required by Federal Rules of Bankruptcy Procedure 3001(c) and 3001(d), including a copy of any written document that forms the basis of the claim and, for secured claims, evidence that the alleged security interest has been perfected. If documentation is voluminous, attach a summary or provide an explanation as to why the missing documents are not available.

*What, When and Where to File – Claimants Represented by Counsel*

Attorneys registered to use CM/ECF may electronically file proofs of claim through CM/ECF. Claimants represented by counsel may also file proofs of claim via the electronic proofs of claim filing system on the Bankruptcy Court website (https://www.cacb.uscourts.gov/epoc-electronic-proof-claim). Electronic proofs of claim will be deemed filed as of the date and time stated on the Notice of Electronic Filing issued by the Bankruptcy Court Clerk. Proofs of claim filed by attorneys in paper form also will be accepted by the clerk.

*What, When and Where to File – Claimants Not Represented by Counsel*

Claimants not represented by counsel may file proofs of claim either in electronic form (via either ECF or the electronic proofs of claim filing system available at https://www.cacb.uscourts.gov/epoc-electronic-proof-claim), or in paper form. Paper proofs of claim may be set forth on attached **Exhibit A** (Official Form 410) and may be obtained at https://www.cacb.uscourts.gov/sites/cacb/files/documents/forms/410.pdf. Note again that all signed original paper proofs of claim (and attached documentation) must be filed with the Court **on or before the Bar Date of June 2, 2022**. Paper proofs of claim may be filed by mail or delivered to the Court at the following address:

> Clerk
> United States Bankruptcy Court
> 3420 Twelfth Street
> Riverside, CA 92501

For paper proofs of claim to be timely and properly filed, they must be received by the Court at the above address. **Paper proofs of claim will be deemed filed only when actually received by the Court.**

1     YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM
2 AGAINST WCE.

3     THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT
4 YOU HAVE A CLAIM OR THAT EITHER WCE OR THE COURT BELIEVES THAT YOU
5 HAVE A CLAIM.

6     WCE RECOMMENDS THAT YOU CONSULT AN ATTORNEY IF YOU HAVE ANY
7 QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.

8     Questions concerning this Notice should be in writing and should be directed to
9 David M. Goodrich, whose email address is dgoodrich@wgllp.com.

10 Dated: May 2, 2022         WEILAND GOLDEN GOODRICH LLP

12     By:   */s/ David M. Goodrich*
          DAVID M. GOODRICH
13           RYAN W. BEALL
          Counsel for Chapter 9 Debtor
14           Western Community Energy

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1 _____Western Community Energy_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number  6:21-bk-12821-SY

---

Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

### Part 1:  Identify the Claim

**1. Who is the current creditor?**
_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  _____

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| _____<br>Name | _____<br>Name |
| _____<br>Number        Street | _____<br>Number        Street |
| _____<br>City                         State         ZIP Code | _____<br>City                         State         ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☐ Yes.  Claim number on court claims registry (if known) _____      Filed on  _____
                                                                                                        MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes.  Who made the earlier filing? _____

---

Official Form 410                                     **Proof of Claim**                                     page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. | How much is the claim? | $_____.  **Does this amount include interest or other charges?**<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | Is all or part of the claim secured? | ❏ No<br>❏ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**:                                    $_____<br>**Amount of the claim that is secured:**     $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**     $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>❏ Fixed<br>❏ Variable |
| 10. | Is this claim based on a lease? | ❏ No<br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____ |
| 11. | Is this claim subject to a right of setoff? | ❏ No<br>❏ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | \* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
       First name        Middle name        Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
         Number    Street
_____
City                                          State    ZIP Code

Contact phone _____    Email _____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600
Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled (*specify*): Notice Of June 2, 2022 Bar Date For Certain Claims will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 2, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 2, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Pioneer Community Energy
804 Carnegie Ctr.
Princeton, NJ 08540-6023

Clifford W Stevens
P.O. Box 20
Stockton, CA 95201

OneEnergy, Inc.
Attn: Bill Eddie
2003 Western Avenue, Suite 225
Seattle, WA 98121-2178

OneEnergy, Inc.
Attn: Lisa Coston
2003 Western Avenue, Ste. 225
Seattle, WA 98121

OhmConnect, Inc.
Attn: Matt Duesterberg
610 16th Street, Suite M20
Oakland, CA 94612-1282

Pacific Gas and Electric Company
Attn: Ted Yuba
245 Market Street
San Francisco, CA 94105-1702

Martha Simon
Law Office of Martha J. Simon
369 Pine St., Suite 527
San Francisco CA 94104

PFM Financial Advisors, LLC
601 S. Figueroa Street
Suite 4500
Los Angeles, CA 90017-5703

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 2, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/2/2022 | Gloria Estrada | *Gloria Estrada* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                 **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com
Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman    seth.goldman@mto.com
David M Goodrich    dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green    everett.l.green@usdoj.gov
Anna Gumport    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress    lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
Candace J Morey    candace.morey@cpuc.ca.gov
David L. Neale    dln@lnbyg.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Cameron C Ridley    Cameron.Ridley@usdoj.gov
Bradley R Schneider    bradley.schneider@mto.com
Jason D Strabo    jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood    robert.wood@rivercitybank.com
Nahal Zarnighian    zarnighiann@ballardspahr.com

**SERVED BY U S MAIL:**

CSC Lawyers Incorporating Service
Agent for Service of Process of OneEnergy
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA 95833

Brian M. Wong
Agent For Service Of Process Of Pacific Gas And Electric Company
77 Beale Street
San Francisco, CA 94105

1505 Corporation/ 1231 Registered Agent Solutions
Agent for Service of Process of Public Financial Management Group
720 14TH STREET
SACRAMENTO, CA 95814

Sanjay Ranchod
Agent for Service of Process of Ohm Connect
371 3RD STREET, SECOND FLOOR
OAKLAND, CA 94607

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE