| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**WEILAND GOLDEN GOODRICH LLP**<br>David M. Goodrich, State Bar No. 208675<br>dgoodrich@wgllp.com<br>Ryan W. Beall, State Bar No. 313774<br>rbeall@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, California 92626<br>Telephone       714-966-1000<br>Facsimile       714-966-1002<br><br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* Western Community Energy, Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>RIVERSIDE</u> DIVISION**

| In re:<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor(s) | CASE NO.: 6:21-bk-12821-SY<br><br>CHAPTER: 9<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>**MOTION FOR ENTRY OF AN ORDER:**<br>**(1) APPROVING DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; (2) AUTHORIZING THE SOLICITATION OF VOTES ON THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; AND (3) SETTING CERTAIN CONFIRMATION PROCEDURES** |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER CONTINUING HEARING ON MOTION FOR ENTRY OF AN ORDER: (1) APPROVING DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; (2) AUTHORIZING THE SOLICITATION OF VOTES ON THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; AND (3) SETTING CERTAIN CONFIRMATION PROCEDURES</u> was lodged on (*date*) <u>05/02/2022</u> and is attached. This order relates to the motion which is docket number <u>258</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                                    **F 9021-1.2.BK.NOTICE.LODGMENT**

**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **ORDER CONTINUING HEARING ON MOTION FOR ENTRY OF AN ORDER: (1) APPROVING DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; (2) AUTHORIZING THE SOLICITATION OF VOTES ON THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; AND (3) SETTING CERTAIN CONFIRMATION PROCEDURES** |
| | Hearing Date, Time and Location: |
| | DATE:    April 28, 2022 |
| | TIME:    1:30 p.m. |
| | CTRM:    302 |
| | 3420 Twelfth Street |
| | Riverside, CA 92501 |
| | Continued Hearing Date, Time and Location: |
| | DATE:    May 12, 2022 |
| | TIME:    1:30 p.m. |
| | CTRM:    302 |
| | 3420 Twelfth Street |
| | Riverside, CA 92501 |

1

On April 28, 2022, at 1:30 p.m., a hearing was held on the *Motion For Entry Of An Order: (1) Approving Disclosure Statement With Respect To The Plan For The Adjustment Of Debts Of Western Community Energy; (2) Authorizing The Solicitation Of Votes On The Plan For The Adjustment Of Debts Of Western Community Energy; And (3) Setting Certain Confirmation Procedures, Memorandum Of Points And Authorities, And Declaration Of David M. Goodrich In Support Thereof* [Dkt. No. 258] ("Motion") filed by Western Community Energy ("WCE" or the "Debtor"), debtor in the above-captioned chapter 9 bankruptcy case. Appearances were as noted on the record. The Court having reviewed the Motion, the notice of the Motion [Dkt. 259], all judicially noticeable facts and all evidence submitted in support of the Motion, the related pleadings, and the arguments of counsel at the hearing on the Motion; and for good cause appearing,

**IT IS ORDERED:**

1. The hearing on the Motion is continued to May 12, 2022 at 1:30 p.m.
2. The Newly Disputed Claims Bar Date is set for June 2, 2022 ("Newly Disputed Claims Bar Date").
3. WCE shall transmit notice of the Newly Disputed Claims Bar Date to all holders of Newly Disputed Claims by no later than May 2, 2022.

###

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600
Costa Mesa, California 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/02/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 05/02/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

Securities and Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, CA 90071

River City Bank
2485 Natomas Park Drvie
Riverside, CA 95833-2975

Southern California Edison
Energy Contract Management
2244 Walnut Grove Ave.
Rosemead, CA 91770-3714

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/02/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/02/2022 | Gloria Estrada | *Gloria Estrada* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Beth Gaschen    bgaschen@wgllp.com,
kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman    seth.goldman@mto.com
David M Goodrich    dgoodrich@wgllp.com,
kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green    everett.l.green@usdoj.gov
Anna Gumport    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes    chaes@marshackhays.com,
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress    lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack    rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
David L. Neale    dln@lnbyg.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Cameron C Ridley    Cameron.Ridley@usdoj.gov
Bradley R Schneider    bradley.schneider@mto.com
Jason D Strabo    jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood    robert.wood@rivercitybank.com
Nahal Zarnighian    zarnighiann@ballardspahr.com

**SERVED BY UNITED STATES MAIL**:

~~Pilot Power Group, Inc.~~
~~Attn: Contract Administration~~
~~8910 University Center Lane, Suite~~
~~San Diego, CA 92122-1026~~
MAIL RETURNED 9/24/21

~~Pilot Power Group~~
~~AttN: Denis Vermette~~
~~8910 University Center Lane~~
~~San Diego, CA 92122-1026~~
MAIL RETURNED 03/10/21

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**