**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel for Debtor Western Community Energy

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **STIPULATION BY AND BETWEEN WESTERN COMMUNITY ENERGY AND PILOT POWER GROUP LLC REGARDING TREATMENT OF CLAIM OF PILOT POWER GROUP LLC** |
| | [No Hearing Requested] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Western Community Energy, the debtor in the above captioned case ("Debtor") and Pilot Power Group LLC ("Pilot Power" and collectively with the Debtor, the "Parties"), by and through their respective undersigned counsel, hereby stipulate ("Stipulation") and agree with respect to the following:

**<u>RECITALS</u>**

1.      Pilot Power Group, Inc. (now known as Pilot Power Group, LLC.) ("Pilot Power"), is an Electric Service Provider ("ESP") registered with the California Public Utilities Commission

1  ("CPUC") and is also a certified Scheduling Coordinator ("SC") with the California Independent

2  System Operator ("CAISO").

3      2.    Pilot Power and the Debtor entered into a *Professional Services Agreement* dated

4  August 15, 2019 (and inclusive of all amendments thereto, the "Agreement"). Under the

5  Agreement, Pilot Power provided services to WCE, including substantial credit, capital and

6  collateral support for and on behalf of WCE. Pilot Power was the designated SC at the CAISO for

7  all of the WCE customer load. All of the WCE customer load was scheduled and settled with the

8  CAISO under a sub-SC ID of Pilot Power established by Pilot Power at the CAISO as "WCE1."

9      3.    On May 24, 2021, the Debtor filed a voluntary petition for relief under Chapter 9 of

10 the Bankruptcy Code initiating the instant bankruptcy case.

11     4.    On or about June 11, 2021, WCE, Southern California Edison ("SCE") and CAISO

12 entered into the Load Transfer Agreement Among Western Community Energy, Southern

13 California Edison Company and California Independent System Operation Corporation dated as of

14 June 11, 2021 ("Load Transfer Agreement"). Pursuant to the Load Transfer Agreement, among

15 other things, effective for electric service as of June 15, 2021 at 12:00:01 a.m. PDT (the "Effective

16 Date"), WCE agreed to cause Pilot Power to stop scheduling the expected load of WCE retail

17 customers in the CAISO's market.

18     5.    In light of the Load Transfer Agreement, WCE stipulated to the rejection of the

19 Agreement. On June 17, 2021, the Bankruptcy Court entered an order authoring the rejection of

20 the Agreement.

21     6.    On September 30, 2021, Pilot Power filed Proof of Claim No. 15-1 ("Pilot Claim")

22 asserting a claim in the amount of $3,305,679.17 of which $1,848,988.70 was allegedly entitled to

23 priority pursuant to 11 U.S.C. § 507(a)(2). Pilot Power as the SC for WCE has and is receiving

24 invoices from the CAISO that cover the time period for which Pilot Power operated as the SC for

25 WCE. Some of these invoices include credits from the CAISO for previous CAISO invoices that

26 over-estimated the actual amounts owing, or that include credits for CRR revenue generated as a

27 result of Pilot Power's bids and management of the CRR market on behalf of WCE. Accordingly,

28

1  the Pilot Claim recouped and/or setoff credits from the CAISO, thereby asserting only a net claim

2  amount.

3         7.     On March 17, 2022, the Debtor filed its Plan for the Adjustment of Debts of

4  Western Community Energy ("Plan"). In the Plan, the Debtor asserts that it disputes the Pilot

5  Claim and intends to reserve an amount sufficient to pay the Pilot Claim pending adjudication of

6  the Pilot Claim.

7         8.     The Debtor and Pilot Power have engaged in extensive negotiations regarding the

8  Pilot Claim, and seek, through this Stipulation, to provide for an agreement regarding plan

9  treatment of the Pilot Claim.

10         9.     The Debtor and Pilot Power agree that the Debtor will amend the Plan to list the

11  Pilot Claim as an allowed general unsecured claim in the amount of $800,000.00, entitled to

12  payment through Class 2 of the Plan.

13        10.    As part of such agreement, the Debtor and Pilot Power agree to mutually release all

14  claims, complaints, rights, causes of action, suits, controversies, or other disputes.

15        11.    This Stipulation and agreement herein is a compromise of a disputed claim, and

16  shall never be construed as an admission of liability or responsibility for any purpose by either

17  Party.

18  **STIPULATION**

19       NOW, THEREFORE, in consideration of the foregoing and subject to approval of this

20  Stipulation by the Court, the Parties stipulate and agree as follows:

21        1.     Debtor will amend the Plan to treat the Pilot Claim as an allowed general unsecured

22  claim in the amount of $800,000.00 entitled to distribution as a Class 2 creditor.

23        2.     Pilot Power waives any claim for priority pursuant to 11 U.S.C. § 507(a)(2).

