# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, May 12, 2022**                 **Hearing Room  302**

**1:30 PM**
**6:21-12821**  Western Community Energy          **Chapter 9**

Telephonic Hearing

**#3.00**  Debtors Motion for Authority to Assume and Assign NEM Contracts Pursuant to Section 365 of the Bankruptcy Code

David Goodrich to appear by telephone (714)966-1000 - Debtor ✓
Seth Goldman to appear by telephone (213)683-9554 - SCE ✓
Jonathan Gilhen to appear by telephone (604)891-5063 - Powerex ✓
W Steven Bryant to appear by telephone (512)305-4726 - Calpine Energy ✓
Chad V Haes to appear by telephone (949)333-7777 - The Cities ✓
~~Alan W Kornberg to appear by telephone (212)373-3209 - CA Public Utilities~~
Sean A Mitchell to appear by telephone (212)373-3356 - CA Public Utilities ✓
Peter W Lianides to appear by telephone (949)720-4155 - Pilot Power ✓
Brent Clemmer to appear by telephone (760)322-2275 - WRCOG ✓

Docket    267

**Matter Notes:**

    GRANTED: _____      DENIED: _____

    CONT'D. TO: ~~~~~~ 5-26-22 @ 1:30pm

    Briefing filed: _____

    Opposition filed: _____

    Reply filed: _____

    WITHDRAWN: _____

    Order Lodged by: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, May 12, 2022**              **Hearing Room**    **302**

<u>1:30 PM</u>
**CONT...**    **Western Community Energy**               **Chapter 9**

**Party Information**

**Debtor(s):**

    Western Community Energy        Represented By
                                       David M Goodrich
                                       Beth Gaschen
                                       Ryan W Beall

**Movant(s):**

    Western Community Energy        Represented By
                                       David M Goodrich
                                       Beth Gaschen
                                       Ryan W Beall