**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Thursday, May 12, 2022**                                                        **Hearing Room    302**

<u>1:30 PM</u>
**6:21-12821    Western Community Energy**                                        **Chapter 9**

Telephonic Hearing

#4.00    CONT'D Debtor's Motion for Entry of an Order: **(1)** Approving Disclosure Statement with Respect to the Plan for the Adjustment Of Debts of Western Community Energy; **(2)** Authorizing the Solicitation of Votes on the Plan for the Adjustment of Debts of Western Community Energy; and **(3)** Setting Certain Confirmation Procedures

FR. 4/28/22

David Goodrich to appear by telephone (714)966-1000 - Debtor
Seth Goldman to appear by telephone (213)683-9554 - SCE
Jonathan Gilhen to appear by telephone (604)891-5063 - Powerex
W Steven Bryan to appear by telephone (512)305-4726 - Calpine Energy
Chad V Haes to appear by telephone (949)333-7777 - The Cities
~~Alan W Kornberg to appear by telephone (212)373-3209 - CA Public Utilities~~
Sean A Mitchell to appear by telephone (212)373-3356 - CA Public Utilities
Peter W Lianides to appear by telephone (949)720-4155 - Pilot Power
Brent Clemmer to appear by telephone (760)322-2275 - WRCOG

Docket    283

*D/S approved*

**Matter Notes:**

  **Disclosure Statement Hearing continued to:** _____

    **Brief filed:**                 _____

    **Opposition filed:**            _____

    **Reply filed:**                 _____

  **Date Disclosure Statement can be heard, if timely filed:** _____

    **Disclosure Statement to be filed (42 days):** _____

---

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, May 12, 2022**       Hearing Room    302

<u>1:30 PM</u>
**CONT...**    **Western Community Energy**       **Chapter 9**

Disclosure Statement Objections filed (14 days): _____

Plan Confirmation Hearing:   7-14-22 @ 1:30pm   Vote deadline
Brief in Support filed:   6-23-22   - 6-16-22
Objection filed:   6-30-22   & object
Reply filed:   7-7-22   to plan
Ballot Summary filed:   6-23-22

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Western Community Energy      Represented By
     David M Goodrich
     Beth Gaschen
     Ryan W Beall