WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel for Debtor Western Community Energy

**FILED & ENTERED**

**MAY 17 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER: (1) APPROVING DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; (2) AUTHORIZING THE SOLICITATION OF VOTES ON THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; AND (3) SETTING CERTAIN CONFIRMATION PROCEDURES**<br><br><u>Disclosure Statement Hearing</u><br>Date:   May 12, 2022<br>Time:   1:30 p.m.<br>Ctrm:   302<br><br><u>Plan Confirmation Hearing</u><br>Date:   July 14, 2022<br>Time:   1:30 p.m.<br>Ctrm:   302 |

On May 12, 2022 at 1:30 p.m. a hearing was held in the above-captioned court on Western

Community Energy's (the "Debtor") *Motion for Entry of Order: (1) Approving Disclosure*

*Statement with Respect to the Plan for the Adjustment of Debts of Western* Community *Energy, (2) Authorizing the Solicitation of Votes on the Plan for the Adjustment of Debts of Western Community Energy, and (3) Setting Certain Confirmation Procedures* ("Motion") [Dkt. 258] relating to the Debtor's *First Amended Disclosure Statement with Respect to the First Amended Plan for the Adjustment of Debts of Western Community Energy* ("Disclosure Statement") [Dkt. 283]. It having been determined after due and proper notice and an opportunity for a hearing that the Disclosure Statement contains adequate information as required by 11 U.S.C. § 1125, as incorporated by 11 U.S.C. § 901, and there being no objections and good cause appearing,

IT IS ORDERED that:

1. The Disclosure Statement is approved, subject to the Debtor correcting the titles of the Disclosure Statement and the *First Amended Plan* (the "Plan") filed on May 5, 2022 [Dkt. 282] (the "Plan") to state the dates of filing of the Disclosure Statement and the Plan in addition to "first amended."

2. On or before May 19, 2022, the Disclosure Statement, the Plan, and the ballots shall be served on (1) all known creditors who have timely filed a proof of claim in this case or who are listed in the Debtor's Amended List of Creditors, (b) all parties to any executory contracts and unexpired leases with the Debtor, except for any former net metering customers of the Debtor, (c) all parties who have requested special notice, and (d) the Office of the United States Trustee. If a party is or may be entitled to vote on the Plan, then an appropriate form of ballot for the Plan and a pre-addressed postage prepaid return envelope shall be served on the party.

3. June 16, 2022 is the last day for receipt by the Weiland Golden Goodrich, the balloting agent ("Balloting Agent") of all ballots. In order for the ballots to be counted, all ballots must be received no later than 4:00 p.m. prevailing Pacific Time on June 16, 2022 at the following address:

Kelly Adele
Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626

*Questions may be sent via email to kadele@wgllp.com

4. A ballot tabulation showing the acceptances and rejections for impaired classes, in number and dollar amounts, shall be filed by the Balloting Agent no later than June 23, 2022.

5. June 16, 2022 is the last day for filing, serving, and receipt of written objections to confirmation of the Plan.

6. The Debtor shall file a confirmation brief by June 23, 2022.

7. June 30, 2022 is the last day for filing a response to the Debtor's confirmation brief.

8. July 7, 2022 is the last day for the filing, serving, and receipt of a reply brief in response to any response to the Debtor's confirmation brief.

9. A hearing on the confirmation of the Plan is set for July 14, 2022 at 1:30 p.m. at 3420 12th St., Riverside, California, Courtroom 302.

###

Date: May 17, 2022

Scott H. Yun
United States Bankruptcy Judge