24        3.     Debtor agrees to the recoupment and/or offset by Pilot Power of any credits from

25  the CAISO.

26        4.     Except as otherwise provided herein, the Parties, for themselves and their

27  respective predecessors, successors and assigns, hereby release all claims, complaints, rights,

28  causes of action, suits, controversies, or other disputes against each other including, but not

limited to, any claim of negligence by the Debtor against Pilot Power and any claim relating to the Agreement, the Pilot Claim, the CAISO invoices, or the circumstances surrounding the same.

5. Each Party hereby acknowledges the fact that it is its intention that this Stipulation shall be effective as a full and final accord and satisfaction and settlement of and as a bar to each manner of action, cause of action, suit, debt, deficiency, liability, demand, claim, obligation, cost, expense, sum of money, controversy, damage, injury, loss, account, reckoning, security interest and lien of every kind or nature whatsoever, heretofore referred to and released. In connection with such waiver and relinquishment, each Party acknowledges that it is aware that it or its attorneys may hereafter discover facts different from or in addition to the facts which it or its attorneys now know or believe to be true with respect to the subject matter of this Stipulation, and that it may have sustained or may yet sustain damages, costs or expenses that are presently unknown and that relate to the claims released by this Stipulation, but that it is its intention hereby to fully, finally, absolutely and forever settle all such claims which do now exist, may exist or heretofore have existed, in accordance with the terms of this Stipulation and that, in furtherance of such intention, the releases herein given shall be and shall remain in effect for all time as full and complete releases in accordance with the terms and conditions hereof, notwithstanding the discovery of any such additional damages, costs or expenses. Except only for the rights expressly reserved by each Party pursuant to this Stipulation, each Party hereby waives and relinquishes fully, all rights and benefits which it has or may have under Section 1542 of the Civil Code of the State of California, and any comparable United States federal statutes, statutes of any other states in the United States, and common-law principles pertaining to the subject matter of this Stipulation.

6. No Party shall make, publish or communicate to any person or entity any defamatory or disparaging statement concerning another Party; provided, however, that this provision shall not restrict a Party from stating truthful information concerning another Party where deemed necessary or appropriate to comply with applicable law, including any disclosure law, regulation, legal process, or as may be required by any court, arbitrator, mediator, legislative

body or government agency with jurisdiction over the Party or to enforce such Party's rights and interests under this Stipulation.

7.    The Court shall retain jurisdiction to interpret and enforce this Stipulation.

**IT IS SO STIPULATED.**

DATED: May 5, 2022          WEILAND GOLDEN GOODRICH LLP

By: _____
DAVID M. GOODRICH
RYAN W. BEALL
Attorneys for Western Community
Energy

DATED:  May ___, 2022       WINTHROP GOLUBOW HOLLANDER LLP

By: _____
PETER W. LIANIDES
Attorneys for Power Pilot Group LLC

1  body or government agency with jurisdiction over the Party or to enforce such Party's rights and

2  interests under this Stipulation.

3      7.    The Court shall retain jurisdiction to interpret and enforce this Stipulation.

4      **IT IS SO STIPULATED.**

5

6

7  DATED: May ___, 2022          WEILAND GOLDEN GOODRICH LLP

8                                By:  _____

9                                     DAVID M. GOODRICH
                                      RYAN W. BEALL
10                                    Attorneys for Western Community
                                      Energy
11

12  DATED: May 5, 2022            WINTHROP GOLUBOW HOLLANDER LLP

13                                By:  _____

14                                     PETER W. LIANIDES
                                       Attorneys for Power Pilot Group LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1365437.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Stipulation By and Between Western Community Energy and Pilot Power Group LLC Regarding Treatment of Claim of Pilot Power Group LLC will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 5, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) May 5, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Western Community Energy
3390 University Avenue, Suite 200
Riverside, CA 92501
**Debtor**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 5, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**SERVED BY OVERNIGHT MAIL**
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/5/2022 | Gloria Estrada | *Gloria Estrada* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ryan W Beall    rbeall@lwgfllp.com,
vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com
Abram Feuerstein    abram.s.feuerstein@usdoj.gov
Beth Gaschen    bgaschen@wgllp.com,
kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
Seth Goldman    seth.goldman@mto.com
David M Goodrich    dgoodrich@wgllp.com,
kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green    everett.l.green@usdoj.gov
Anna Gumport    agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes    chaes@marshackhays.com,
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
Mark T Jessee    jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress    lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack    rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin    ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
Candace J Morey    candace.morey@cpuc.ca.gov
David L. Neale    dln@lnbyg.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
Cameron C Ridley    Cameron.Ridley@usdoj.gov
Bradley R Schneider    bradley.schneider@mto.com
Jason D Strabo    jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven    joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood    robert.wood@rivercitybank.com
Nahal Zarnighian    zarnighiann@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**