**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **DEBTOR'S SUPPLEMENT TO MOTION FOR AUTHORITY TO ASSUME AND ASSIGN NEM CONTRACTS PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE;  DECLARATION OF ANDREW RUIZ IN SUPPORT THEREOF** |
| | Hearing Date, Time and Location: |
| | Date:    May 26, 2022 |
| | Time:    1:30 p.m. |
| | Place:    3420 Twelfth Street |
| | Courtroom 302 |
| | Riverside, CA 92501 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Western Community Energy ("Debtor"), the chapter 9 debtor in the above-captioned bankruptcy case hereby files this *Supplement* ("Supplement") *to Motion For Authority to Assume and Assign NEM Contracts Pursuant to Section 365 of the Bankruptcy Code* ("Motion") seeking approval to assume and assign NEM Contracts

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  (defined herein) to Southern California Edison Company ("SCE").  The Supplement is

2  based upon the declaration of Andrew Ruiz ("Ruiz Dec."), the record in this case, all

3  judicially noticeable facts and all evidence, arguments and representations made at or

4  prior to the continued hearing on the Motion.

5       The Debtor filed the Motion seeking the Court's authority to assume and assign

6  NEM Contracts (defined herein) to SCE as part of a settlement and release agreement

7  ("Agreement") entered into between the Debtor and SCE to settle SCE's claims against

8  the Debtor and resolve litigation between the Debtor and SCE.

9       The Motion was heard on May 12, 2022. The Court continued the hearing on the

10  Motion to May 26, 2022, and requested the Debtor file a supplement to include a sample

11  NEM contract as well as the correspondence sent to NEM customers.

12       Attached as Exhibit "1" is the correspondence provided to PIP Printing for printing

13  and service on all NEM Customers. *See* Ruiz Declaration. Attached as Exhibit "2" is a

14  Frequently Asked Questions WCE Net Energy metering Credits. *See* Ruiz Declaration.

15  Attached hereto as Exhibit "3" is the Western Community Energy Policy No. 012 Net

16  Energy Metering Program Policy. *See* Ruiz Dec. Attached hereto as Exhibit "4" is a

17  Schedule NEM-ST Net Energy Metering Successor Tariff. *See* Ruiz Dec. Attached hereto

18  as Exhibit "5" is a Generating Facility Interconnection Agreement.

19

20  Dated:  May 17, 2022          WEILAND GOLDEN GOODRICH LLP

21

22            By:  */s/ David M. Goodrich*

23                DAVID M. GOODRICH
              RYAN W. BEALL

24                Counsel for Chapter 9 Debtor
              Western Community Energy

25

26

27

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

## DECLARATION OF ANDREW RUIZ

I, Andrew Ruiz, declare as follows:

1.      I am Chief Financial Officer of Western Riverside Council of Governments, Managing Agent of Western Community Energy ("Debtor"), the chapter 9 debtor in the bankruptcy case number 6:21-bk-12821-SY. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Debtor's Supplement to Motion for Authority to Assume and Assign NEM Contracts Pursuant to Section 365 of the Bankruptcy Code* (the "Motion"). Any term not specifically defined herein shall have the meaning set forth in the Motion.

2.      Attached as Exhibit "1" is the correspondence provided to PIP Printing for printing and service on all NEM Customers.

3.      Attached as Exhibit "2" is a Frequently Asked Questions WCE Net Energy metering Credits.

4.      Attached as Exhibit "3" is the Western Community Energy Policy No. 012 Net Energy Metering Program Policy.

5.      Attached as Exhibit "4" is a Schedule NEM-ST Net Energy Metering Successor Tariff.

6.      Attached as Exhibit "5" is a Generating Facility Interconnection Agreement.

7.      The Exhibits attached hereto incorporate all documents provided to PIP Printing for printing and service on all NEM Customers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of May, 2022 at Riverside, California.

Andrew Ruiz

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# EXHIBIT 1



<insert today's date>

<Customer Name>
<Mailing Address>
<City>, <State> <Zip>

**Important Notification:**    **Customers' NEM Contracts and amount owned transferred to SCE**
                              **Customer Name:** <Customer Name>
                              **Account Number:** <Last 4 of Account number>
                              **Cure Amount (including WCE NEM Balance):** <Current Escrow Balance>

Dear NEM Customer:

According to Western Community Energy's ("WCE") records, you are owed a credit for your net metering (NEM) account ending in <Last 4 of Account number> with WCE of $ <Current Escrow Balance> for services provided by WCE through June 14, 2021 (the date WCE terminated services).  At that time, your service was transferred back to Southern California Edison.

This amount, the "Cure Amount," constitutes the amount necessary to cure any default or other obligation owed to you under your Net Metering Agreement with WCE, including any credit for your NEM account owed by WCE.  Following approval of the Motion for Authority to Assume and Assign NEM Contracts (the "Motion"), see enclosed notice, the Cure Amount will be paid by WCE to Southern California Edison ("SCE") and then distributed to you by SCE.  In accordance with the Motion, this payment will be in full satisfaction of any credit in your NEM account with WCE or default or other obligation owed to you under your Net Metering Agreement with WCE that arises before approval of the Motion.

If you disagree with the Cure Amount, the Motion affects your rights.  This letter should be read in conjunction with the enclosed Notice of Hearing on the Motion.

If you have any questions regarding WCE, your Cure Amount, the NEM Program, or other related questions, please contact WCE at (951) 405-6761 or info@westerncommunityenergy.com.  Additional information regarding WCE can be found at westerncommunityenergy.com.

Sincerely,


Western Community Energy

Enclosure:    Notice of Hearing on Debtor's Motion for Authority to Assume and Assign NEM Contracts

EXHIBIT 1    PAGE 4

# EXHIBIT 2

4.18.2022  - FAQ:    WCE Net Energy Metering Credits _____



# Frequently Asked Questions  WCE Net Energy Metering Credits

On May 24, 2021, WCE filed Chapter 9 Bankruptcy to restructure the organization and reorganize its finances.

On June 14, 2021, WCE customers transitioned to Southern California Edison service.

## How did the WCE Bankruptcy impact my NEM service?

Your WCE Net Energy Metering (NEM) period ended with the effective date coinciding with the date you transferred out of WCE service (around June 14, 2021).  On that date, you were placed onto NEM service with Southern California Edison, with a new NEM period commencing on the day of service transfer.

## At the time of transfer, I had a positive balance.  How will I receive my credit?

This credit, also called the "Cure Amount," constitutes the amount necessary to cure any default or other obligation owed to you under your Net Energy Metering Agreement.  The Cure Amount will be paid from WCE funds that have been transferred to Southern California Edison.  Southern California Edison will issue this via a credit on your billing statement.

**4.18.2022  - FAQ:   WCE Net Energy Metering Credits** _____

# When will I receive my credit or Cure Amount?

Southern California Edison (SCE) estimates NEM credits will be issued to customers within 3-4 billing cycles of the date of this FAQ.  If you have any questions regarding your service with SCE, your current bill, or when it is anticipated you will receive a credit for your Cure Amount, you may contact SCE at 1-800-655-4555.

## How is the Cure Amount calculated?

If a WCE NEM customer produced net surplus energy (as measured in kWh), resulting in a balance more than currently applicable WCE charges, then WCE calculates the Cure Amount.  The Cure Amount equals the Choice Solar Program rate ($0.069 per kWh) multiplied by the net surplus energy produced by the customer.

For example, if a customer had accumulated net surplus energy of 1,633 kWh prior to the date service transferred to Southern California Edison, the customer would receive a payment of $112.70 (1,633 multiplied by $0.069) for the customer's Cure Amount.

## What if I did not have a positive credit on my NEM account at the time of transfer?

If you did not have a net surplus energy balance, you do not have a Cure Amount, and you are not owed a payment.

## How do I contact WCE if I have additional questions?

If you have any questions regarding the WCE bankruptcy process, your Cure Amount, the NEM Program, or other related questions, please contact WCE at (951) 405-6761 or info@westerncommunityenergy.com. Additional information regarding WCE can be found at westerncommunityenergy.com.



# EXHIBIT 3



**Western Community Energy
Policy No. 012
Net Energy Metering Program Policy**

## A.  PURPOSE
The Purpose of Net Energy Metering (NEM) Program Policy (Policy) is to provide a process for how Net Energy Metering (commonly referred to as rooftop solar) customers are enrolled with Western Community Energy (WCE).

## B.  APPLICABILITY
Customers enrolled in Southern California Edison's (SCE) Net Energy Metering Program (SCE NEM) are automatically enrolled in WCE's NEM Program.  The Program is applicable for new NEM customers who have Renewable Generation Facilities such as rooftop solar. The facility must be eligible under SCE Schedule NEM – Net Energy Metering or similar tariff option(s) focused on NEM, which may be amended or replaced by SCE from time to time.  Each customer's eligible Renewable Generating Facility must fall within the capacity limits described in SCE's Schedule NEM and must be located on the customer's owned, leased, or rented premises, must be interconnected and operated in parallel with SCE's transmission and distribution systems, and must be intended primarily to offset part or all of the customer's own electrical requirements.

This rate schedule will be available on a first-come, first-served basis to customers that provide SCE with a completed SCE NEM Application and comply with all SCE NEM requirements as described in SCE's Schedule NEM.  This includes customers served by NEMV (Virtual Net Energy Metering), NEMVMASH (Virtual Net Energy Metering for Multifamily Affordable Housing), NEMA (NEM Aggregation) and Multiple Tariff facilities as described by SCE's Schedule NEM.

## C.  TERRITORY
WCE service area.

## D.  INITIAL PHASE-IN
WCE will phase its NEM customers into service on a quarterly basis.  This approach is to minimize any impacts from when the SCE NEM customers' true-ups occur and when WCE's service begins.  Once all NEM customers are phased-in, WCE will true-up all NEM customers in October, as described below.

## E.  RATES
All rates charged under this schedule will be in accordance with the customer's otherwise applicable WCE rate schedule (OAS).  A customer served under this schedule is responsible for all charges from its OAS including monthly minimum charges, customer charges, meter charges, facilities charges, demand charges and surcharges, and all other charges owed to WCE or SCE.  Charges for energy (kWh) supplied by WCE will be based on the net metered usage in accordance with this tariff.

## F.  BILLING
    I.  <u>For a customer with Non-Time of Use (TOU) Rates.</u>  If the customer is a "Net Consumer," having overall positive usage during a specific billing cycle, the customer will be billed in accordance with the customer's OAS.  If the customer is a "Net Generator," having overall negative usage during a specific billing cycle, any net energy production shall be valued in consideration of the customer's OAS.  The calculated value of any net energy production shall be credited to the customer according to the OAS and applied as described in Sections C and D.

EXHIBIT 3    PAGE 7

2. <u>For a customer with TOU Rates</u>.  If the customer is a Net Consumer during any discrete TOU period reflected within a specific billing cycle, the net kWh consumed during such TOU period shall be billed in accordance with applicable TOU period-specific rates / charges, as described in the customer's OAS.  If the customer is a Net Generator during any discrete TOU period reflected within a specific billing cycle, any net energy production shall be valued in consideration of the customer's OAS.  The calculated value of such net energy production shall be credited to the customer according to the OAS and applied as described in Sections C and D.

3. <u>Monthly Settlement of WCE Charges / Credits</u>. Each customer will receive a statement in its monthly SCE bill indicating any accrued charges for electric energy usage during the current billing cycle.  These charges are due and payable on a monthly basis, in accordance with the OAS.  A customer who has accrued credits during previous billing cycles will see such credits applied against currently applicable charges, reducing otherwise applicable charges by an equivalent amount to such credits.  Any remaining balance reflected on each customer's billing statement shall be carried forward to subsequent billing cycle(s) until either excess credit is sufficient to satisfy the charges or an account true-up is performed.  When a customer's net energy production results in an accrued credit balance in excess of currently applicable charges, the value of any net energy production during the billing cycle (in excess of currently applicable charges) shall be valued at the OAS and noted on the customer's bill, including the quantity of any surplus NEM production (measured in kWh), and carried over as a bill credit for use in a subsequent billing cycle(s).

4. <u>WCE True-Up & Cash-Out Processes</u>.

a. <u>*Annual True-Up*</u>.  During the October billing cycle of each year, WCE will determine whether or not each customer has produced net surplus energy, as measured in kWh, over the most recent 12 billing cycles, or the period of time extending from the customer's commencement of participation in WCE's Choice <u>Solar</u> Program through the most recent October billing cycle, whichever is shorter (the "True-Up Period").  If the customer has not produced net surplus NEM energy, as measured in kWh, during the True-Up Period, all NEM credits, if any, generated through participation in WCE's Choice <u>Solar</u> Program in excess of currently applicable WCE charges shall be set to zero and any remaining balance will be due and payable.  However, if a customer has produced net surplus NEM energy, as measured in kWh, resulting in a credit balance in excess of currently applicable WCE charges, then WCE shall credit such customer <u>a Net Surplus Compensation (NSC)</u> ~~an~~ amount equal to the Choice <u>Solar</u> Program rate per kWh, as defined in the WCE Rate Schedule, multiplied by the quantity of net surplus NEM energy produced by the customer during the True-Up Period, consistent with WCE's Annual Cash-Out practice.

b. <u>*Annual Cash-Out*</u>.  During the October billing cycle of each year, any current customer with a credit balance as determined during the applicable True-Up process will be sent a Schedule NEM – October 1, 2021, direct payment by check for the credit balance over $100 on their account, as determined through WCE's Annual True-Up process.  Customers receiving direct payment will have an equivalent credit removed from their NEM account balance at the time of check issuance.  All NEM accounts will be reset to zero kWh annually as of the customer's November billing cycle.  Payments in excess of $5,000 are subject to approval by WCE's Board of Directors.

c. <u>*Aggregated NEM*</u>.  Pursuant to California Public Utilities Commission Section 2827(h)(4)(B), aggregated NEM customers are "permanently ineligible to receive net

EXHIBIT 3    PAGE 8

surplus electricity compensation." Therefore, any excess accrued credits over the course of a year under an aggregated NEM account are ineligible for WCE's Cash-Out as described in Section D. All other NEM rules apply to aggregated NEM accounts.

**G. ACCOUNT CLOSURES**

Customers who close their electric account through SCE or move outside of the WCE service area prior to the October billing cycle of each year and have produced net surplus NEM energy, as measured in kWh, resulting in a credit balance in excess of currently applicable WCE charges, shall receive a direct payment equal to the rate per kWh, as defined in the WCE Fee Schedule, multiplied by the net surplus NEM energy.

WCE reserves the right to work with customers on a case-by-case basis to transfer NEM credits.

**H. SCE NEM SERVICES**

Customers are subject to the conditions and billing procedures of SCE for their non-generation services, as described in SCE's Schedule NEM and related SCE tariff options addressing NEM service. Customers should be advised that while WCE settles out balances for generation on a monthly basis, SCE will continue to assess charges for delivery, transmission and other services. Customers are encouraged to review SCE's most up-to-date NEM tariffs, which are available at www.sce.com.

**I. RETURN TO SCE BUNDLED SERVICE**

Customers with NEM service may opt-out and return to SCE bundled service at any time. WCE will perform a true-up of their account, in consideration of Section D, at the time of return to SCE bundled service, and customers will be subject to SCE's then current rates, terms and conditions of service. For details, please visit www.sce.com.

EXHIBIT 3    PAGE 9

# EXHIBIT 4

**SOUTHERN CALIFORNIA EDISON**
*An EDISON INTERNATIONAL Company*

| | | | |
|---|---|---|---|
| Southern California Edison | Revised | Cal. PUC Sheet No. | 68848-E |
| Rosemead, California    (U 338-E) | Cancelling    Revised | Cal. PUC Sheet No. | 67967-E |

Schedule NEM-ST    Sheet 1
NET ENERGY METERING
SUCCESSOR TARIFF

<u>APPLICABILITY</u>

This Schedule is applicable to Eligible Customer-Generators (Customers) served on time-of-use (TOU) rates who elect to install a Renewable Electrical Generating Facility(ies) (Generating Facility(ies)) pursuant to California Public Utilities (PU) Code Section 2827.1 and California Public Utilities Commission (Commission) Decision (D.)16-01-044, subject to the additional terms and conditions contained herein and any other applicable state or federal laws.  Customers who are receiving service on this Schedule, or who have submitted all documentation necessary to receive service on this Schedule, are subject to the grandfathering provisions pursuant to Special Condition 8 below.

Customers who participate in Direct Access (DA), Community Choice Aggregation (CCA) or Community Aggregation (CA) Service are eligible for service under this Schedule consistent with the NEM services that SCE provides to its Bundled Service Customers, except as otherwise provided herein, provided the Customer's Electric Service Provider (ESP), Community Choice Aggregator or Community Aggregator offers a NEM tariff or program consistent with the provisions of this Schedule. DA, CCA or CA Service Customers must look to their ESP, Community Choice Aggregator or Community Aggregator for NEM services related to the generation charges and credits that result from receiving service under this Schedule.

This Schedule is also applicable to (a) eligible Customers who elect to participate in NEM Aggregation (NEM-A) (see Special Condition 5 below), (b) Customers who install eligible NEM-Paired Storage Systems (see Special Condition 6 below), or (c) Customers whose Generating Facility(ies) meets the definition of a Multiple Tariff Generating Facility (see Special Condition 7 below).

NEM-ST Grandfathering Eligible Customer-Generators, as defined in Special Condition 8, who    (N)
replace a Renewable Electrical Generating Facility due to impacts of a Natural Disaster will remain    |
eligible under this Schedule pursuant to Special Condition 9.    (N)


<u>TERRITORY</u>

Within the entire territory served.

(Continued)

| | | |
|---|---|---|
| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
| Advice    4175-E | Carla Peterman | Date Submitted    Mar 19, 2020 |
| Decision    19-07-015 | Senior Vice President | Effective    Apr 15, 2021 |
| 1C19 | | Resolution    E-5118 |

EXHIBIT 4    PAGE 9

**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL Company

| | | | |
|---|---|---|---|
| Southern California Edison | | Revised | Cal. PUC Sheet No.    66518-E |
| Rosemead, California    (U 338-E) | Cancelling | Original | Cal. PUC Sheet No.    58729-E |

<u>Schedule NEM-ST</u>                                    Sheet 2
<u>NET ENERGY METERING</u>
<u>SUCCESSOR TARIFF</u>
(Continued)

<u>RATES</u>

All terms and conditions of the Customer's Otherwise Applicable Tariff (OAT) apply, except as provided below.

1.  Mandatory TOU Rates.

    a.  To be an Eligible Customer-Generator, the Customer must receive service on a TOU rate schedule (which is then considered the Customer's OAT for the purpose of this Schedule), with no exceptions and no option to opt-out on an underlying rate option that is not time differentiated, at the time the Customer begins service on this Schedule, except as provided in 1.e below.

    b.  The default TOU rate for Residential Customers taking service under this Schedule is Schedule TOU-D, Option 4 to 9 p.m., though Residential Customers may elect another TOU    (T) rate option for which they are eligible.

    c.  Residential Customers who are served under this Schedule or who submit all documentation necessary to receive service under this Schedule prior to the implementation of default Residential TOU rates in SCE's service territory (expected to be in 2019, subject to Commission direction) have the option to stay on the TOU rate that they are served on at that time for a period of five years from the date the Customer commenced service on that TOU rate.

    d.  Any Residential Customer who submits all necessary documentation for service under this Schedule after default Residential TOU rates have been implemented in SCE's service territory (expected to be in 2019, subject to Commission direction) shall be put on the appropriate default TOU rate as a condition of receiving service under this Schedule. Such Customers may opt out of their default TOU rate, but must switch to another available TOU rate for which they are eligible in order to continue receiving service under this Schedule.

    e.  Residential Customers for whom an eligible TOU rate option does not exist (e.g., including but not necessarily limited to customers served on Schedules DM, DMS-1, DMS-2 and DMS-3) are eligible for service on this Schedule while on a non-TOU rate but must begin receiving service on a TOU rate option for which they are eligible as soon as one becomes available in order to continue receiving service on this Schedule.

(Continued)

| | | | |
|---|---|---|---|
| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) | |
| Advice    3957-E | R.O. Nichols | Date Filed | Feb 27, 2019 |
| Decision    18-07-006 | President | Effective | Mar 1, 2019 |
| 2C12    18-11-027 | | Resolution | |

EXHIBIT 4    PAGE 10



Southern California Edison                                          Original      Cal. PUC Sheet No.    58730-E
Rosemead, California      (U 338-E)                 Cancelling              Cal. PUC Sheet No.

Schedule NEM-ST                              Sheet 3
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

<u>RATES</u> (continued)

2.   Nonbypassable Charges (NBCs).

For the purpose of this Schedule only, NBCs include the following rate components, as provided in the Customer's OAT: (1) Public Purpose Programs Charge (PPPC), (2) Nuclear Decommissioning Charge (NDC), (3) Competition Transition Charge (CTC), and (4) Department of Water Resources (DWR) Bond Charge.

As determined in each billing period, a Customer is responsible for NBCs, assessed on a $-per-kilowatthour (kWh) basis using the NBC factors contained in the Customer's OAT, for each kWh of electricity that is consumed/imported from the grid net of exports (i.e., net consumption) in each metered interval (e.g., one hour or 15-minute).   For example, if a Customer consumes/imports 5 kWh from the grid in a metered interval and exports 3 kWh to the grid in that same metered interval, the Customer is assessed NBCs on 2 kWh for that metered interval. If a Customer consumes/imports 2 kWh from the grid in a metered interval and exports 3 kWh in that same metered interval, the Customer is assessed NBCs on 0 kWh for that metered interval since there was no net consumption from the grid in that metered interval.

For DA, CCA or CA Service Customers, the CTC and DWR Bond NBC components are based on the factors contained in Schedules DA-CRS and CCA-CRS, as applicable, and the PPPC and NDC NBC components are based on the factors contained within the Customer's OAT. NBCs are assessed on a $-per kWh basis for each kWh of electricity that is consumed/imported from the grid net of exports (i.e., net consumption) in each metered interval (e.g., one hour or 15-minute).

NEM-A aggregated accounts are assessed NBCs on a $-per-kWh basis for each kWh of electricity that is consumed/imported from the grid in each metered interval.

For Residential Customers, the assessed NBCs will be used in the Minimum Charge calculation consistent with how these components are used in the Minimum Charge calculation for non-NEM Residential customers.

Customers who receive service on California Alternate Rates for Energy (CARE) or who receive a Medical Baseline Exemption are currently exempt from the DWR Bond Charge.  Therefore, the DWR Bond Charge component of the NBCs for these Customers under this Schedule is $0.00/kWh.

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
|---|---|---|
| Advice    3371-E-A | Caroline Choi | Date Filed    Jul 5, 2016 |
| Decision | Senior Vice President | Effective    Jul 1, 2017 |
| 3C10 | | Resolution    E-4792 |

EXHIBIT 4    PAGE 11



Southern California Edison
Rosemead, California    (U 338-E)

Revised    Cal. PUC Sheet No.    65281-E
Cancelling    Original    Cal. PUC Sheet No.    58731-E

Schedule NEM-ST    Sheet 4
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

<u>RATES</u> (continued)

3.    Monthly Energy (kWh) Charges and Credits.

As determined in each billing period, when a Customer is a net consumer of energy, $E_S$ is greater than $E_F$, where $E_S$ is energy supplied by SCE and $E_F$ is energy generated by the Customer's Generating Facility and exported onto SCE's electrical system, the resulting net consumed energy will be used in the calculation of all applicable energy charges, with the exception of the NBCs as outlined above, calculated by (1) multiplying the Customer's net consumed kWh by the applicable energy rate components of the Customer's OAT, in each TOU period, for Bundled Service Customers, or (2)(a) multiplying the Customer's net consumed kWh by the applicable Delivery Service rate components of the Customer's OAT, in each TOU period, and (b) multiplying the Customer's net consumed kWh by the applicable Cost Responsibility Surcharge (CRS) rate components (e.g., PCIA) of Schedules DA-CRS or CCA-CRS that are not defined as NBCs above, in each TOU period, for DA, CCA or CA Service Customers. The Customer's ESP or Community Choice Aggregator/Community Aggregator is responsible for providing the generation-related energy charges. NBCs, as defined above, are not included as part of these calculations.

As determined in each billing period, when a Customer is a net producer of energy, $E_F$ is greater than $E_S$, the resulting net produced energy will be used in the calculation of energy credits, calculated by (1) multiplying the Customer's net produced kWh by the applicable energy rate components of the Customer's OAT, in each TOU period, for Bundled Service Customers (though in no case can the calculation and application of these energy credits result in the reduction of the NBCs owed by the Customer), or (2)(a) multiplying the Customer's net produced kWh by the applicable Delivery Service rate components of the Customer's OAT, in each TOU period, and (b) multiplying the Customer's net produced kWh by the applicable CRS rate components (e.g., PCIA) of Schedules DA-CRS or CCA-CRS that are not defined as NBCs above, in each TOU period, for DA, CCA or CA Service Customers (though in no case can the calculation and application of these energy credits result in the reduction of the NBCs owed by the Customer). The Customer's ESP or Community Choice Aggregator/Community Aggregator is responsible for providing the generation-related energy credits. NBCs, as defined above, are not included as part of these calculations.

(D)

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
|---|---|---|
| Advice    3915-E | Caroline Choi | Date Filed    Dec 13, 2018 |
| Decision | Senior Vice President | Effective    Jan 1, 2019 |
| 4C9 | | Resolution |

EXHIBIT 4    PAGE 12

**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL Company

| Southern California Edison | | Revised | Cal. PUC Sheet No. | 69924-E |
|---|---|---|---|---|
| Rosemead, California   (U 338-E) | Cancelling | Revised | Cal. PUC Sheet No. | 60464-E |

Schedule NEM-ST                    Sheet 5
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

RATES (continued)

4.   Net Surplus Compensation (NSC).

Net Surplus Compensation (NSC) is equal to the Net Surplus Compensation Rate (NSCR) multiplied by Net Surplus Energy.  To calculate NSC, the kWh of Net Surplus Energy are multiplied by the NSCR.  The NSCR is based on the default load aggregation point (DLAP) price, and is equal to the simple rolling average of SCE hourly $-per-kWh prices from the Hour Ending 08 through the Hour Ending 17 (7 a.m. to 5 p.m.) for each day of the 12-month period corresponding to the Customer's 12-month Relevant Period.  The rolling average is calculated on a monthly basis to be effective the first of each month and is applied to all Customers with a Relevant Period ending in that month. SCE uses a full 12 months (365 days, or 366 days for leap years) of DLAP prices, as published on the California Independent System Operator (California ISO) Open Access Same-time Information System (OASIS), ending the twentieth (20th) day of each month.  SCE then calculates the NSCR within five days of the first of the month to allow the California ISO to finalize the day-ahead DLAP prices.  The NSCR is applied to all eligible Net Surplus Generators, irrespective of their rate class.  The NSCR is posted on SCE's website and updated monthly.  See Special Condition 4.i below for specific terms and provisions regarding NSC.

NSC Renewable Attribute Adder (RAA)

Pursuant to D.11-06-016, SCE will include a Renewable Attribute Adder (RAA) with the NSC rate if the eligible Customer or the Customer's aggregator provides a completed Form 14-935 (see Special Condition 4.i.v below) verifying that the Customer: (1) has registered the Generating Facility at the Western Renewable Energy Generation Information System (WREGIS); (2) has obtained Renewables Portfolio Standard (RPS) ownership certification from the California Energy Commission (CEC) for the Customer's Net Surplus Energy and provides this certification to SCE; and (3) allows for the ownership of the Renewable Energy Credits (RECs) associated with the Customer's Net Surplus Energy to be transferred to SCE.  For details on the CEC and WREGIS certification process, refer to the CEC's RPS Eligibility Guidebook, which can be found at: http://www.energy.ca.gov/renewables/documents/#rps.

The RAA will be calculated using the most recent Western Electricity Coordinating Council (WECC) average renewable premium, based on United States Department of Energy (DOE) published data. The RAA will only be paid to those Net Surplus Generators who provide RECs to SCE.

Value of RECs = Net Surplus kWh x RAA.

The RAA will be updated annually and is available at:
https://www.sce.com/regulatory/tariff-books/rates-pricing-choices/renewable-energy-credit                    (T)

At the conclusion of each Relevant Period, the eligible Customer will notify SCE that the Customer has transferred the RECs associated with the Net Surplus Energy in WREGIS by completing Form 14-935 and will send the CEC RPS certificate with the form to SCE.

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) | |
|---|---|---|---|
| Advice   4325-E | Carla Peterman | Date Submitted | Oct 29, 2020 |
| Decision | Senior Vice President | Effective | Nov 28, 2020 |
| 5C14 | | Resolution | |

EXHIBIT 4    PAGE 13



Southern California Edison                                Revised    Cal. PUC Sheet No.   61587-E
Rosemead, California    (U 338-E)          Cancelling   Original   Cal. PUC Sheet No.   58733-E

Schedule NEM-ST                          Sheet 6
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

RATES (continued)

5.  Standby and Customer Generation Departing Load Charges.

    No additional Standby or Customer Generation Departing Load charges are currently applicable
    to Customers served under this Schedule, as provided in SCE's Standby and Customer
    Generation Departing Load tariffs.

6.  NEM-A Billing Services Charges.

    NEM-A Customers served pursuant to Special Condition 5 below are subject to the following
    additional billing services charges:

    Manually Billed Accounts –                                                         (N)

    a.  Account Set-Up Fee: $25.00 per account in the NEM-A arrangement.  Any account added to   (D)
        an NEM-A arrangement is subject to this one-time fee.

    b.  Monthly Billing Fee: $20.00 per month per account in the NEM-A arrangement.   (I)

    Automated Billed Accounts –                                                        (N)
                                                                                        |
    a.  Account Set-Up Fee: $16.00 per account in the NEM-A arrangement.  Any account added to   |
        an NEM-A arrangement is subject to this one-time fee.                           |
                                                                                        |
    b.  Monthly Billing Fee: $2.70 per month per account in the NEM-A arrangement.     |
                                                                                       (N)

(Continued)

(To be inserted by utility)              Issued by              (To be inserted by Cal. PUC)
Advice    3351-E-A                      Caroline Choi           Date Filed    Apr 21, 2017
Decision _____        Senior Vice President          Effective     Oct 13, 2017
6C13                                                            Resolution    E-4665

EXHIBIT 4    PAGE 14



| Southern California Edison | | Revised | Cal. PUC Sheet No. | 67968-E |
|---|---|---|---|---|
| Rosemead, California   (U 338-E) | Cancelling Revised | | Cal. PUC Sheet No. | 65282-E |

Schedule NEM-ST    Sheet 7
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

<u>SPECIAL CONDITIONS</u>

1.  Definitions: Except as otherwise defined in SCE's Electric Rule 1, capitalized terms utilized in the context of this Schedule are defined below and applicable to Customers receiving service under this Schedule.

    a.  Eligible Customer-Generator (Customer).

        i.  A Residential, Small Commercial, commercial, industrial, agricultural, pumping or metered lighting customer served on a TOU rate who uses a Generating Facility, or a combination of those facilities, that is (A) located on the Customer's Premises, (B) interconnected and operates in parallel with SCE's electric system, and (C) intended primarily to offset part or all of the Customer's own electrical requirements.

                                                                                        (D)

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) | |
|---|---|---|---|
| Advice   4063-E | Kevin Payne | Date Submitted | Aug 27, 2019 |
| Decision   16-01-044 | Chief Executive Officer | Effective | Aug 27, 2019 |
| 7C18 | | Resolution | E-5078 |

EXHIBIT 4    PAGE 15



Southern California Edison
Rosemead, California    (U 338-E)

| | Revised | Cal. PUC Sheet No. | 65283-E |
| Cancelling | Revised | Cal. PUC Sheet No. | 60465-E |

Schedule NEM-ST                                    Sheet 8        (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

1.  Definitions. (continued)

    b.  Renewable Electrical Generating Facility (Generating Facility).

        i.  A facility that generates electricity from a renewable source listed below pursuant to paragraph (1) of subdivision (a) of Section 25741 of the Public Resources Code.  These renewable sources are further defined in the CEC's RPS Guidebook.[i]

            Biomass, solar thermal, photovoltaic, wind, geothermal, fuel cells using renewable fuels, small hydroelectric generation, digester gas, municipal solid waste conversion, landfill gas, ocean wave, ocean thermal, or tidal current (Renewable Generator), and any additions or enhancements to the facility using that technology.

            For certain technologies, Customers are required to sign an affidavit (Form 14-912) certifying that they are an Eligible Customer-Generator.  Specifically, a Customer using municipal solid waste conversion, fuel cells using renewable fuel, or small hydroelectric generation will need to certify that the following technology specific criteria have been met:

            A.  For purposes of this Schedule, qualifying "municipal solid waste conversion" is as defined in Public Resources Code Section 25741(b).

            B.  For purposes of qualifying as a "fuel cell using renewable fuels" under this Schedule, the Customer's fuel cell must be powered solely with renewable fuel.

            C.  For purposes of qualifying as a "small hydroelectric generation facility" under this Schedule, the Customer must certify that the facility will neither cause an adverse impact on instream beneficial uses nor cause a change in the volume or timing of streamflow.

        ii.  To be eligible for service under this Schedule, Generating Facilities must meet all applicable safety and performance standards established by the National Electrical Code, the Institute of Electrical and Electronics Engineers, and accredited testing laboratories such as Underwriters Laboratories and, where applicable, rules of the Commission regarding safety and reliability (i.e., SCE's Electric Rule 21).  All Generating Facilities must have a warranty of at least 10 years for all equipment and the associated installation from the system provider (not from SCE).[ii]  Additionally, for Customers installing solar Generating Facilities, all major solar system components (including PV panels and other generation equipment, inverters and meters) must be on the verified equipment list maintained by the CEC.  For all Generating Facilities, any other equipment, as determined by SCE, must be verified as having safety certification from a Nationally Recognized Testing Laboratory (NRTL).

---

[i] RPS Eligibility Guidebook: http://www.energy.ca.gov/renewables/documents/#rps.

[ii] Warranties or service agreements conforming to requirements applicable to the Self-Generation Incentive Program (SGIP) may be used for technologies eligible for the SGIP.  In appropriate circumstances conforming to industry practice, this requirement may also rely on and be satisfied by manufacturers' warranties for equipment and separate contractors' warranties for workmanship (i.e., installation).

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
| Advice ___3915-E___ | Caroline Choi | Date Filed ___Dec 13, 2018___ |
| Decision _____ | Senior Vice President | Effective ___Jan 1, 2019___ |
| 8C16 | | Resolution _____ |

EXHIBIT 4    PAGE 16



Southern California Edison

Rosemead, California    (U 338-E)

Revised    Cal. PUC Sheet No.    65284-E
Cancelling Revised    Cal. PUC Sheet No.    60466-E

Schedule NEM-ST
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

Sheet 9    (T)

SPECIAL CONDITIONS (continued)

1.  Definitions. (continued)

    b.  Renewable Electrical Generating Facility (Generating Facility). (continued)

        iii.  Sizing.  Customer's Generating Facilities must meet the sizing requirements outlined below in order to be eligible for service under this Schedule.

            A.  Sized to Load Requirement: To be eligible for NEM, a Generating Facility must be sized to offset part or all of the Customer's own electrical requirements, and may not be oversized.  This means that the estimated output of the Generating Facility, using the CEC-AC Nameplate rating for inverter-based Generating Facilities and the applicable technology-specific capacity factor as specified in SCE's NEM Interconnection Handbook, must not exceed the Customer's previous annual usage (in kWh), unless additional load verification or acknowledgment is provided to SCE, as required by SCE (this also applies where the Customer has less than 12 months of previous recorded usage data).  For non-inverter-based Generating Facilities, this calculation is based on the AC nameplate rating of the Generating Facility.

            B.  Capacity: Except for the sized-to-load requirement specified above (and as provided in Special Conditions 1.a.ii and 1.a.iii above), there is no limit on the capacity of a Generating Facility served under this Schedule.  However, primarily for the purposes of interconnection, cost responsibility (as outlined in SCE's Electric Rule 21) and NSC eligibility (as outlined in Special Condition 4.i below), certain provisions apply differently to Generating Facilities served under this Schedule depending on whether they have a capacity of (1) 1 MW or less or (2) greater than 1 MW.  Both the CEC-AC rating, as applicable, and the aggregate inverter capacity must not be greater than 1 MW for a Generating Facility to be considered 1 MW and smaller.  For Generating Facilities utilizing fuel cell technology, to be considered as a 1 MW or smaller Generating Facility, the total Generating Facility capacity must not exceed 1 MW CEC-AC Nameplate rating and the lesser of (1) 1 MW aggregate inverter capacity or (2) 1 MW aggregate fuel cell gross nameplate capacity.

    c.  NEM Eligible Generator. A Generating Facility (served under either this Schedule or Schedule NEM), or a generating facility served under Schedule FC-NEM or Schedule BG-NEM.

    d.  Group of NEM Eligible Generators. Generators qualifying for NEM service under the same NEM tariff provisions. Thus, Generating Facilities served under this Schedule would form one group, Generating Facilities served under Schedule NEM would form another group, biogas generators and fuel cell generators served under Schedules BG-NEM or FC-NEM without aggregated accounts would form a third group, and biogas generators and fuel cell generators served under Schedules BG-NEM or FC-NEM with aggregated accounts would form a fourth group.

(Continued)

(To be inserted by utility)
Advice    3915-E
Decision

Issued by
Caroline Choi
Senior Vice President

(To be inserted by Cal. PUC)
Date Filed    Dec 13, 2018
Effective    Jan 1, 2019
Resolution

9C12

EXHIBIT 4    PAGE 17



Southern California Edison
Rosemead, California    (U 338-E)

Revised    Cal. PUC Sheet No.   65285-E
Cancelling   Revised    Cal. PUC Sheet No.   60467-E

Schedule NEM-ST                              Sheet 10      (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

1.  Definitions. (continued)

    e.  Non-NEM Eligible Generator. An electrical generator that does not meet the definition of a Generating Facility in this Schedule or Schedule NEM, and/or an electrical generator that does meet the definition of an eligible generating facility in Schedules BG-NEM or FC-NEM.

    f.  Multiple Tariff Generating Facility. A Generating Facility consisting of one or more NEM Eligible Generators served under this Schedule and one or more NEM Eligible Generators served under Schedules NEM, BG-NEM and/or FC-NEM, or consisting of one or more NEM Eligible Generators served under this Schedule and one or more Non-NEM Eligible Generators.

    g.  NEM-Paired Storage System.    A Generating Facility that includes a Renewable Generator(s) and an Integrated or Directly Connected Energy Storage Device(s) behind the same SCE revenue meter and/or Service Account.  Integrated or Directly Connected Energy Storage Devices are considered an addition or enhancement to the Renewable Generator and not a separate generating facility for the purposes of applying the cost exemptions specified in Special Condition 6 below when interconnecting at the same time as the Renewable Generator.

        An energy storage device shall be considered an addition or enhancement to the Renewable Generator if the energy storage device is either:

        i.  Integrated into the Generating Facility, such that the energy storage device is capable of storing only energy produced by the Renewable Generator, either as an intermediary form of energy during the generation cycle or after electricity has been generated (Integrated Energy Storage Device); or,

        ii. Directly connected to the Generating Facility, such that electricity is delivered from the Renewable Generator to the energy storage device behind the meter used for RPS purposes and any electricity from a source other than the Renewable Generator is included as an energy input to the Generating Facility; the energy storage device must be operated as part of the Generating Facility represented in the application and not in conjunction with any other facility, renewable or otherwise (Directly Connected Energy Storage Device).  As such, a Directly Connected Energy Storage Device is not required to be charged exclusively from the Renewable Generator and may also be charged from the grid.

    h.  Large NEM-Paired Storage System: A NEM-Paired Storage System where the Integrated or Directly Connected Energy Storage Device(s) is sized larger than 10 kW (AC) (i.e., maximum aggregate discharge capacity) and that meets the applicable sizing and metering requirements included in Special Condition 6 below.

    i.  Small NEM-Paired Storage System: A NEM-Paired Storage System where the Integrated or Directly Connected Energy Storage Device(s) is sized 10 kW (AC) or smaller (i.e., maximum aggregate discharge capacity) and that meets the applicable sizing and metering requirements included in Special Condition 6 below.

(Continued)

(To be inserted by utility)                     Issued by                  (To be inserted by Cal. PUC)
Advice    3915-E                          Caroline Choi              Date Filed    Dec 13, 2018
Decision _____          Senior Vice President      Effective     Jan 1, 2019
10C11                                                                Resolution _____

EXHIBIT 4    PAGE 18



| Southern California Edison | | Revised | Cal. PUC Sheet No. | 65286-E |
| Rosemead, California    (U 338-E) | Cancelling | Revised | Cal. PUC Sheet No. | 61623-E |

Schedule NEM-ST                      Sheet 11      (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)

1.  Definitions. (continued)

    j.  Relevant Period.

        i.  A twelve-month period, or portion thereof, commencing on the anniversary Date of Parallel Operation of the Customer's Generating Facility to SCE's electric system and on every subsequent anniversary thereof.  For Customers electing to receive service under this Schedule for a Generating Facility that is already interconnected to SCE's electrical system, the Relevant Period will commence on the date that the Customer begins receiving service under this Schedule and on every subsequent anniversary thereof.  If a Customer terminates service, or experiences a change from SCE Bundled Service to CCA/CA Service or DA Service or from CCA/CA Service or DA Service to SCE Bundled Service prior to the end of the 12-month period, the Relevant Period will consist of that period from the anniversary date until the effective date of the termination or change in service.

        ii.  The initial Relevant Period of an aggregated account added to an NEM-A arrangement, pursuant to Special Condition 5 below, during an arrangement's ongoing Relevant Period may be less than 12 months to align with the other accounts in the NEM-A arrangement.

        iii.  Customers may elect to change the start date of their Relevant Period on a one-time prospective basis by completing and returning Form 14-936, *NEM One-Time Relevant Period Change Request Form,* or Form 16-345, *Net Energy Metering Billing Option Change Request and One-Time Relevant Period Selection Form for Residential and Small Commercial Customers*, to SCE.  SCE must receive this form at least 60 days prior to the requested start date of the new Relevant Period.  When the start date change is effectuated, it will cause a shortened existing Relevant Period and the new 12-month Relevant Period will begin.  In no case will a Relevant Period extend beyond 12 months.

    k.  Date of Parallel Operation. The date that SCE provides the Customer with SCE's written approval (e.g., the Permission to Operate (PTO) notice) to commence parallel operation of the Generating Facility.

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
| Advice    3915-E | Caroline Choi | Date Filed    Dec 13, 2018 |
| Decision | Senior Vice President | Effective    Jan 1, 2019 |
| 11C11 | | Resolution |

EXHIBIT 4    PAGE 19

Southern California Edison                                   Revised    Cal. PUC Sheet No.    65287-E
Rosemead, California    (U 338-E)        Cancelling  Revised    Cal. PUC Sheet No.    61624-E

---

Schedule NEM-ST                                      Sheet 12        (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

1.  Definitions. (continued)

l.  Net Energy. The difference between the electric energy supplied and/or delivered through
SCE, and the electric energy produced by the Customer's Generating Facility and exported
into SCE's electric system, measured over the Relevant Period.

Net Energy = $E_S$ minus $E_F$

m.  Net Surplus Energy. All electricity generated by a Customer's Generating Facility that is
exported to SCE's grid measured in kWh over the Relevant Period that exceeds the amount
of electricity consumed by that Customer.[i]

n.  Net Surplus Generator. A Customer using a Generating Facility that generates and exports
to SCE's grid more electricity (in kWh) during a Relevant Period than is supplied by SCE to
the Customer during that same Relevant Period.

o.  Otherwise Applicable Tariff (OAT). The Customer's regularly filed TOU rate schedule under
which service is rendered.

2.  Required Application and Contracts for Interconnection.

a.  All Customers must submit an online *Net Energy Metering (NEM) Generating Facility
Interconnection Application* (Form 14-957), along with any applicable fees as specified in
SCE's Electric Rule 21, and an executed CPUC-jurisdictional NEM Interconnection
Agreement prior to receiving service under this Schedule.  Additional forms may be required
depending on (1) the type of Generating Facility being installed and (2) the requirements of
any specific provisions of this Schedule under which the Customer is electing to be served.
The following table outlines the various Interconnection Agreements and forms that may be
applicable to Customers requesting service under this Schedule.

| Applicable Interconnection Agreements (IAs) | |
|---|---|
| Form 14-923 | NEM IA for Generating Facilities Sized 10 kW and Smaller |
| Form 16-344 | NEM IA for Generating Facilities Sized 1 MW and Smaller |
| Form 14-773 | NEM Multiple Tariffs (NEM-MT) IA for Generating Facilities Sized 1 MW and Smaller (see Special Condition 7 below) |
| Form 14-974 | NEM IA for Generating Facilities Sized Greater Than 1 MW |
| Form 14-972 | NEM Multiple Tariffs (NEM-MT) IA for Generating Facilities Sized Greater Than 1 MW (see Special Condition 7 below) |
| **Applicable NEM Forms** | |
| Form 14-912 | Eligible Customer-Generator Warranty (see Special Condition 1.b.i above) |
| Form 14-935 | NSC RAA Compensation Form (see Special Condition 4.h.v) |
| Form 14-936 | NEM One-Time Relevant Period Change Request Form (see Special Condition 1.j.iii above) |
| Form 14-937 | NEM-A Account Information (see Special Condition 5 below) |
| Form 16-345 | NEM Billing Option Change Request and One-Time Relevant Period Selection Form (see Special Condition 4.b below) |

---

[i]  kWh subject to forfeit under the NEM-Paired Storage System estimation methodology provisions of Special Condition 6
below are not considered $E_F$ for the purposes of determining Net Surplus Energy.

(Continued)

(To be inserted by utility)                Issued by              (To be inserted by Cal. PUC)
Advice    3915-E                         Caroline Choi            Date Filed    Dec 13, 2018
Decision _____              Senior Vice President           Effective     Jan 1, 2019
12C11                                                            Resolution  _____

EXHIBIT 4    PAGE 20



| | | | |
|---|---|---|---|
| Southern California Edison | | Revised | Cal. PUC Sheet No.   65288-E |
| Rosemead, California   (U 338-E) | Cancelling | Revised | Cal. PUC Sheet No.   60470-E |

Schedule NEM-ST                                          Sheet 13      (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

2.    Required Application and Contracts for Interconnection. (continued)

  b.    Customers seeking to interconnect their Generating Facilities for the purpose of receiving service under this Schedule are subject to the interconnection requirements and interconnection cost responsibility provisions for NEM-ST Customers as established in SCE's Electric Rule 21.  These costs may include interconnection application fees, study costs and/or costs for upgrading the Distribution and/or Transmission Systems, depending on the Customer and the size of the Generating Facility.  All Customers are responsible for the costs of any applicable Interconnection Facilities, as defined in SCE's Electric Rule 21.

  c.    A new Customer of Record or New Party In (NPI) who owns, rents or leases a Premises that includes a Generating Facility with a capacity of 30 kW or less, that was approved by SCE for Parallel Operation prior to the new Customer or NPI moving in and/or taking electric service with SCE will not have to submit a new Interconnection Agreement, will take service under this Schedule as long as the requirements of this Schedule, including Special Condition 8, are met.    This provision also applies to Premises where the developer/contractor establishes the interconnection, so that the Customer who buys/rents/leases the Premises will not have to re-submit and sign a new Interconnection Agreement.  To be eligible, the new Customer or NPI must (1) ensure that the Generating Facility is compliant with all applicable safety and performance standards as delineated in SCE's Electric Rule 21 and other applicable tariffs; (2) keep in force the amount of property, commercial general liability and/or personal liability insurance the NPI or new Customer had in place at the time it initiated service under this Schedule; and (3) understand that SCE may from time to time release information to the Commission or CEC regarding the new Customer or NPI's Generating Facility, including the NPI or new Customer's name and the location, capacity and operational characteristics of the Generating Facility. SCE will provide the NPI or new Customer with (1) a copy of the Interconnection Agreement in effect and as signed by the previous Customer, which will remain unchanged, (2) a copy of the NEM fact sheet that explains NEM operation and billing, and (3) SCE's website link where information on NEM can be found.  A NPI or a new Customer may need to sign an affidavit certifying that it meets the requirement for an Eligible Customer-Generator and is utilizing an eligible Generating Facility pursuant to PU Code Section 2827.1(a).

  A new Customer or NPI who owns, rents or leases a Premises that includes a Generating Facility with a capacity above 30 kW will need to sign a new Interconnection Agreement.  If no changes are made to the interconnection or Generating Facility, the Interconnection Agreement will have identical terms and conditions as the ones approved for the previous Customer, subject to the provisions of Special Condition 8 below.

(Continued)

| | | |
|---|---|---|
| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
| Advice    3915-E | Caroline Choi | Date Filed    Dec 13, 2018 |
| Decision | Senior Vice President | Effective    Jan 1, 2019 |
| 13C10 | | Resolution |

EXHIBIT 4     PAGE 21



| Southern California Edison | | Revised | Cal. PUC Sheet No. | 65289-E |
|---|---|---|---|---|
| Rosemead, California    (U 338-E) | Cancelling | Revised | Cal. PUC Sheet No. | 60471-E |

<u>Schedule NEM-ST</u>                                          Sheet 14        (T)
<u>NET ENERGY METERING</u>
<u>SUCCESSOR TARIFF</u>
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)

3.    Metering Requirements.  Metering requirements for Customers served under this Schedule are as follows:

    a.    Net Energy shall be metered using a single TOU meter capable of <u>separately</u> registering the flow of energy in two directions, with one channel of the meter registering $E_S$ and a separate channel of the meter registering $E_F$.  If the Customer's existing meter is not a TOU meter capable of <u>separately</u> registering the flow of energy in two directions, an appropriate TOU meter shall be provided at the expense of the Customer.  Customers who refuse to allow the installation and use of a TOU meter capable of <u>separately</u> registering the flow of energy in two directions are not eligible for service under this Schedule.

    b.    SCE may elect to install an additional meter or meters, at SCE's expense, with the Customer's consent.  Such additional metering shall be used only to provide the information necessary to accurately bill or credit the Customer.  Where additional meters are required to accurately bill and/or credit the Customer, if authorization is not granted by the Customer, SCE shall have the right to refuse interconnection.

    c.    For NEM-A accounts receiving service pursuant to Special Condition 5 below, the account directly interconnected to the Generating Facility must have a single meter that is capable of <u>separately</u> registering the flow of energy in two directions in 15-minute intervals.  If the Customer's existing meter is not capable of <u>separately</u> registering the flow of energy in two directions at the 15-minute interval level or if the Customer's existing meter is unable to <u>separately</u> register the amount of energy exported to the grid by the Generating Facility, an appropriate meter shall be provided at the Customer's expense. All other NEM-A aggregated accounts must have a standard SCE TOU billing meter capable of registering the flow of energy ($E_S$) in 15-minute intervals.

    d.    The specific metering requirements for Customers using a NEM-Paired Storage System or a Multiple Tariff Generating Facility are provided in Special Conditions 6 and 7, respectively, below.

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
|---|---|---|
| Advice    3915-E | Caroline Choi | Date Filed    Dec 13, 2018 |
| Decision | Senior Vice President | Effective    Jan 1, 2019 |
| 14C12 | | Resolution |

EXHIBIT 4    PAGE 22



Southern California Edison        Revised   Cal. PUC Sheet No.   65290-E
Rosemead, California     (U 338-E)       Cancelling   Revised   Cal. PUC Sheet No.   62008-E

|  | Schedule NEM-ST | Sheet 15 | (T) |
|---|---|---|---|
|  | NET ENERGY METERING |  |  |
|  | SUCCESSOR TARIFF |  |  |
|  | (Continued) |  |  |

SPECIAL CONDITIONS (continued)

4.   Billing.  The following billing processes apply to Customers served under this Schedule.

     a.   SCE will provide all Customers with net energy consumption information and/or net generation information with each monthly bill, on which the Customer's monthly NEM energy charges and credits that are subject to true-up are billed – regardless of whether the customer is responsible for paying these charges on a monthly or annual basis (see Special Condition 4.b below).

     b.   For all Customers who meet the definition of a Residential or Small Commercial Customer, the monthly valued (in $) NEM energy-related charges and credits are accumulated until the end of a Relevant Period.  This is referred to as the Annual Billing Option (ABO), and is the default billing option for Residential and Small Commercial Customers.  However, upon a Customer's request, SCE shall permit a Residential or Small Commercial Customer to be billed pursuant to the MBO described below. The request must be made by the Customer upon initiation of service under this Schedule or upon written notice to SCE using Form 16-345 no later than thirty (30) days prior to the end of a Relevant Period, whichever applies.   For all Customers who do not meet the definition of a Residential or Small Commercial Customer, and for those customers participating in NEM Aggregation, it is mandatory to pay all applicable charges, both energy and non-energy related, on a monthly basis, in accordance with the Customer's OAT.  This is referred to as the Monthly Billing Option (MBO), and is the only billing option available to Customers who do not meet the definition of a Residential or Small Commercial Customer or those participating in NEM Aggregation.

     c.   For all Customers served under this Schedule, the value (in $) of NEM energy credits will be used to offset other TOU periods' and/or other billing periods' NEM energy related charges (in $) when they exist. However, at no time will NEM energy credits (in $) be applied towards any NBCs and/or non-energy related charges, and such NEM credits (in $) cannot be carried over to a new Relevant Period.

     d.   The energy charges and credits for Customers utilizing NEM-Paired Storage Systems are billed in accordance with the provisions of Special Condition 6 below.

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
|---|---|---|
| Advice   3915-E | Caroline Choi | Date Filed   Dec 13, 2018 |
| Decision | Senior Vice President | Effective   Jan 1, 2019 |
| 15C11 |  | Resolution |

EXHIBIT 4    PAGE 23



Southern California Edison                                    Revised    Cal. PUC Sheet No.   66583-E
Rosemead, California      (U 338-E)           Cancelling  Revised    Cal. PUC Sheet No.   65291-E

Schedule NEM-ST                              Sheet 16
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

4.   Billing. (continued)

   e.   At the end of each Relevant Period, SCE shall proceed as follows:

      i.   For all Customers who meet the definition of a Residential or Small Commercial
           Customer who did not elect the MBO, SCE will subtract all monthly valued accrued
           energy credits from all accrued energy charges.  If this calculation results in monies
           owed to SCE, such energy charges shall be due and payable in accordance with the
           Customer's OAT.  However, if this calculation results in an excess energy credit, SCE
           shall neither pay the Customer for any unused energy credit nor carry forward any
           unused energy credit.  The unused energy credit shall be zeroed out and a new
           Relevant Period shall commence.  Eligible Customers electing NSC as provided in
           Special Condition 4.i below will be compensated as outlined therein pursuant to the
           Rates section of this Schedule.  Additionally, Special Condition 4.j may apply to
           Residential Customers.

      ii.  For all Customers who do not meet the definition of a Residential or Small Commercial
           Customer, and all Residential and Small Commercial Customers who elected the MBO,
           an annual true-up of energy-related charges and credits occurs at the end of the
           Relevant Period.  Upon completion of the annual true-up, any remaining energy credits
           will be zeroed out and a new Relevant Period will begin. Eligible Customers electing
           NSC as provided in Special Condition 4.i below will be compensated as outlined therein
           pursuant to the Rates section of this Schedule.  Additionally, Special Condition 4.j may
           apply to Residential Customers.

      iii. If any Customer terminates service under this Schedule prior to the end of a Relevant
           Period, Special Conditions 4.e.i and 4.e.ii above shall apply.  Except for customers who   (N)
           opted out of CCA Service during the CCA's Follow-up Notification Period in accordance    |
           with Rule 23 Section I, a Customer switching from CCA/CA Service or DA Service to        (N)
           Bundled Service or from Bundled Service to CCA/CA Service or DA Service during an
           ongoing Relevant Period shall be deemed as terminating service under this Schedule
           prior to the end of the current Relevant Period, and Special Conditions 4.e.i and 4.e.ii
           above shall apply. Upon switching, the Customer shall begin a new Relevant Period.

   f.   For all Customers served under this Schedule, all NBCs, as defined in the Rates section
        above, Monthly Customer Charges, Minimum Charges, Demand Charges, and/or other non-
        energy related charges, excluding any adjustments due to power factor provisions, as
        defined in the Customer's OAT, apply, as applicable, regardless of the Customer's monthly
        net energy consumption or export.

(Continued)

(To be inserted by utility)              Issued by            (To be inserted by Cal. PUC)
Advice    3964-E                      R.O. Nichols         Date Filed    Mar 7, 2019
Decision  _____                 President            Effective     Mar 7, 2019
16C16                                                      Resolution    _____

EXHIBIT 4    PAGE 24



Southern California Edison                                                    Revised    Cal. PUC Sheet No.    65292-E
Rosemead, California    (U 338-E)                    Cancelling    Revised    Cal. PUC Sheet No.    60474-E

---

<u>Schedule NEM-ST</u>                                    Sheet 17        (T)
<u>NET ENERGY METERING</u>
<u>SUCCESSOR TARIFF</u>
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)

4.    Billing. (continued)

g.    Billing Provisions Applicable to DA, CCA or CA Service Customers.

i.    For DA, CCA or CA Service Customers, SCE will provide the applicable Delivery Service and CRS charges and credits, and the Customer's ESP, Community Choice Aggregator or Community Aggregator is responsible for timely providing the applicable generation charges and credits.

ii.    For DA Customers served under the Consolidated SCE Billing option, as defined in SCE's Electric Rule 22, the ESP is responsible for providing SCE with the generation-related energy charges or credits applicable to those DA Customers.  For CCA or CA Service Customers, the Community Choice Aggregator or Community Aggregator is responsible for providing SCE with the generation charges or credits applicable to the CCA or CA Service Customer.

iii.    At the end of each Relevant Period, SCE and the ESP, Community Choice Aggregator or Community Aggregator shall proceed as follows:

1.    For all Customers who meet the definition of a Residential or Small Commercial Customer who did not elect the MBO, SCE will subtract all monthly valued accrued Delivery Service energy credits from all accrued Delivery Service energy charges and/or all applicable (i.e., those not defined as NBCs) monthly valued CRS energy credits from all applicable accrued CRS energy charges.  If this calculation results in monies owed to SCE, such energy charges shall be due and payable in accordance with the Customer's OAT. However, if this calculation results in an excess energy credit, SCE shall neither pay the Customer for any unused energy credit nor carry forward any unused energy credit.  Instead, the unused energy credit shall be zeroed out and a new Relevant Period shall commence.  Additionally, Special Condition 4.j below may apply to Residential Customers.  For DA Customers, separate annual true-ups of all energy charges and credits, consistent with the provisions set forth under this Schedule, will be calculated by SCE for the applicable SCE charges and credits, as outlined above, and by the ESP for the applicable ESP charges and credits.  Any net balance related to generation charges that are collected from an eligible DA Customer will be paid annually by SCE to the ESP as set forth in SCE's Electric Rule 22, Section L.  For CCA/CA Service Customers, SCE and the Community Choice Aggregator/Community Aggregator shall complete an annual true-up of all energy charges and credits calculated monthly, consistent with the provisions set forth under this Schedule.  Credits and charges related to the Community Choice Aggregator's/Community Aggregator's generation services shall be based on the information provided by the Community Choice Aggregator/Community Aggregator to SCE.  Any net balance related to generation charges that are collected from a CCA/CA Customer will be paid annually by SCE to the Community Choice Aggregator/Community Aggregator as set forth in SCE's Electric Rule 23, Section Q.

(Continued)

---

(To be inserted by utility)                    Issued by                    (To be inserted by Cal. PUC)
Advice    3915-E                                Caroline Choi                Date Filed    Dec 13, 2018
Decision _____            Senior Vice President        Effective    Jan 1, 2019
17C11                                                                        Resolution _____

EXHIBIT 4    PAGE 25



Southern California Edison          Revised    Cal. PUC Sheet No.   65293-E
Rosemead, California    (U 338-E)       Cancelling   Revised    Cal. PUC Sheet No.   60475-E

---

<u>Schedule NEM-ST</u>         Sheet 18     (T)
<u>NET ENERGY METERING</u>
<u>SUCCESSOR TARIFF</u>
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)

4.   Billing. (continued)

    g.   Billing Provisions Applicable to DA, CCA or CA Service Customers. (continued)

       iii.   At the end of the Relevant Period. (continued)

          2.   For all Customers who do not meet the definition of a Residential or Small Commercial Customer, and all Residential and Small Commercial Customers who elected the MBO, separate annual true-ups of all energy charges and credits, consistent with the provisions set forth under this Schedule, will be calculated by SCE for the applicable SCE charges and credits, as outlined above, and by the ESP, Community Choice Aggregator or Community Aggregator for the applicable ESP, Community Choice Aggregator or Community Aggregator charges and credits.   Any unused Delivery Service and/or CRS energy credits shall not be carried forward to the start of a new Relevant Period; rather, the unused Delivery Service and/or CRS energy credits shall be zeroed out and a new Relevant Period will commence.   Additionally, Special Condition 4.j may apply to Residential Customers.   DA, CCA or CA Service Customers should look to their ESP, Community Choice Aggregator or Community Aggregator for the treatment of unused generation energy credits.

       iv.   For DA, CCA or CA Service Customers, generation credits, if any, do not reduce the charges owed to SCE for energy supplied to such Customer, and Delivery Service and/or CRS credits, if any, do not reduce the charges owed to the ESP or Community Choice Aggregator/Community Aggregator for energy supplied to such Customer.

       v.   ESP Charges: Where SCE provides metering and billing for a DA Customer, SCE may recover the incremental costs related to net energy metering and billing services from the Customer's ESP, as set forth in Schedule ESP-DSF.

(Continued)

---

(To be inserted by utility)          Issued by          (To be inserted by Cal. PUC)
Advice    3915-E              <u>Caroline Choi</u>          Date Filed    <u>Dec 13, 2018</u>
Decision                  <u>Senior Vice President</u>     Effective     <u>Jan 1, 2019</u>
18C12                                                  Resolution

EXHIBIT 4     PAGE 26



Southern California Edison
Rosemead, California    (U 338-E)

Revised    Cal. PUC Sheet No.    65294-E
Cancelling  Revised    Cal. PUC Sheet No.    60476-E

Schedule NEM-ST
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

Sheet 19    (T)

SPECIAL CONDITIONS (continued)

4.  Billing. (continued)

i.  NSC Billing Provisions.

i.  To be eligible for NSC, a Customer must meet the definition of an Eligible Customer-Generator within PU Code Section 2827.1(a), including that its Generating Facility be intended primarily to offset part or all of the Customer's own electrical requirements. Generating Facilities that are sized larger than the Customer's electrical requirements are not eligible for NEM and, therefore, are not eligible for NSC.

ii.  Except as provided in Special Condition 4.i.iv below, Bundled Service Customers are eligible to receive NSC if, at the conclusion of the Relevant Period, the true-up process indicates that the Customer is a Net Surplus Generator, and provided the Customer affirmatively elected to receive NSC and submitted any necessary documentation prior to SCE processing the final bill of the Relevant Period. NSC is applied to Customers' future charges (i.e., Customer's SCE account) as an on-bill credit, unless the Customer elects to receive payment via check (Customers may only modify this election once a year, and must do so prior to the conclusion of the existing Relevant Period for the new election to occur in that Relevant Period). For Customers electing to receive NSC via check, the amount of the check will be reduced by any amount that the Customer owes to SCE before a check is issued to the Customer. After the on-bill credit or check is issued to the Customer, Net Surplus Energy is set to zero at the start of the next Relevant Period.

iii.  In order to be eligible to receive NSC from SCE, Bundled Service Customers with Generating Facilities sized greater than 1 MW must provide notice to SCE that the Customer self-certified its Generating Facility as a Qualifying Facility pursuant to the Public Utility Regulatory Policies Act of 1978 by properly completing and filing Federal Energy Regulatory Commission (FERC) Form No. 556 with the FERC and providing SCE with a copy of the certification.

iv.  DA, CCA or CA Service Customers, Customers electing to participate in NEM-A are not eligible to receive NSC from SCE. However, if an NEM-A aggregated account that is not a generating account is separated from the NEM-A arrangement, and subsequently qualifies for service under this Schedule, that account is eligible to receive NSC on a going-forward basis, provided it meets all other NEM-ST eligibility criteria; but NEM-A generating accounts are permanently ineligible to receive NSC from SCE.

v.  In order to receive the NSC RAA, Form 14-935 must additionally be executed and submitted to SCE at the end of each Relevant Period.

(Continued)

(To be inserted by utility)
Advice    3915-E
Decision

19C12

Issued by
Caroline Choi
Senior Vice President

(To be inserted by Cal. PUC)
Date Filed    Dec 13, 2018
Effective    Jan 1, 2019
Resolution

EXHIBIT 4    PAGE 27



Southern California Edison
Rosemead, California    (U 338-E)

Revised    Cal. PUC Sheet No.    65295-E
Cancelling    Revised    Cal. PUC Sheet No.    60477-E

**Schedule NEM-ST**        Sheet 20    (T)
**NET ENERGY METERING**
**SUCCESSOR TARIFF**
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)

4.    Billing. (continued)

    j.    California Climate Credit Cash-Out Provision for Residential Customers.

    Customers receiving service on a Residential rate schedule receive a semi-annual California Climate Credit from the State of California.  In the event that a portion or all of the dollar value of the California Climate Credit cannot be consumed by the end of the Customer's Relevant Period, one of the following will occur: (1) for Residential Net Surplus Generators eligible to receive NSC via the separate check option – any remaining California Climate Credit balance will be added to the NSC owed the Customer and sent with the NSC check, or (2) for all other Residential Customers – any remaining California Climate Credit balance will be sent to the Customer via a separate check after the final billing statement for the current Relevant Period is issued.

(Continued)

(To be inserted by utility)                  Issued by                  (To be inserted by Cal. PUC)
Advice    3915-E                        Caroline Choi                Date Filed    Dec 13, 2018
Decision                            Senior Vice President            Effective    Jan 1, 2019
20C11                                                                Resolution

EXHIBIT 4    PAGE 28

**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL Company

Southern California Edison                                    Revised     Cal. PUC Sheet No.   65296-E
Rosemead, California      (U 338-E)          Cancelling Revised     Cal. PUC Sheet No.   60478-E

---

Schedule NEM-ST                                      Sheet 21        (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)

5.    NEM Aggregation (NEM-A).

Pursuant to D.16-01-044, Customers served under this Schedule who have additional metered
service accounts located on property where the Generating Facility is located and/or on property
adjacent or contiguous to the property on which the Generating Facility is located, if those
properties are all solely owned, leased, or rented by the Customer, may choose to have the
electrical load (kWh) served by such meters aggregated for the purposes of determining if the
Customer is a net consumer or a net producer of energy. For the purposes of NEM-A only,
parcels that are divided by a street, highway, or public thoroughfare are considered contiguous,
provided they are within an unbroken chain of otherwise contiguous parcels and are all solely
owned, leased or rented by the Customer, as verified in Form 14-937.  Customers are also
eligible to participate in NEM-A where all meters in an NEM-A arrangement are located within
an unbroken chain of contiguous parcels that are all solely owned, leased, or rented by the
Customer.  For example, if there are three parcels (A, B and C), all of which are solely owned,
leased or rented by the Customer, where A contains the Generating Facility and abuts B, B
abuts C, but A and C are separated by B, then the loads of all three parcels shall be eligible to
participate in NEM-A.  Refer to Diagram 1 (for illustrative purposes only).  In addition, if there are
five parcels (A, B, C, D and E) that form a cluster of contiguous parcels, where A contains the
Generating Facility, and D and E are separated from A, B, and C by a street, highway or public
thoroughfare, for the purposes of participating in NEM-A only, all five parcels are considered
contiguous, provided they are otherwise contiguous and all solely owned, leased or rented by
the Customer.  Refer to Diagram 2 (for illustrative purposes only).





The Customer must provide SCE with a list of additional metered service accounts on Form
14-937 (subject to eligibility verification by SCE) that are to be included in the NEM-A
arrangement, which consists of the account directly interconnected to and located on the same
property as the Generating Facility (the generating account, which is also considered an
aggregated account when allocated kWh) and all aggregated accounts.  A Customer may have
more than one NEM-A arrangement, but accounts may not be shared across multiple
arrangements.  Aggregated accounts may not have any other NEM Eligible Generators directly
interconnected to them, but are permitted to have Non-NEM Eligible Generators directly
interconnected to them.  All accounts in an NEM-A arrangement must be (1) all Bundled Service
accounts; or (2) all DA Service accounts served by the same ESP; or (3) all CCA or CA Service
accounts served by the same Community Choice Aggregator or Community Aggregator.

(Continued)

---

(To be inserted by utility)              Issued by              (To be inserted by Cal. PUC)
Advice    3915-E                          Caroline Choi           Date Filed    Dec 13, 2018
Decision _____       Senior Vice President       Effective     Jan 1, 2019
21C10                                                                Resolution _____

EXHIBIT 4     PAGE 29



Southern California Edison                                    Revised    Cal. PUC Sheet No.    65297-E
Rosemead, California        (U 338-E)              Cancelling    Revised    Cal. PUC Sheet No.    62009-E

Schedule NEM-ST                                    Sheet 22        (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

5.    NEM Aggregation (NEM-A). (continued)

A Customer may elect to modify the aggregated accounts included in an NEM-A arrangement, provided a minimum of 60-days' notice is provided to SCE prior to the change taking effect, and such change remains in effect for a minimum of 12 months and doesn't result in the Generating Facility being oversized compared to the electrical requirements of the NEM-A arrangement.

Customers electing to participate in NEM-Aggregation are required to pay all applicable charges, including energy, non-energy and NBCs, on a monthly basis in accordance with their OAT, pursuant to the provisions of Special Condition 4.b. All accounts in an NEM-A arrangement will be placed on the same billing cycle, and will be billed individually pursuant to the Rates section and Special Condition 4 of this Schedule. The electrical consumption (kWh) registered on each account's meter will be reduced, for purposes of billing monthly energy charges and credits as described in the Rates section, by a proportional allocation, at the 15-minute interval level, of the electricity generated by the Generating Facility that is exported to SCE's grid. The proportional allocation is determined per billing period based on the cumulative consumption of each aggregated account compared to the cumulative consumption of the NEM-A arrangement since the start of the Relevant Period, and the cumulative generation exported from the Generating Facility since the start of the Relevant Period. The Customer is required to designate one account in the NEM-A arrangement to receive any remaining kWh not allocated due to rounding after the proportional allocation methodology described above is completed. All accounts included in an NEM-A arrangement are ineligible to receive NSC from SCE. However, if an aggregated account that is not a generating account is separated from the NEM-A arrangement, and subsequently qualifies for service under this Schedule, that account is eligible to receive NSC on a going-forward basis, provided it meets all other NEM-ST eligibility criteria.

Aggregated accounts are eligible for the same demand response programs as other Customers served under this Schedule. All demand response programmatic elements (e.g., eligibility) and payments to aggregated accounts are based on the metered usage disregarding any contributions from kWh allocated to the aggregated accounts based on the proportional allocation methodology described above.

Customers electing to participate in NEM-A are not eligible to concurrently participate under the terms of Special Condition 7.a of this Schedule, as provided. Customers may dual participate under the terms of Special Condition 7.b of this Schedule, provided there is only one NEM-ST Generating Facility behind the same meter as the Non-NEM Eligible Generator(s).

Existing Customers served under this Schedule who elect to participate in NEM-A who also have existing executed NEM-ST Interconnection Agreements and who are making no modifications to their Generating Facilities other than electing NEM-A will not be required to complete new Interconnection Agreements, nor conduct new interconnection studies.

(Continued)

(To be inserted by utility)                    Issued by                    (To be inserted by Cal. PUC)
Advice    3915-E                              Caroline Choi                  Date Filed    Dec 13, 2018
Decision                                Senior Vice President               Effective    Jan 1, 2019
22C11                                                                       Resolution

EXHIBIT 4    PAGE 30

**SOUTHERN CALIFORNIA EDISON**
*An EDISON INTERNATIONAL Company*

| | | | |
|---|---|---|---|
| Southern California Edison | Revised | Cal. PUC Sheet No. | 69392-E |
| Rosemead, California    (U 338-E) | Cancelling Revised | Cal. PUC Sheet No. | 66671-E |

Schedule NEM-ST                    Sheet 23
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)
5.    NEM Aggregation (NEM-A). (continued)

In lieu of interconnecting the Generating Facility to an existing metered service account, Customers electing to participate in NEM-A may request an additional service from SCE for the purposes of interconnecting the Generating Facility.  This additional service and associated metering must be located on the same property as the Generating Facility at a location approved by SCE and must not result in adverse impacts to SCE's electrical system, as determined by SCE.  No additional load other than incidental load related to the inverters and support of the Generating Facility may be registered on this additional metered service.  This additional service and associated metering are provided under the Added Facilities provisions of SCE's Electric Rule 2.H and are at the Customer's expense.  The new service will be billed monthly for any charges of its OAT not already provided for under Added Facilities.

6.    NEM-Paired Storage Systems.

Pursuant to D.16-04-020, D.16-01-044 and D.14-05-033, where a Customer utilizes a NEM-Paired Storage System (as defined in Special Condition 1.g), the applicable provisions of this Special Condition 6 shall apply.  Additionally, where this Special Condition conflicts with any other Special Condition within this Schedule, the provisions contained in this Special Condition shall prevail.  Customers with NEM-Paired Storage Systems who take service under this Special Condition are exempt from Supplemental Review fees, Detailed Study costs, and the costs associated with any Distribution or Network upgrades triggered by the Interconnection Request, provided the Renewable Generator is sized 1 MW or smaller.[i]  Customers with NEM-Paired Storage Systems who take service under this Special Condition are exempt from Standby charges.

a.    Sizing Requirements.  The size of the Integrated or Directly Connected Energy Storage Device is determined by the inverter alternating current (AC) nameplate rating.

i.    Small NEM-Paired Storage System: There are no additional sizing requirements for the Integrated or Directly Connected Energy Storage Device(s) relative to the size of the Renewable Generator.

ii.    Large NEM-Paired Storage System: The maximum aggregate output capacity of the Integrated or Directly Connected Energy Storage Device(s) can be no greater than 150 percent of the Renewable Generator's maximum output capacity.  For example, if the maximum output capacity of the Renewable Generator is 15 kW, the maximum aggregate output capacity of the Integrated or Directly Connected Energy Storage Device(s) can be no greater than 22.5 kW.  Pursuant to D.20-06-017, the maximum    (N)
aggregate output capacity limitation shall not apply for a period of three years beginning     |
August 16, 2020 and ending August 15, 2023.    (N)

iii.    Direct Current-Coupled NEM-Paired Storage System: The system size shall be determined as the lesser of the shared inverter's nameplate capacity and the storage device's maximum continuous output rating. Continuous output of a storage device is determined by referring to the device's technical specifications sheets. If that metric is not included, the inverter nameplate will be used.

---

[i]    In the event the Integrated or Directly Connected Energy Storage Device is added subsequent to the date that the Renewable Generator received Permission to Operate, the same interconnection cost categories applicable to the Renewable Generator shall apply to the Integrated or Directly Connected Energy Storage Device.  Customers defined in Special Conditions 1.a.ii and 1.a.iii do not receive these cost exemptions.

(Continued)

| | | | |
|---|---|---|---|
| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) | |
| Advice    4255-E | Carla Peterman | Date Submitted    Jul 17, 2020 | |
| Decision    20-06-017 | Senior Vice President | Effective    Aug 16, 2020 | |
| 23C8 | | Resolution | |

EXHIBIT 4    PAGE 31



Southern California Edison                          Revised      Cal. PUC Sheet No.   66672-E
Rosemead, California    (U 338-E)      Cancelling Revised   Cal. PUC Sheet No.   65299-E

Schedule NEM-ST                              Sheet 24
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

6.    NEM-Paired Storage Systems. (continued)

b.    Metering Requirements.

i.    Small NEM-Paired Storage Systems.

A.    Solar Photovoltaic (PV): Where the Renewable Generator(s) utilizes solar PV only, an estimation methodology, as described in Section 6.c below, shall apply in lieu of additional metering.  As an alternative option, at the start of a new Relevant Period, a Customer may elect to adhere to the metering and billing requirements applicable to Large NEM-Paired Storage Systems.  Customers who elect this option shall not be subject to the estimation methodology so long as they adhere to the necessary metering requirements.  The cost of the metering required under this option shall not exceed $600, unless Complex Metering, as described below, is required.  For Small NEM-Paired Storage Systems that are unable to meet the metering requirements of Large NEM-Paired Storage Systems, the estimation methodology shall apply.  Where the Small NEM-Paired Storage System is combined in a Multiple Tariff Generating Facility pursuant to Special Condition 7 of this Schedule and the Renewable Generator(s) utilizes NGOM, the billing provisions of Special Condition 7 will apply and not the estimation methodology described in Section 6.c below.

B.    Non-Solar PV: Where the Renewable Generator(s) utilizes a technology other than only solar PV, the Customer must adhere to the metering and billing requirements applicable to Large NEM-Paired Storage Systems.  The cost of the metering required under this provision shall not exceed $600, unless Complex Metering, as described below, is required.

ii.    Large NEM-Paired Storage Systems.

A.    The Customer must adhere to the metering and billing requirements contained within Special Condition 7.b of this Schedule or use power control-based options described below.  For metering and billing purposes only, the Integrated or Directly Connected Energy Storage Device is treated as the Non-NEM Eligible Generator when applying the provisions of Special Condition 7.b.  The cost of the metering required under this provision shall not exceed $600, unless Complex Metering, as described below, is required.  Generating Facilities that are unable to meet the metering requirements of Special Condition 7.b are ineligible for service under this Schedule as a NEM-Paired Storage System.    (T)
(T)

B.    Power control-based firmware or software options shall be certified to a national standard. Power control-based options include using equipment that prevents electricity to be exported from the storage device to the grid, and using equipment that prevents electricity imported from the grid to charge the storage device. Open loop response time outlined in the control technical specification documentation must not be greater than 10 seconds.    (N)
|
|
|
(N)
(L)

(Continued)

(To be inserted by utility)              Issued by              (To be inserted by Cal. PUC)
Advice    3973-E-A                    R.O. Nichols          Date Submitted    Apr 25, 2019
Decision   19-01-030                   President            Effective          Apr 21, 2019
24C6                                                        Resolution

EXHIBIT 4    PAGE 32

Southern California Edison
Rosemead, California   (U 338-E)

Revised   Cal. PUC Sheet No.   65300-E
Cancelling Original   Cal. PUC Sheet No.   63505-E

<u>Schedule NEM-ST</u>
<u>NET ENERGY METERING</u>
<u>SUCCESSOR TARIFF</u>
(Continued)

Sheet 25   (T)

<u>SPECIAL CONDITIONS</u> (continued)

6.   NEM-Paired Storage Systems. (continued)

   c.   Estimation Methodology for Small NEM-Paired Storage Systems (where storage is < or = 10 kW rated capacity).

   Small NEM-Paired Storage billing uses an "estimation method" that caps maximum allowable NEM bill credits based on solar photovoltaic (PV) generation estimates. The approach used to develop the generation estimates applied to NEM-Paired Storage billing is as follows:

   i.   SCE has established a maximum cap for NEM-eligible exports by California Energy Commission (CEC) Climate Zone for each calendar month based on standardized monthly estimates that are scaled for a given NEM customer based on the size of the customer's solar system.

   ii.   To develop the generation estimates, SCE used the California Solar Initiative Expected Performance-Based Buydown (CSI EPBB) calculator to produce a single, scalable, production factor table.  This table captures the estimated amount of kWh generated per installed kW of solar PV capacity (kWh/kW production factor) for each calendar month and each of the nine CEC Climate Zones in SCE's service area. Climate Zones are referred to as Baseline Regions in SCE's tariffs.

   iii.   For a given NEM-Paired Storage customer, the NEM-eligible cap on exports is calculated by multiplying the Customer-appropriate production factor for a given month and Climate Zone (based on billing period and location) and scaling the kWh by the customer's PV installed capacity (in kW).

   iv.   The solar PV configuration assumptions used in the CSI EPBB calculator to generate the scalable production factor table are the following:

     •   Tilt: If Optimal Tilt as defined by the EPBB Calculator was <20 degrees for a given Climate Zone, then 20 degree tilt was used, otherwise Optimal Tilt as defined by the EPBB Calculator was used
     •   Azimuth: 180 degrees
     •   For each climate zone, identified the three zip codes with the most residential PV installations; chose the zip code with the highest generation estimate per the EPBB calculator
     •   Panel: SunPower.SPR-327NE-WHT-D
     •   Inverter: SPR-X20-327-C-AC (240V) or any other micro-inverter designed to match the panels.
        o   As a reference, inverter efficiency is 96%.
     •   Mounting Method: > 6 " average standoff (EPBB default)
     •   Shade: Minimal (EPBB default)

(Continued)

(To be inserted by utility)
Advice   3915-E
Decision

25C10

Issued by
Caroline Choi
Senior Vice President

(To be inserted by Cal. PUC)
Date Filed   Dec 13, 2018
Effective   Jan 1, 2019
Resolution

EXHIBIT 4   PAGE 33



Southern California Edison
Rosemead, California    (U 338-E)

Revised    Cal. PUC Sheet No.   65301-E
Cancelling   Revised    Cal. PUC Sheet No.   63506-E

Schedule NEM-ST                                    Sheet 26      (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

6.   NEM-Paired Storage Systems. (continued)

   c.   Estimation Methodology for Small NEM-Paired Storage Systems…(Continued)

      v.   Once implemented in SCE's billing system, Customers subject to this provision shall
           have a maximum monthly generation output cap established for each calendar month
           based on the "production factor table."

      vi.  In all cases, the first day of the Customer's Billing Period determines which calendar
           month cap is used for that Billing Period. For example, if the Customer's Billing Period
           starts on January 15 and ends on February 15, the January cap is used.

      vii. Any export ($E_F$) registered on SCE's revenue meter(s) that exceeds the monthly cap
           is not eligible for credit as outlined in the Rates section above and is forfeited by the
           Customer.  For example, if a Customer's monthly cap amount for January is 500 kWh
           and the Customer exports 525 kWh for that monthly Billing Period, 25 kWh are not
           eligible for NEM credit and are forfeited.  The forfeited kWh are assumed to have
           occurred during the Customer's highest priced TOU period, regardless of when the
           energy was actually exported.  If the amount of forfeited kWh for a Billing Period
           exceeds the amount of $E_F$ registered during the Customer's highest priced TOU
           period, the remaining kWh subject to forfeit are then removed from the next highest
           priced TOU period and so on until all kWh subject to forfeit are accounted for.  For
           example, if a Customer has a July monthly cap amount of 700 kWh and exports 1,000
           kWh, 300 kWh must be forfeited.  If the Customer exported 200 kWh in the Summer
           On-peak period and 800 kWh in the Summer Mid-Peak period, 200 kWh of the
           forfeited 300 kWh are removed from the Summer On-Peak period (so the Customer's
           $E_F$ during the Summer On-Peak period is billed at zero); the remaining 100 kWh of the
           forfeited 300 kWh are removed from the Summer Mid-Peak period (so the Customer's
           $E_F$ during the Summer Mid-Peak period is billed at 700 kWh).  Forfeited kWh are not
           eligible for NSC.

   d.   Interconnection and Safety Requirements.  NEM-Paired Storage Systems must meet the
        technical and safety standards required for interconnection under Rule 21.  This includes
        evaluation under the same technical interconnection standards currently applied to
        Generating Facilities that are not paired with energy storage devices.

   e.   NEM Transition Provisions.  NEM-Paired Storage Systems are subject to the transition
        provisions included in Special Condition 8 below.  In regards to Special Condition 8.b,
        NEM-Paired Storage Systems shall remain eligible for service under this Schedule provided
        the capacity of the Integrated or Directly Connected Energy Storage Device(s) is not
        increased by more than 10 percent of its original maximum aggregate output capacity.

(Continued)

(To be inserted by utility)                    Issued by                    (To be inserted by Cal. PUC)
Advice    3915-E                              Caroline Choi                 Date Filed    Dec 13, 2018
Decision                                   Senior Vice President            Effective    Jan 1, 2019
26C11                                                                       Resolution

EXHIBIT 4    PAGE 34



| Southern California Edison | | Revised | Cal. PUC Sheet No. | 65302-E |
|---|---|---|---|---|
| Rosemead, California    (U 338-E) | Cancelling | Revised | Cal. PUC Sheet No. | 63507-E |

Schedule NEM-ST                    Sheet 27      (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

7.   Customers with a Multiple Tariff Generating Facility (NEM-MT).

Where a Customer utilizes a Multiple Tariff Generating Facility (as defined in Special Condition 1), the applicable provisions of this Special Condition 7 shall apply.  Additionally, where this Special Condition conflicts with any other Special Condition contained herein, the provisions contained in this Special Condition shall prevail.  Customers served pursuant to this Special Condition are responsible for paying NBCs, as defined in the Rates section above, on each kWh of electricity that is consumed from the grid net of exports (i.e., net consumption) in each metered interval as recorded on the TOU revenue meter at the Point of Common Coupling (PCC).  Multiple Tariff Generating Facilities consisting of generating facilities served under Schedules FC-NEM or BG-NEM that receive service pursuant to Special Condition 7.a below are not eligible to concurrently participate in an NEM-A arrangement pursuant to Special Condition 5 above.  For purposes of tariff administration, other metering configurations than those outlined below may be allowed at SCE's discretion.

a.   A Customer utilizing a Multiple Tariff Generating Facility consisting of all NEM Eligible Generating Facilities, with at least one NEM-ST Generating Facility, shall adhere to the following:

i.   Where a Customer chooses <u>not</u> to install separate Net Generation Output Metering (NGOM) on each group of NEM Eligible Generators (as defined in Special Condition 1 above), all energy exported to SCE's system from any group of NEM Eligible Generators shall receive only the generation component energy credits per the Customer's OAT.  The NEM credits will not include any portion of the Delivery Service energy rate components, or any other component of the Customer's OAT, unless separate NGOMs are installed on each group of NEM Eligible Generators.  A Customer with a Multiple Tariff Generating Facility that includes a Renewable Electrical Generating Facility served under this Schedule shall be responsible for all nonbypassable charges as specified herein.

ii.   Where a Customer <u>chooses to</u> install NGOM on a group of NEM Eligible Generators, the NGOM must conform to the requirements set forth in SCE's Electric Rule 21, Section J. The total energy exported to SCE's system, as determined at the PCC meter (SCE billing meter) will be allocated to each group based on its NGOM reading to the total of all NGOM readings.  For example, if the SCE billing meter registered 900 kWh of energy exported to SCE's system, and during that same time period a group of NEM Eligible Generators (group 1) had an NGOM registration of 2,000 kWh, while another group of NEM Eligible Generators (group 2) had an NGOM registration of 4,000 kWh, then group 1 would be allocated 300 kWh and group 2 would be allocated 600 kWh, for NEM crediting purpose.

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
|---|---|---|
| Advice    3915-E | Caroline Choi | Date Filed    Dec 13, 2018 |
| Decision | Senior Vice President | Effective    Jan 1, 2019 |
| 27C10 | | Resolution |

EXHIBIT 4    PAGE 35



| Southern California Edison | | Revised | Cal. PUC Sheet No. | 65303-E |
|---|---|---|---|---|
| Rosemead, California    (U 338-E) | Cancelling | Revised | Cal. PUC Sheet No. | 63508-E |

Schedule NEM-ST                    Sheet 28    (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

7.  Customers with a Multiple Tariff Generating Facility (NEM-MT). (continued)

b.  A Customer with a Multiple Tariff Generating Facility consisting of one or more NEM Eligible Generators served under this Schedule and one or more Non-NEM Eligible Generators (defined in Special Condition 1 above) shall adhere to the following:

i.   Where all Non-NEM Eligible Generators have a non-export relay (reverse or minimum power protection), per SCE's Electric Rule 21, Section G.1.i, Screen 2 (option 1 or 2), thus assuring no export to SCE's system from any Non-NEM Eligible Generator, the Customer is not required to install NGOM on their NEM Eligible Generator(s). However, where a Customer's Multiple Tariff Generating Facility includes more than one group of NEM Eligible Generators, NGOM in accordance with Special Condition 7.a.ii above must be installed to determine which percentage of the measured excess energy exported to SCE's system will receive NEM energy credits at the bundled rate (Delivery Service plus generation) and which percentage of the measured excess energy exported to SCE's system will receive NEM energy credits at the generation rate component only.   Otherwise, unallocated NEM-eligible excess energy exported to SCE's system will be subject to the provisions of Special Condition 7.a.i above.

ii.  Where one or more of the Customer's Non-NEM Eligible Generators does not have a non-export relay, and where each group of the NEM Eligible Generators does not have NGOM installed in accordance with Special Condition 7.a.ii above, NEM credits will only be applicable on the NEM Eligible Generators that do have NGOM.  Monthly valued NEM credits for each of the NEM-Eligible Generator groups with NGOM will be the lesser of (A) its proportion of its NGOM reading to the total of all NEM Eligible Generators' NGOM readings multiplied at the PCC, or (N) its NGOM reading.

iii. The value of energy credits will be applied consistent with the appropriate NEM tariff as follows, including the requirement that Customers with a Multiple Tariff Generating Facility that includes a Renewable Electrical Generating Facility served under this Schedule shall be responsible for all nonbypassable charges as specified herein:

A.  First, apply BG-NEM and/or FC-NEM generation rate component credits (if any) to generation rate component charges on any aggregated account served by the Generating Facility.

B.  Second, apply any remaining BG-NEM and/or FC-NEM credits from (A) above to the remainder of generation rate component charges on the account served by the Generating Facility.

C.  Third, apply NEM-ST energy (generation and delivery service rate component) credits to any remaining energy charges of the accounts that are served by the Generating Facility.

D.  Fourth, apply NEM energy (generation and delivery service rate component) credits to any remaining energy charges of the accounts that are served by the Generating Facility.

(Continued)

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
|---|---|---|
| Advice    3915-E | Caroline Choi | Date Filed   Dec 13, 2018 |
| Decision  | Senior Vice President | Effective    Jan 1, 2019 |
| 28C10 | | Resolution |

EXHIBIT 4    PAGE 36

**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL Company

| | | | | |
|---|---|---|---|---|
| Southern California Edison | | Revised | Cal. PUC Sheet No. | 67969-E |
| Rosemead, California   (U 338-E) | Cancelling | Revised | Cal. PUC Sheet No. | 65304-E |

Schedule NEM-ST                                    Sheet 29
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

SPECIAL CONDITIONS (continued)

8.   NEM-ST Grandfathering Provisions.   This Special Condition is applicable to all Customers receiving service on this Schedule and to all Customers who have submitted all documentation necessary to receive service on this Schedule.

a.   20-Year Transition Period.

Pursuant to D.16-01-044, Customers who are receiving service on this Schedule, or who have submitted all documentation necessary to receive service on this Schedule, are eligible to continue receiving service on this Schedule for a period of 20 years from the original year in which their Generating Facility was interconnected to SCE's grid, indicated by and measured from the date on which the Customer originally received permission to operate (PTO) the Generating Facility from SCE and ending at the conclusion of the Customer's applicable Relevant Period that ends immediately on or after the 20th anniversary of the original PTO date.   For example, if a Customer initially received PTO on April 1, 2018, the Customer is eligible to continue receiving service on this Schedule through the conclusion of the Relevant Period ending immediately on or after March 31, 2038. Customers served on Schedule NEM who elect to make a one-time switch to this Schedule prior to the conclusion of their Schedule NEM 20-year transition period can continue service under this Schedule from the date of their original Schedule NEM PTO date; these Customers may not restart their 20-year transition period by transitioning early to this Schedule.   Customers electing to switch to this Schedule prior to the conclusion of their Schedule NEM 20-year transition period permanently forfeit any of their Generating Facility's remaining transition period eligibility on Schedule NEM and may not later change back to receiving service under Schedule NEM.

b.   Modifications.

Generating Facilities eligible for the 20-year transition period outlined above that are modified and/or repaired shall remain eligible for the remainder of their 20-year transition period as long as the modifications and/or repairs do not increase the Generating Facility by more than the greater of (1) 10 percent of the Generating Facility's nameplate rating capacity, as established when the Generating Facility was originally interconnected, or (2) 1 kW; and provided the modifications and/or repairs do not result in the Generating Facility exceeding the Customer's annual onsite load. Customers making modifications and/or      (T) additions to their Generating Facilities that exceed the 10 percent or 1 kW limit referenced above have the option of either metering the additions and/or modifications separately under another eligible tariff, or having the entire Generating Facility served under another eligible tariff, subject to the terms and conditions contained therein.

(D)

(Continued)

| | | |
|---|---|---|
| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
| Advice    4063-E | Kevin Payne | Date Submitted    Aug 27, 2019 |
| Decision    16-01-044 | Chief Executive Officer | Effective    Aug 27, 2019 |
| 29C19 | | Resolution    E-5078 |

EXHIBIT 4    PAGE 37



| Southern California Edison | | Revised | Cal. PUC Sheet No. | 65305-E |
|---|---|---|---|---|
| Rosemead, California    (U 338-E) | Cancelling | Revised | Cal. PUC Sheet No. | 63510-E |

Schedule NEM-ST                                Sheet 30      (T)
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)

8.   NEM-ST Grandfathering Provisions. (continued)

   c.   Transferability.

        Generating Facilities eligible for the 20-year transition period shall not lose their eligibility if transferred to a new owner, operator, or SCE account, provided the Generating Facility remains at its original location.[i] The transfer of an existing Generating Facility to a new location is considered a new installation requiring a new Interconnection Agreement that is subject to the applicable tariffs in place at the time the new Interconnection Request is completed.

   d.   Integrated or Directly Connected Energy Storage Devices.

        Integrated or Directly Connected Energy Storage Devices shall be treated in the same way, and be subject to the same transition period, as the Renewable Generator to which they are connected.

---

[i] The Generating Facility must at all times serve an Eligible Customer-Generator as defined in Special Condition 1.a above.

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
|---|---|---|
| Advice    3915-E | Caroline Choi | Date Submitted    Dec 13, 2018 |
| Decision _____ | Senior Vice President | Effective    Jan 1, 2019 |
| 30C15 | | Resolution _____ |

EXHIBIT 4    PAGE 38

**SOUTHERN CALIFORNIA
EDISON**
An EDISON INTERNATIONAL Company

| | | | |
|---|---|---|---|
| Southern California Edison | | Revised | Cal. PUC Sheet No. 71191-E |
| Rosemead, California    (U 338-E) | Cancelling | Original | Cal. PUC Sheet No. 68849-E |

---

Schedule NEM-ST                    Sheet 31
NET ENERGY METERING
SUCCESSOR TARIFF
(Continued)

<u>SPECIAL CONDITIONS</u> (continued)

9.  Natural Disaster (Disaster):  This Special Condition is applicable to NEM-ST Grandfathering Eligible Customer-Generators impacted by an event in affected area declared in a state of emergency[i] and included in either the California Governor's Proclamation of a State of Emergency or the President of the United States'. Disaster impacted customers will retain their original permission to operate (PTO) date. The original 20-Year Transition Period will remain in effect under this Schedule as defined in Special Condition 8.

Disaster impacted Eligible Customer-Generators must:

a.  Submit a new Interconnection Request with a replacement Renewable Electrical Generating Facility sized to generate no more than 12 months of historic, or estimated, usage (kWh), and

b.  Submit proof of destruction of the Renewable Electrical Generating Facility, if requested by SCE.

c.  If the Renewable Electrical Generating Facility needs to be replaced due to a Disaster, SCE will true-up all charges and credits pursuant to Special Condition 4.e up to the date of the Disaster, unless the Eligible Customer-Generator requests that SCE continue to bill through the end of the Relevant Period.

d.  The period from destruction of the Renewable Electrical Generating Facility to PTO of    (T)
the replacement Renewable Electrical Generating Facility must not exceed four years, unless reasonable documentation acceptable to SCE is provided showing that a new Interconnection Request has been submitted. The new Interconnection Request must be completed by the same Customer of Record who was taking service under Schedule NEM-ST prior to the Disaster. If the Renewable Electrical Generating Facility is not replaced by the Customer, but the property is sold to a new Customer after the destruction of the Renewable Electrical Generating Facility, this provision does not extend to the new Customer of Record or New Party In.

e.  Customers impacted by a Disaster who meet the requirements included in this Special Condition and whose replacement system is sized no greater than 1 megawatt (MW) are exempt from the interconnection application fee when submitting a new Interconnection Request.

---

[i] Government Code 8558(b) - https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=GOV&sectionNum=8558

---

| | | |
|---|---|---|
| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
| Advice    4492-E-A | Michael Backstrom | Date Submitted    Jun 30, 2021 |
| Decision    19-07-015 | Vice President | Effective    Jun 30, 2021 |
| 31C9 | | Resolution    E-5118 |

EXHIBIT 4    PAGE 39



Southern California Edison                                     Original    Cal. PUC Sheet No.    71586-E
Rosemead, California    (U 338-E)                Cancelling         Cal. PUC Sheet No.

<u>Schedule NEM-ST</u>                              Sheet 32
<u>NET ENERGY METERING</u>
<u>SUCCESSOR TARIFF</u>
(Continued)

<u>REQUIRED DISCLOSURE</u>.

The Interconnection Request is subject to SCE's Rule 21 protocols including the Confidentiality provisions (Section D.7) and the "Required Disclosure" (Section D.7.d).  As a condition of interconnection, pursuant to CPUC Decisions (D.)14-11-001 and D.21-06-026, SCE is required to provide certain data, including, but not limited to, confidential customer information, to the CPUC, its contractors, the California Department of Consumer Affairs Contractors State License Board, and the California Department of Financial Protection & Innovation.  Customer authorizes SCE to release any and all information contained in the application for interconnection to the entities identified above without further notification or consent.

(To be inserted by utility)                     Issued by                (To be inserted by Cal. PUC)
Advice    4548-E                          Michael Backstrom          Date Submitted    Jul 26, 2021
Decision    21-06-026                       Vice President           Effective          Aug 25, 2021
32C16                                                              Resolution

EXHIBIT 4    PAGE 40

# EXHIBIT 5



Southern California Edison                        Revised      Cal. PUC Sheet No.    70560-E
Rosemead, California        (U 338-E)     Cancelling  Revised   Cal. PUC Sheet No.    69359-E

Sheet 1

GENERATING FACILITY INTERCONNECTION AGREEMENT FOR MULTIPLE TARIFFS
USING A NEM-ST GENERATING FACILITY SIZED GREATER THAN ONE MEGAWATT

Form 14-972

| (To be inserted by utility) | Issued by | (To be inserted by Cal. PUC) |
|---|---|---|
| Advice    4403-E | Carla Peterman | Date Submitted    Jan 28, 2021 |
| Decision | Senior Vice President | Effective    Feb 27, 2021 |
| 1C12 | | Resolution |

EXHIBIT 5    PAGE 41



**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs Using a NEM-ST Generating Facility
Sized Greater than One Megawatt

This Generating Facility Interconnection Agreement (Multiple Tariff) ("Agreement") is entered into by and between *(Enter customer name)* _____, a _____ *(Enter form of entity)* ("Producer"), and Southern California Edison Company ("SCE"), a California corporation.  Customer and SCE are sometimes also referred to in this Agreement jointly as "Parties" or individually as "Party."  In consideration of the mutual promises and obligations stated in this Agreement and its Appendices, the Parties agree as follows:

1.    SCOPE AND PURPOSE

1.1    This Agreement provides for Producer to interconnect and operate a Generating Facility in parallel with SCE's Distribution System to serve the electrical loads at the location identified in Section 2.4 (or for the qualifying energy where permitted under Section 218 of the California Public Utilities Code ("PUC")).  The Generating Facility may consist of any combination of (a) generator(s) for which Producer qualifies as an "eligible customer-generator" for net energy metering (NEM) service pursuant to PUC Sections 2827 through 2827.10 ("Eligible Generator(s)"), and (b) other generator(s) ("Non-Eligible Generator(s)").  Pursuant to PUC Sections 2827 through 2827.10, an Eligible Generator can employ any of the following technologies:  biomass, solar thermal, photovoltaic, wind, geothermal, fuel cells using renewable fuels, small hydroelectric generation, digester gas, municipal solid waste conversion, landfill gas, ocean wave, ocean thermal, or tidal current, and any additions or enhancements to the facility using that technology; or other fuel cells (pursuant to PUC Section 2827.10).

1.2    This Agreement provides for Producer to operate the Eligible Generator(s) pursuant to the provisions of Sections 2827 through 2827.10 of the California PUC and the applicable SCE tariffs for NEM.  This Agreement also provides for Producer to operate its Non-Eligible Generator(s).  This Agreement does not provide for retail electrical service by SCE to Producer.  Such arrangements must be made separately between SCE and Producer.

1.3    This Agreement does not address Producer's account billing and payment for energy consumption. For the Generating Facility as specified in Section 2 of this Agreement, please refer to the applicable SCE NEM tariff schedules for billing and payment protocol.

2.    SUMMARY AND DESCRIPTION OF PRODUCER'S GENERATING FACILITY

2.1    A description of the Generating Facility, including a summary of its significant components and a single-line diagram showing the arrangement of how Producer's Generating Facility and loads are interconnected with SCE's Distribution System are attached hereto as Appendix A and incorporated herein by reference.

2.2    Generating Facility identification number: _____ (Assigned by SCE).

2.3    Producer's SCE service account number: _____ (Assigned by SCE).

SCE Use Only

| | | | |
|---|---|---|---|
| 3- | - | - | GFID |

EXHIBIT 5    PAGE 42

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

2.4    Name and address <u>used by SCE</u> to locate the electric service account(s) used to interconnect the Generating Facility with SCE's Distribution System.

Name: _____

Address: _____

City: _____ CA 9_____

2.5    The Gross Nameplate Rating of the Generating Facility is:

2.5.1    Eligible Generator(s):

**Renewable Electrical Generating Facility**

Solar: **_____** kW

Wind: _____ kW

Biomass: _____ kW

Solar Thermal: _____ kW

Geothermal: _____ kW

Fuel Cells Using Renewable Fuels: _____ kW

Small Hydroelectric Generators: _____ kW

Municipal Solid Waste Conversion: _____ kW

Landfill Gas: _____ kW

Ocean Wave: _____ kW

Ocean Thermal or Tidal Current: _____ kW

Digester Gas: _____ kW

**Non Renewable Electrical Generating Facility**

Biogas Digester: _____ kW

Fuel Cell: _____ kW

2.5.2    Non-Eligible Generator(s): _____ kW

2.5.3    Total **Gross** Nameplate Rating of the Generating Facility(ies): _____ kW

2.6    The **Net** Nameplate Rating of the Generating Facility is:

2.6.1    Eligible Generator(s):

**Renewable Electrical Generating Facility**

Solar: _____ kW

Wind: **_____** kW

Biomass: _____ kW

Solar Thermal: _____ kW

Geothermal: _____ kW

Fuel Cells Using Renewable Fuels: _____ kW

EXHIBIT 5    PAGE 43

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

Small Hydroelectric Generators: _____ kW

Municipal Solid Waste Conversion: _____ kW

Landfill Gas: _____ kW

Ocean Wave: _____ kW

Ocean Thermal or Tidal Current: _____ kW

Digester Gas: _____ kW

**Non Renewable Electrical Generating Facility**

Biogas Digester: _____ kW

Fuel Cell: _____ kW

2.6.2    Non-Eligible Generator(s): _____ kW

2.6.3    Total **NET** Nameplate Rating of the Generating Facility(ies): _____ kW

2.7    The **maximum level of power** that may be exported by the Generating Facility to SCE's Distribution System is expected to be:

2.7.1    Eligible Generator(s):

**Renewable Electrical Generating Facility**

Solar: _____ kW

Wind: _____ kW

Biomass: _____ kW

Solar Thermal: _____ kW

Geothermal: _____ kW

Fuel Cells Using Renewable Fuels: _____ kW

Small Hydroelectric Generators: _____ kW

Municipal Solid Waste Conversion: _____ kW

Landfill Gas: _____ kW

Ocean Wave: _____ kW

Ocean Thermal or Tidal Current: _____ kW

Digester Gas: _____ kW

**Non Renewable Electrical Generating Facility**

Biogas Digester: _____ kW

Fuel Cell: _____ kW

2.7.2    Non-Eligible Generator(s): _____ kW

2.7.3    **Total maximum level of power** that may be exported by the Generating Facility: _____ kW

EXHIBIT 5    PAGE 44

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

2.8    The Generating Facility's expected date of Parallel Operation is _____. This expected date of Parallel Operation shall be within two years of the date of this Agreement.

2.9    For the purpose of securing the Competition Transition Charge exemption available under Section 372 of the California Public Utilities Code, Producer hereby declares that the portion of the Generating Facility that is generating in a combined heat and power mode ☐ does / ☐ does not meet the requirements for Cogeneration as such term is used in Section 216.6 of the California Public Utilities Code. _____ (*insert* "Not Applicable" *if a combined heat and power mode of operation does not apply*).

2.10    What applicable rate schedule, known as the "otherwise applicable tariff" will be selected for the NEM account(s):_____.

3.    DOCUMENTS INCLUDED; DEFINED TERMS

3.1    This Agreement includes the following exhibits, which are specifically incorporated herein and made a part of this Agreement.

Appendix A -    Description of Generating Facility and Single-Line Diagram (supplied by Producer).

Appendix B -    Information concerning Electric Rules 2 and 21 and other selected rules and tariffs of SCE (supplied by SCE).

Appendix C -    (Where Applicable) Additional Terms and Conditions for Projects Requiring Interconnection Facilities and/or Upgrades to SCE's Distribution and/or Transmission System.

Appendix D -    (When Applicable) A copy of an agreement addressing financing and ownership of facilities required for interconnection (Supplied by SCE).

Appendix E -    (When Applicable) Producer's warranty that the Generating Facility meets the requirements for a "Cogeneration" facility as defined in Section 216.6 of the California PUC.

Appendix F -    (When Applicable) List of eligible service accounts, as defined in SCE's Schedule BG-NEM or FC-NEM, to be included in NEM calculations.

Appendix G -    (When Applicable) List of eligible service accounts, as defined in SCE's Schedule NEM-ST, to be included in NEM Aggregation calculations.

Appendix H -    (When Applicable) Producer warranty and verified equipment requirements applicable to Generating Facilities requesting interconnection pursuant to the provisions of the NEM successor tariffs (i.e., Schedule NEM-ST).

Appendix I -    (When Applicable) Producer's warranty that it meets the requirements for an Eligible Fuel Cell Customer-Generator and the Generating Facility is an Eligible Fuel Cell Electrical Generating Facility Pursuant to Section 2827.10 of the California Public Utilities Code.

EXHIBIT 5    PAGE 45

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

3.2　When initially capitalized, whether in the singular or in the plural, the terms used herein shall have the meanings assigned to them either in this Agreement or in SCE's Electric Rule 1 or Electric Rule 21, Section C.  If any term is defined in both Electric Rule 1 and Electric Rule 21, the definition in Rule 21 shall prevail.

4.　TERM AND TERMINATION

4.1　This Agreement shall become effective as of the last date entered in Section 17 of this Agreement ("Effective Date").  This Agreement shall continue in full force and effect until the earliest date that one of the following events occurs:

(a)　The Parties agree in writing to terminate the Agreement; or

(b)　Unless otherwise agreed in writing by the Parties, at 12:01 A.M. on the day following the date the electric service account through which Producer's Generating Facility is interconnected to SCE's Distribution System is closed or terminated; or

(c)　At 12:01 A.M. on the 61st day after Producer or SCE provides written Notice pursuant to Section 9 of this Agreement to the other Party of Producer's or SCE's intent to terminate this Agreement.

4.2　Producer may elect to terminate this Agreement for any reason pursuant to the terms of Section 4.1(c).  SCE may elect to terminate this Agreement pursuant to the terms of Section 4.1(c) for one or more of the following reasons:

(a)　A change in applicable tariffs as approved or directed by the California Public Utilities Commission ("Commission"), or a change in any local, state or federal law, statute or regulation, either of which materially alters or otherwise affects SCE's ability or obligation to perform SCE's duties under this Agreement; or

(b)　Unless otherwise agreed in writing by the Parties, Producer fails to take all corrective actions specified in SCE's Notice, within the timeframe set forth in such Notice, that Producer's Generating Facility is out of compliance with the terms of this Agreement; or

(c)　Producer fails to interconnect and operate the Generating Facility per the terms of this Agreement within 120 days of the date of Parallel Operation as set forth in Section 2.8 of this Agreement; or

(d)　Producer abandons the Generating Facility.  SCE shall deem the Generating Facility to be abandoned if (i) SCE determines, in its sole opinion, that the Generating Facility is non-operational, (ii) SCE provides Producer with Notice of its intent to terminate this Agreement as a result of Producer's apparent abandonment of the Generating Facility, and (iii) Producer does not respond by affirming Producer's intent and ability to continue to operate the Generating Facility.

(e)　Producer makes a change to the physical configuration of the Generating Facility, as declared in Section 2 and Appendix A of this Agreement.

4.3　Notwithstanding any other provisions of this Agreement, SCE shall have the right to unilaterally file with the Commission, pursuant to the Commission's rules and regulations, an application to terminate this Agreement.

EXHIBIT 5    PAGE 46

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

4.4    Any agreements attached to and incorporated into this Agreement shall terminate concurrently with this Agreement unless the Parties have agreed otherwise in writing.

5.    GENERATING FACILITY INTERCONNECTION AND OPERATING REQUIREMENTS

5.1    Producer is responsible for operating the Generating Facility in compliance with all of SCE's tariffs, including but not limited to SCE's Electric Rule 21, and any other regulations and laws governing the interconnection of the Generating Facility.

5.2    Producer shall be responsible for all applicable study costs as outlined in SCE's Electric Rule 21.

5.3    If the studies conducted pursuant to the applicable provisions of Electric Rule 21 result in the need for upgrades to SCE's Distribution and/or Transmission System, SCE shall be afforded the time necessary to complete those upgrades before issuing written approval allowing the Producer to operate the Generating Facility. Costs for those upgrades and any necessary Interconnection Facilities shall be borne by the Producer, pursuant to the terms and conditions outlined in Appendices C and D of this Agreement.

5.4    Unless otherwise agreed upon in writing by the Parties, this Agreement does not provide for, nor otherwise require SCE to purchase, transmit, distribute, or store the electrical energy produced by Producer's Generating Facility.

5.5    Except for that energy delivered to SCE through NEM, the electric power produced by Producer's Generating Facility shall be used solely to serve electrical loads connected to the electric service account that SCE uses to interconnect Producer's Generating Facility. Producer shall not use the Generating Facility to serve electrical loads that will cause Producer to be considered an "electrical corporation" as such term is used in Section 218 of the PUC.

5.6    Producer shall: (a) maintain the Generating Facility and Interconnection Facilities in a safe and prudent manner and in conformance with all applicable laws and regulations including, but not limited to, Section 5.1, and (b) obtain any governmental authorizations and permits required for the construction and operation of the Generating Facility and Interconnection Facilities. Producer shall reimburse SCE for any and all losses, damages, claims, penalties, or liability it incurs as a result of Producer's failure to obtain or maintain any governmental authorizations and permits required for construction and operation of Producer's Generating Facility.

5.7    Producer shall not commence Parallel Operation of the Generating Facility until SCE has provided express written approval. Such approval shall normally be provided per the timelines established by the applicable PUC or by Electric Rule 21. Such approval will be provided after SCE's receipt of: (1) a completed NEM Generating Facility Interconnection Application including all supporting documents and payments as described in the Application or Electric Rule 21; (2) any required NEM supplemental application forms; (3) a signed and completed Agreement; (4) a copy of Producer's final inspection clearance from the local authority having jurisdiction over the Generating Facility; and (5) submission of all applicable payments for reviews, studies, Interconnection Facilities, Distribution System Upgrades, and Network Upgrades, as applicable. Such approval will not be unreasonably withheld. SCE shall have the right to have representatives present at the Commissioning Test as defined in Electric Rule 21. Producer shall notify SCE at least five (5) days prior to initial testing.

EXHIBIT 5    PAGE 47

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

5.8     In no event shall the delivery of the maximum electric power to SCE's Distribution System exceed the amount or other limitations specified in Section 2 and Appendix A of this Agreement.  If Producer does not regulate its Generating Facility in compliance with the limitations set forth in this Agreement, SCE may require Producer to disconnect its Generating Facility from SCE's Distribution System until Producer demonstrates to SCE's sole satisfaction that Producer has taken adequate measures to regulate the output of its Generating Facility and control its deliveries of electric power to SCE.  Further, should SCE determine that Producer's operation of the Generating Facility is causing an unsafe condition or is adversely affecting SCE's ability to utilize its Distribution System in any manner, even if Producer's deliveries of electric power to SCE's Distribution system are within the limitations specified in this Agreement, SCE may require Producer to temporarily or permanently reduce or cease deliveries of electric power to SCE's Distribution System.  Producer's failure to comply with the terms of this Section shall constitute a material breach of this Agreement and SCE may initiate termination in accordance with the terms of Section 4.2(b).

5.9     Producer shall not deliver reactive power to SCE's Distribution System unless the Parties have agreed otherwise in writing.

5.10    The Generating Facility shall be operated with all of the Producer's Protective Functions in service whenever the Generating Facility is operated in parallel with SCE's Distribution System.  Any deviation from these requirements may occur only when the Parties have agreed to such deviations in writing.

5.11    If Producer declares that its Generating Facility meets the requirements for "Cogeneration" as such term is used in Section 216.6 of the PUC (or successor definition of "Cogeneration") ("Cogeneration Requirement"), Producer warrants that, beginning on the date of Initial Operation and continuing throughout the term of this Agreement, its Generating Facility shall continue to meet such Cogeneration Requirements, per Appendix E of this Agreement.

6.      INTERCONNECTION FACILITIES, DISTRIBUTION UPGRADES AND NETWORK UPGRADES

6.1     Producer and/or SCE, as appropriate, shall provide Interconnection Facilities, Distribution Upgrades and Network Upgrades that adequately protect SCE's Distribution System, personnel, and other persons from damage or injury which may be caused by the operation of Producer's Generating Facility.

6.2     Producer shall be solely responsible for the costs, design, purchase, construction, operation, and maintenance of the Interconnection Facilities that Producer owns, as further outlined in Appendix C.

6.3     If the provisions of SCE's Electric Rule 21, or any other tariff approved by the Commission, require SCE to own and operate a portion of the Interconnection Facilities, Distribution Upgrades or Network Upgrade, Producer and SCE shall promptly execute an agreement that establishes and allocates responsibility for the design, installation, operation, maintenance, and ownership of the Interconnection Facilities, Distribution Upgrades and Network Upgrades.  This agreement shall be attached to and made a part of this Agreement as Appendix D.

6.4     The Interconnection Facilities may include Net Generation Output Metering for determination of standby charges and applicable non-bypassable charges, and/or other meters required for SCE's administration and billing pursuant to SCE's NEM tariffs.

EXHIBIT 5    PAGE 48

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

7.    LIMITATION OF LIABILITY

Each Party's liability to the other Party for any loss, cost, claim, injury, liability, or expense, including reasonable attorney's fees, relating to or arising from any act or omission in its performance of this Agreement, shall be limited to the amount of direct damage actually incurred. In no event shall either Party be liable to the other Party for any indirect, special, consequential, or punitive damages of any kind whatsoever.

8.    INSURANCE

8.1    In connection with Producer's performance of its duties and obligations under this Agreement, Producer shall maintain, during the term of this Agreement, general liability insurance with a limit of two million dollars ($2,000,000) for each occurrence.

Such commercial general liability insurance shall include coverage for Premises-Operations and Contractual Liability, and Broad Form Property Damage including Completed Operations.    (P)
(P)

8.2    The commercial general liability insurance required in Section 8.1 shall, by endorsement to the policy or within the policy general conditions itself, (a) include SCE as an additional insured; (b) contain a severability of interest clause or cross-liability clause; (c) provide that SCE shall not by reason of its inclusion as an additional insured incur liability to the insurance carrier for payment of premium for such insurance; (d)  that coverage provided is primary and not in excess to or contributing with any insurance or self-insurance maintained by SCE; (e) waiver of subrogation shall be granted to SCE; and (f) provide for thirty (30) calendar days' written notice to SCE prior to cancellation, termination, alteration, or material change of such insurance.    (P)
(P)

(P)
|
(P)

8.3    [Intentionally Blank]    (P)

8.4    Producer agrees to furnish evidence of insurance (certificates of insurance and endorsements as appropriate) to SCE prior to Parallel Operation, and thereafter for each insurance policy renewal during the term of this Agreement.  SCE shall have the right to inspect or obtain a copy of the original policy or policies of insurance.    (T)
|
(T)

8.5    If Producer is self-insured with an established record of self-insurance, Producer may comply with the following in lieu of Sections 8.1 through 8.2:    (P)

(a)    Producer shall provide to SCE, at least thirty (30) calendar days prior to the date of Parallel Operation, evidence of an acceptable plan to self-insure to a level of coverage equivalent to that required under Section 8.1.

(b)    If Producer ceases to self-insure to the level required hereunder, or if Producer is unable to provide continuing evidence of Producer's ability to self-insure, Producer agrees to immediately obtain the insurance coverage required under Section 8.1 and 8.2 above.    (P)
(P)

8.6    All insurance policies, certificates of insurance, statements of self-insurance, endorsements, cancellations, terminations, alterations, and material changes of such insurance shall be issued and submitted to the following:    (P)

Southern California Edison Company
Attention:  NEM Program Administrator
SCE Customer Solar & Self Generation

EXHIBIT 5    PAGE 49

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

---

P.O. Box 800
Rosemead, CA 91770

9.    NOTICES

9.1    Any written notice, demand, or request required or authorized in connection with this Agreement ("Notice") shall be deemed properly given if delivered in person or sent by first class mail, postage prepaid, to the person specified below:

If to SCE:    Southern California Edison Company
Attention: NEM Program Administrator
SCE Customer Solar & Self Generation
P.O. Box 800
Rosemead, CA 91770

If to Producer:    Name:
_____

Attention:
_____

Address:
_____

City:
_____

Phone: (    ) _____
Email:    _____

9.2    A Party may change its address for Notice at any time by providing the other Party Notice of the change in accordance with Section 9.1.

9.3    The Parties may also designate operating representatives to conduct the daily communications, which may be necessary or convenient for the administration of this Agreement.  Such designations, including names, addresses, and phone numbers may be communicated or revised by one Party's Notice to the other.

10.    REVIEW OF RECORDS AND DATA

10.1    SCE shall have the right to review and obtain copies of Producer's operations and maintenance records, logs, or other information such as unit availability, maintenance outages, circuit breaker operation requiring manual reset, relay targets and unusual events pertaining to Producer's Generating Facility or its interconnection with SCE's Distribution System.

10.2    Producer authorizes SCE to release to the California Energy Commission ("CEC") and/or the Commission information regarding the Generating Facility, including the Producer's name and location, and the size, location and operational characteristics of the Generating Facility, as requested or required from time to time pursuant to the CEC's or Commission's rules and regulations.

---

EXHIBIT 5    PAGE 50

GENERATING FACILITY INTERCONNECTION AGREEMENT
Multiple Tariffs

11.    ASSIGNMENT

This Agreement shall not be assigned if such assignment would cause the Eligible Generator(s) to not comply with the provisions of PUC Sections 2827 through 2827.10. Producer shall not voluntarily assign its rights or delegate its duties under this Agreement without SCE's written consent.  Any assignment or delegation Producer makes without SCE's written consent shall not be valid.  SCE shall not unreasonably withhold its consent to Producer's assignment of this Agreement.

12.    NON-WAIVER

None of the provisions of this Agreement shall be considered waived by a Party unless such waiver is given in writing.  The failure of a Party to insist in any one or more instances upon strict performance of any of the provisions of this Agreement or to take advantage of any of its rights hereunder shall not be construed as a waiver of any such provisions or the relinquishment of any such rights for the future, but the same shall continue and remain in full force and effect.

13.    GOVERNING LAW, JURISDICTION OF COMMISSION, INCLUSION OF SCE'S TARIFF SCHEDULES, DEFINED TERMS

13.1    This Agreement shall be interpreted, governed, and construed under the laws of the State of California as if executed and to be performed wholly within the State of California without giving effect to choice of law provisions that might apply to the law of a different jurisdiction.

13.2    This Agreement shall, at all times, be subject to such changes or modifications by the Commission as it may from time to time direct in the exercise of its jurisdiction.

13.3    The interconnection and services provided under this Agreement shall at all times be subject to the terms and conditions set forth in the tariffs applicable to the electric service provided by SCE.  Copies of such tariffs are available at SCE's Internet site: www.sce.com or by request to SCE and are incorporated into this Agreement by this reference.

13.4    Notwithstanding any other provisions of this Agreement, SCE shall have the right to unilaterally file with the Commission, pursuant to the Commission's rules and regulations, an application for change in tariffs, rates, charges, classification, service, or any agreement relating thereto.

14.    AMENDMENT AND MODIFICATION

This Agreement can only be amended or modified by a written agreement signed by both Parties.  SCE shall determine in its sole discretion whether prior Commission approval is required for such amendments or modifications.

15.    TRANSITION PROVISIONS

Producers receiving service on the current NEM tariffs pursuant to PUC Section 2827 (i.e., Schedule NEM) prior to SCE reaching its NEM trigger level or July 1, 2017, whichever is earlier, are subject to the transition provisions as outlined in the applicable NEM rate schedule.  Producers receiving service on the successor NEM tariffs pursuant to PUC Section 2827.1 and Commission Decision 16-01-044 (i.e., Schedule NEM-ST) are subject to the transition provisions as outlined in the applicable NEM successor tariff rate schedule.

EXHIBIT 5    PAGE 51

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

16.    ENTIRE AGREEMENT

This Agreement, including any incorporated tariff schedules and rules, contains the entire agreement and understanding between the Parties, their agents, and employees as to the subject matter of this Agreement.  Each party also represents that in entering into this Agreement, it has not relied on any promise, inducement, representation, warranty, agreement or other statement not set forth in this Agreement or in the incorporated tariff schedules and rules.

17.    SIGNATURES

This Agreement may be executed in counterparts, and by electronic signature on the part of SCE and/or the Producer, and copies of a Party's signed signature page may be transmitted to the other Party by facsimile or other electronic means.  Copies of the signature page so transmitted may be used for the purpose of enforcing the terms of this Agreement as though they were originals and will not be made inadmissible in any legal or regulatory proceeding concerning this Agreement on the basis of the Best Evidence Rule or similar rule of admissibility.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed by their duly authorized representatives.  This Agreement is effective as of the last date set forth below.

| **PRODUCER NAME** | **SOUTHERN CALIFORNIA EDISON COMPANY** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

EXHIBIT 5    PAGE 52

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

**APPENDIX A**

**DESCRIPTION OF GENERATING FACILITY**
**AND SINGLE-LINE DIAGRAM**

(Provided by Producer)

(Note: The Description of the Generating Facility should include, but not limited to, for each of the technology types of generation: spatial configuration, net and gross nameplate ratings, manufacturer, if the generators are certified under Electric Rule 21, protection equipment, and intended mode of operation (i.e. non-export; inadvertent export; and continuous export, where application).  Additionally, points of interconnection with SCE, as well as locations and type of protection equipment and disconnect switches should be identified.)

EXHIBIT 5    PAGE 53

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

**APPENDIX B**

**Electric Rules "2" and "21"**

(Note: SCE's Electric Rules 2 and 21 may be subject to such changes or modifications by the Commission as the Commission may, from time to time, direct in the exercise of its jurisdiction. SCE's tariffs, including Rules 2 and 21 can be accessed via the SCE website at www.sce.com/regulatory.  Upon request, SCE can provide copies to Producer of Rules 2 and 21.)

EXHIBIT 5    PAGE 54

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

---

**APPENDIX C**

Additional Terms and Conditions for Projects Requiring
Interconnection Facilities and/or Upgrades to SCE's Distribution and/or Transmission System

EXHIBIT 5     PAGE 55

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

---

**Section 1.  Cost Responsibility for Interconnection Facilities and Distribution Upgrades**

**1.1    Interconnection Facilities**

    1.1.1    The Producer shall pay for the cost of the Interconnection Facilities itemized in Appendix C-1 below and as provided, where applicable, in the Facilities Financing and Ownership Agreement ("FFOA") incorporated as Appendix D below.  SCE shall provide a best estimate cost, including a cost estimate pursuant to the Cost Envelope Option provisions of Rule 21, Section F.7, as applicable, including overheads and any applicable Income Tax Component of Contribution (ITCC), for the purchase and construction of its Interconnection Facilities and provide a detailed itemization of such costs.  Costs associated with Interconnection Facilities may be shared with other entities that may benefit from such facilities by agreement of the Producer, such other entities, and SCE.  Customers who elected the Cost Envelope Option will be subject to the provisions of Rule 21, Section F.7, as applicable, for the determination of actual costs.

    1.1.2    The Producer shall be responsible for its share of all reasonable expenses, including overheads and any applicable ITCC, associated with (1) owning, operating, maintaining, repairing, and replacing its own Interconnection Facilities, and (2) operating, maintaining, repairing, and replacing SCE's Interconnection Facilities.

**1.2    Distribution Upgrades**

    1.2.1    No portion of this Section 1.2 shall apply unless the interconnection of the Generating Facility requires Distribution Upgrades.

    1.2.2    SCE shall design, procure, construct, install, and own the Distribution Upgrades described in Appendix C-2 below and as provided, where applicable, in the FFOA incorporated as Appendix D below.  If SCE and the Producer agree, the Producer may construct Distribution Upgrades that are located on land owned by the Producer.  The actual cost of the Distribution Upgrades, including overheads and any applicable ITCC, shall be directly assigned to the Producer.  Customers who elected the Cost Envelope Option will be subject to the provisions of Rule 21, Section F.7, as applicable, for the determination of actual costs.

**Section 2.  Cost Responsibility for Network Upgrades**

**2.1    Applicability**

No portion of this Section 2 shall apply unless the interconnection of the Generating Facility requires Network Upgrades.

**2.2    Network Upgrades**

SCE shall design, procure, construct, install, and own the Network Upgrades described in Appendix C-2 below and as provided, where applicable, in the FFOA incorporated as Appendix D below.  If SCE and the Producer agree, the Producer may construct Network Upgrades that are located on land owned by the Producer.  Unless SCE elects to pay for Network Upgrades, the actual cost of the Network Upgrades, including overheads, shall be borne by the Producer unless Section 2.2.1 directs otherwise.

**2.2.1    Repayment of Amounts Advanced for Network Upgrades**

To the extent that the CAISO Tariff, currently Section 14.3.2 of Appendix DD, provides for cash repayment to interconnection customers for contribution to the cost of Network Upgrades, the Producer shall be entitled to a cash repayment, equal to the total amount paid to SCE and Affected System operator, if any, for Network Upgrades, including any tax gross-up or other tax-related payments associated with the Network Upgrades, and not otherwise refunded to the Producer, to be paid to the Producer on a dollar-for-dollar basis for the non-usage sensitive portion of transmission charges, as payments are made under SCE's tariff and Affected System's tariff for transmission services with respect to the Generating Facility.

---

EXHIBIT 5    PAGE 56

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

Any repayment shall include interest calculated in accordance with the methodology set forth in FERC's regulations at 18 C.F.R. §35.19a(a)(2)(iii) from the date of any payment for Network Upgrades through the date on which the Customer receives a repayment of such payment pursuant to this subparagraph.  The Producer may assign such repayment rights to any person. To the extent that the CAISO Tariff does not provide for cash repayment to interconnection customers for contribution to the cost of Network Upgrades, Producer is not entitled to a cash repayment for amounts paid to SCE and Affected System operator for Network Upgrades, and no cash repayment shall be made pursuant to this Agreement.

2.2.1.1    If the Producer is entitled to a cash repayment pursuant to Section 2.2.1, the Producer, SCE, and any applicable Affected System operators may adopt any alternative payment schedule that is mutually agreeable so long as SCE and said Affected System operators take one of the following actions no later than five years from the Commercial Operation Date:  (1) return to the Producer any amounts advanced for Network Upgrades not previously repaid, or (2) declare in writing that SCE or any applicable Affected System operators will continue to provide payments to the Producer on a dollar-for-dollar basis for the non-usage sensitive portion of transmission charges, or develop an alternative schedule that is mutually agreeable and provides for the return of all amounts advanced for Network Upgrades not previously repaid; however, full reimbursement shall not extend beyond twenty (20) years from the Commercial Operation Date.

2.2.1.2    If the Generating Facility fails to achieve commercial operation, but it or another generating facility is later constructed and requires use of the Network Upgrades, SCE and Affected System operator shall at that time reimburse the Producer for the amounts advanced for the Network Upgrades if the Producer is entitled to a cash repayment pursuant to Section 2.2.1.  Before any such reimbursement can occur, the Producer, or the entity that ultimately constructs the generating facility, if different, is responsible for identifying the entity to which reimbursement must be made.

**2.3    Rights Under Other Agreements**

Notwithstanding any other provision of this Agreement, nothing herein shall be construed as relinquishing or foreclosing any rights, including but not limited to firm transmission rights, capacity rights, transmission congestion rights, or transmission credits, that the Producer shall be entitled to, now or in the future, under any other agreement or tariff as a result of, or otherwise associated with, the transmission capacity, if any, created by the Network Upgrades, including the right to obtain cash reimbursements or transmission credits for transmission service that is not associated with the Generating Facility.

**Section 3.  Billing, Payment, Milestones, and Financial Security**

**3.1    Billing and Payment Procedures**

SCE shall bill the Producer for the design, engineering, construction, and procurement costs, including any applicable ITCC and/or other taxes, of Interconnection Facilities and Distribution and/or Network Upgrades contemplated by this Agreement pursuant to the FFOA, or as otherwise agreed by the Parties.

EXHIBIT 5    PAGE 57

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

---

**3.2     Milestones**

The Parties shall agree on milestones for which each Party is responsible and list them in Appendix C-3 below.  A Party's obligations under this provision may be extended by agreement.  If a Party anticipates that it will be unable to meet a milestone for any reason other than a Uncontrollable Force Event, it shall immediately notify the other Party of the reason(s) for not meeting the milestone and (1) propose the earliest reasonable alternate date by which it can attain this and future milestones, and (2) requesting appropriate amendments to Appendix C-3 below.  The Party affected by the failure to meet a milestone shall not unreasonably withhold agreement to such an amendment unless it will suffer significant uncompensated economic or operational harm from the delay, (2) attainment of the same milestone has previously been delayed, or (3) it has reason to believe that the delay in meeting the milestone is intentional or unwarranted notwithstanding the circumstances explained by the Party proposing the amendment.

**3.3     Financial Security Arrangements**

At least 20 Business Days prior to the commencement of the design, procurement, installation, or construction of a discrete portion of SCE's Interconnection Facilities and Distribution and/or Network Upgrades, the Producer shall provide SCE, at the Producer's option, a guarantee, a surety bond, letter of credit or other form of security that is reasonably acceptable to SCE and is consistent with the Uniform Commercial Code of the jurisdiction where the Point of Interconnection is located.  Such security for payment shall be in an amount sufficient to cover the costs for constructing, designing, procuring, and installing the applicable portion of the SCE's Interconnection Facilities and Distribution and/or Network Upgrades and shall be reduced on a dollar-for-dollar basis for payments made to SCE under this Agreement during its term.  In addition:

3.3.1    The guarantee must be made by an entity that meets the creditworthiness requirements of SCE, and contain terms and conditions that guarantee payment of any amount that may be due from the Producer, up to an agreed-to maximum amount.

3.3.2    The letter of credit or surety bond must be issued by a financial institution or insurer reasonably acceptable to SCE and must specify a reasonable expiration date.

**Section 4.  Taxes**

**4.1     Applicable Tax Laws and Regulation**

The Parties agree to follow all applicable tax laws and regulations, consistent with Commission policy and Internal Revenue Service requirements.

**4.2     Maintenance of Tax Status**

Each Party shall cooperate with the other to maintain the other Party's tax status.  Nothing in this Agreement is intended to adversely affect SCE's tax exempt status with respect to the issuance of bonds including, but not limited to, local furnishing bonds.

**Section 5.  Environmental Releases**

Each Party shall notify the other Party, first orally and then in writing, of the release of any hazardous substances, any asbestos or lead abatement activities, or any type of remediation activities related to the Generating Facility or the Interconnection Facilities, each of which may reasonably be expected to affect the other Party.  The notifying Party shall (1) provide the notice as soon as practicable, provided such Party makes a good faith effort to provide the notice no later than 24 hours after such Party becomes aware of the occurrence, and (2) promptly furnish to the other Party copies of any publicly available reports filed with any governmental authorities addressing such events.

---

EXHIBIT 5    PAGE 58

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

**Section 6.  Subcontractors**

Nothing in this Agreement shall prevent a Party from utilizing the services of any subcontractor as it deems appropriate to perform its obligations under this Agreement; provided, however, that each Party shall require its subcontractors to comply with all applicable terms and conditions of this Agreement in providing such services and each Party shall remain primarily liable to the other Party for the performance of such subcontractor.

6.1    The creation of any subcontract relationship shall not relieve the hiring Party of any of its obligations under this Agreement.  The hiring Party shall be fully responsible to the other Party for the acts or omissions of any subcontractor the hiring Party hires as if no subcontract had been made; provided, however, that in no event shall SCE be liable for the actions or inactions of the Producer or its subcontractors with respect to obligations of the Producer under this Agreement.  Any applicable obligation imposed by this Agreement upon the hiring Party shall be equally binding upon, and shall be construed as having application to, any subcontractor of such Party.

6.2    The obligations under this article will not be limited in any way by any limitation of subcontractor's insurance.

**Section 7. Billing and Payment**

Billings and payments shall be sent to the addresses set out below:

Producer: _____

Attention: _____

Address: _____

City: _____ State:_____ Zip:_____

SCE: _____

Attention: _____

Address: _____

City: _____ State:_____ Zip:_____

EXHIBIT 5    PAGE 59

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

---

**Appendix C-1**

**Description and Costs of the Generating Facility,
Interconnection Facilities, and Metering Equipment**

Equipment, including the Generating Facility, Interconnection Facilities, and metering equipment, shall be itemized and identified as being owned by the Producer or SCE.  SCE will provide a best estimate itemized cost, including a cost estimate pursuant to the Cost Envelope Option provisions of Rule 21, Section F.7, if applicable, including overheads and any applicable ITCC, of its Interconnection Facilities and metering equipment, and a best estimate itemized cost of the annual operation and maintenance expenses associated with its Interconnection Facilities and metering equipment.

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

**Appendix C-2**

**Description of Distribution and/or Network Upgrades and Cost Responsibility**

SCE shall describe the Distribution and/or Network Upgrades and provide an itemized best estimate of the cost, including a cost estimate pursuant to the Cost Envelope Option provisions of Rule 21, Section F.7, if applicable, including overheads and any applicable ITCC, of the Distribution and/or Network Upgrades and annual operation and maintenance expenses associated with such Distribution and/or Network Upgrades.  SCE shall functionalize the upgrade costs and annual expenses as either transmission or distribution related.

EXHIBIT 5    PAGE 61

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

**Appendix C-3**

**Milestones**

In-Service Date:_____

Critical milestones and responsibility as agreed to by the Parties:

|  | Milestone/Date | Responsible Party |
|---|---|---|
| (1) | _____ | _____ |
| (2) | _____ | _____ |
| (3) | _____ | _____ |
| (4) | _____ | _____ |
| (5) | _____ | _____ |
| (6) | _____ | _____ |
| (7) | _____ | _____ |
| (8) | _____ | _____ |
| (9) | _____ | _____ |
| (10) | _____ | _____ |

Agreed to by:

For SCE: _____    Date: _____

For the Producer: _____    Date: _____

14-972
061/2021

21

EXHIBIT 5     PAGE 62

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

**APPENDIX D**
(If Applicable)

**FACILITIES FINANCING AND OWNERSHIP AGREEMENT**
(Provided by SCE)

EXHIBIT 5    PAGE 63

GENERATING FACILITY INTERCONNECTION AGREEMENT
Multiple Tariffs

---

**APPENDIX E**
(When Applicable)

**PRODUCER'S WARRANTY THAT THE GENERATING FACILITY IS A "COGENERATION"
FACILITY PURSUANT TO SECTION 216.6 OF THE CALIFORNIA PUBLIC UTILITIES CODE**

For the purpose of securing the Competition Transition Charge exemption available under Section 372 of the California Public Utilities Code, Producer hereby declares that the Generating Facility meets the requirements for "Cogeneration" as such term is used in Section 216.6 of the California Public Utilities Code ("Cogeneration Requirements").

Producer warrants that, beginning on the date of Parallel Operation and continuing throughout the term of this Agreement, its Generating Facility shall continue to meet the Cogeneration Requirements.  If Producer becomes aware that the Generating Facility has ceased to meet the Cogeneration Requirements, Producer shall promptly provide SCE with Notice of such change pursuant to Section 9.1 of the Agreement.  If at any time during the term of this Agreement SCE determines in its sole discretion that Producer's Generating Facility may no longer meet the Cogeneration Requirements, SCE may require Producer to provide evidence that the Generating Facility continues to meet the Cogeneration Requirements, within 15 business days of SCE's request for such evidence.  Additionally, SCE may periodically (typically, once per year) inspect Producer's Generating Facility and/or require documentation from Producer to monitor the Generating Facility's compliance with the Cogeneration Requirements.  If SCE determines in its sole judgment that Producer either failed to provide evidence in a timely manner or that it provided insufficient evidence that its Generating Facility continues to meet the Cogeneration Requirements, then the Cogeneration status of the Generating Facility shall be deemed ineffective until such time as Producer again demonstrates to SCE's reasonable satisfaction that the Generating Facility meets the requirements for a Cogeneration facility (the "Cogeneration Status Change").

SCE shall revise its records and the administration of this Agreement to reflect the Cogeneration Status Change and provide Notice to Producer of the Cogeneration Status Change pursuant to Section 9.1 of this Agreement.  Such Notice shall specify the effective date of the Cogeneration Status Change.  This date shall be the first day of the calendar year for which SCE determines in its sole discretion that the Generating Facility first ceased to meet the Cogeneration Requirements. SCE shall invoice the Producer's Electric Service Account through which the Generating Facility is Interconnected with SCE's Distribution System for Competition Transition Charges ("CTCs") that were not previously billed during the period between the effective date of the Cogeneration Status Change and the date of the Notice in reliance upon Producer's representations that the Generating Facility complied with the Cogeneration Requirements and therefore was eligible for the exemption from CTCs available under Section 372 of the California Public Utilities Code.

Any amounts to be paid or refunded by Producer, as may be invoiced by SCE pursuant to the terms of this warranty, shall be paid to SCE within 30 days of Producer's receipt of such invoice.

---

EXHIBIT 5     PAGE 64

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

**APPENDIX F**
(If Applicable)

**LIST OF ELIGIBLE ACCOUNTS
TO BE INCLUDED IN NET ENERGY METERING CALCULATIONS
PURSUANT TO SCHEDULE BG-NEM OR FC-NEM**

*(Please provide a copy of a recent billing statements for each of the accounts (if any) to be included in this listing.  Indicate the priority order you wish SCE to use in applying surplus energy credits.)*

| Account Priority[1] | Account Name[2] | Service Address[2] | SCE Service Account Number[2] | SCE Meter Number[2] | SCE TOU Tariff Schedule[2] |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

Notes:
1.  Account Priority: See Load Aggregation provisions of Schedule BG-NEM or FC-NEM.  Accounts are listed in priority designated by Producer to receive excess generation credits.  The "Host Account," described on page 1 of this agreement, should not be included in this listing.
2.  Account information as shown on SCE billing statement.

EXHIBIT 5    PAGE 65

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

**APPENDIX G**
(If Applicable)

**LIST OF ELIGIBLE ACCOUNTS**
**TO BE INCLUDED IN NET ENERGY METERING AGGREGATION CALCULATIONS**
**PURSUANT TO SCHEDULES NEM AND NEM-ST**

| Primary/Generating Account Name[1] | Service Account No. | Account Address | Annual kWh Load[2] | Estimated Annual kWh Production[3] | Bundled, DA or CCA Service[4] | |
|---|---|---|---|---|---|---|
| | | | | | | (T) |

| Aggregated Account Name | Service Account No. | Account Address | Annual kWh Load[5] | Bundled, DA or CCA Service[4] | |
|---|---|---|---|---|---|
| 1. | | | | | (T) |
| 2. | | | | | (T) |
| 3. | | | | | (T) |
| 4. | | | | | (T) |
| 5. | | | | | (T) |
| 6. | | | | | (T) |
| 7. | | | | | (T) |
| 8. | | | | | (T) |
| 9. | | | | | (T) |
| 10. | | | | | (T) |
| | | | | | |
| Please attach additional sheets with aggregated account information, if necessary. | | | | | |

14-972
061/2021

25

EXHIBIT 5    PAGE 66

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

---

**APPENDIX H**
(If Applicable)

**PRODUCER WARRANTY AND VERIFIED EQUIPMENT REQUIREMENTS APPLICABLE TO GENERATING FACILITIES REQUESTING INTERCONNECTION PURSUANT TO THE PROVISIONS OF THE NEM SUCCESSOR TARIFFS (i.e., SCHEDULE NEM-ST)**

For Producers interconnecting a Generating Facility under the provisions of Schedule NEM-ST, the Generating Facility must have a warranty of at least 10 years for all equipment and the associated installation from the system provider.  In appropriate circumstances conforming to industry practice, this requirement may rely on and be satisfied by manufacturers' warranties for equipment and separate contractors' warranties for workmanship (i.e., installation).  Warranties or service agreements conforming to requirements applicable to the Self-Generation Incentive Program (SGIP) may also be used for technologies eligible for the SGIP.

For Producers interconnecting a solar Generating Facility under the provisions of Schedule NEM-ST, all major solar system components (including PV panels and other generation equipment, inverters and meters) must be on the verified equipment list maintained by the California Energy Commission ("CEC").  For all NEM-ST Generating Facilities, any other equipment, as determined by SCE, must be verified as having safety certification from a Nationally Recognized Testing Laboratory ("NRTL").

EXHIBIT 5    PAGE 67

**GENERATING FACILITY INTERCONNECTION AGREEMENT**
Multiple Tariffs

---

**APPENDIX I**
(If Applicable)

**PRODUCER'S WARRANTY THAT IT MEETS THE REQUIREMENTS FOR AN ELIGIBLE FUEL
CELL CUSTOMER-GENERATOR AND THE GENERATING FACILITY IS
AN ELIGIBLE FUEL CELL ELECTRICAL GENERATING FACILITY
PURSUANT TO SECTION 2827.10 OF THE CALIFORNIA PUBLIC UTILITIES CODE**

Producer has declared that it meets the requirements for an Eligible Fuel Cell customer-generator and the Generating Facility <u>meets</u> the requirements of an "Eligible Fuel Cell Electrical Generating Facility", as defined section 2827.10 of the California Public Utilities Code ("Eligibility Requirements").[1]

Producer warrants that, beginning on the date of Initial Operation and continuing throughout the term of this Agreement, Producer and the Generating Facility shall continue to meet the Eligibility Requirements. If Producer or the Generating Facility ceases to meet the Eligibility Requirements, Producer shall promptly provide SCE with Notice of such change pursuant to Section 9.1 of this Agreement. If, at any time during the term of this Agreement, SCE determines, in its sole discretion, that Producer or Generating Facility may no longer meet the Eligibility Requirements, SCE may require Producer to provide evidence that Producer and/or the Generating Facility continues to meet the Eligibility Requirements, within 15 business days of SCE's request for such evidence. Additionally, SCE may periodically (typically, once per year) inspect Producer's Generating Facility and/or require documentation from Producer to monitor the Generating Facility's compliance with the Eligibility Requirements. If SCE determines in its sole judgment that Producer either failed to provide evidence in a timely manner or that it provided insufficient evidence that its Generating Facility continues to meet the Eligibility Requirements, then the Eligibility Status shall be deemed ineffective until such time as Producer again demonstrates to SCE's reasonable satisfaction that Producer meets the requirements for an Eligible Fuel Cell customer–generator and/or the Generating Facility meets the requirements for a Eligible Fuel Cell electrical generating facility (the "Eligibility Status Change"). SCE shall revise its records and the administration of this Agreement to reflect the Eligibility Status Change and provide Notice to Producer of the Eligibility Status Change pursuant to Section 9.1 of this Agreement. Such Notice shall specify the effective date of the Eligibility Status Change. This date shall be the first day of the calendar year for which SCE determines in its sole discretion that the Producer or Generating Facility first ceased to meet the Eligibility Requirements. SCE shall invoice the Producer for any tariff charges that were not previously billed during the period between the effective date of the Eligibility Status Change and the date of the Notice in reliance upon Producer's representations that Producer and/or the Generating Facility complied with the Eligibility Requirements and therefore was eligible for the rate treatment available under the Net Energy Metering provisions of SCE's Schedule FC-NEM, Fuel Cell Net Energy Metering.

Any amounts to be paid or refunded by Producer, as may be invoiced by SCE pursuant to the terms of this warranty, shall be paid to SCE within 30 days of Producer's receipt of such invoice.

---

[1] Pursuant to Special Condition 9 of Schedule FC-NEM, Producers who submit all documentation necessary to receive service on Schedule FC-NEM, including the final electrical inspection clearance, after January 1, 2017 but before the California Air Resources Board (CARB) establishes, and the Commission approves as needed, the schedule of annual greenhouse gas (GHG) emissions reduction standards pursuant to Assembly Bill 1637 (Low, 2016) may be subject to the repayment of any interconnection costs, Departing Load charges, Standby charges, and the loss of NEM credits if their Generating Facilities do not meet the standards, once established (expected to be no later than March 31, 2017).

14-972
061/2021

27

EXHIBIT 5    PAGE 68

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>DEBTOR'S SUPPLEMENT TO MOTION FOR AUTHORITY TO ASSUME AND ASSIGN NEM CONTRACTS PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE; DECLARATION OF ANDREW RUIZ IN SUPPORT THEREOF</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>May 17, 2022</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>May 17, 2022</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

Securities and Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, CA 90071

River City Bank
2485 Natomas Park Drvie
Riverside, CA 95833-2975

Southern California Edison
Energy Contract Management
2244 Walnut Grove Ave.
Rosemead, CA 91770-3714

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>May 17, 2022</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>SERVED BY OVERNIGHT MAIL</u>
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/17/2022 | Gloria Estrada | *Gloria Estrada* |
|-----------|----------------|------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Ryan W Beall rbeall@lwgfllp.com,
vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com
Abram Feuerstein abram.s.feuerstein@usdoj.gov
Beth Gaschen bgaschen@wgllp.com,
kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;ge
strada@wgllp.com
Seth Goldman seth.goldman@mto.com
David M Goodrich dgoodrich@wgllp.com,
kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
Everett L Green everett.l.green@usdoj.gov
Anna Gumport agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
Chad V Haes chaes@marshackhays.com,
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.co
m
Brian D Huben hubenb@ballardspahr.com, carolod@ballardspahr.com
Mark T Jessee jesseelaw@aol.com, marktjessee@gmail.com
Lindsey E Kress lkress@lockelord.com, hayli.holmes@lockelord.com
Peter W Lianides plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Richard A Marshack rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
Ali Matin ali.matin@usdoj.gov, carolyn.k.howland@usdoj.gov
Candace J Morey candace.morey@cpuc.ca.gov
David L. Neale dln@lnbyg.com
Valerie Bantner Peo vbantnerpeo@buchalter.com
Cameron C Ridley Cameron.Ridley@usdoj.gov
Bradley R Schneider bradley.schneider@mto.com
Jason D Strabo jstrabo@mwe.com, cgreer@mwe.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
Joseph M VanLeuven joevanleuven@dwt.com, katherinehardee@dwt.com;pdxdocket@dwt.com
Marc J Winthrop mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
Robert J Wood robert.wood@rivercitybank.com
Nahal Zarnighian zarnighiann@ballardspahr.com

**SERVED BY E-MAIL**
Jonathan Gilhen - Jonathan.Gilhen@powerex.com
Jay Ratzlaff - jay.ratzlaff@powerex.com

**SERVED BY UNITED STATES MAIL**:
(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

River City Bank
c/o Boutin Jones Inc.
Thomas G. Mouzes
Mark Gorton
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

ACES
4140 West 99th Street
Carmel, IN 46032-7731

Barclays Bank PLC
Attn: Kelly McDonald

745 Seventh Avenue
New York, NY 10019-6801

California Independent System Operator Corpo
California ISO, attn: Dan Shonkwiler, Es
P.O. Box 639014
Folsom, CA 95763-9014

Calpine Energy Solutions, LLC
Attn: W. Steven Bryant, Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, TX 78701-3055

Enersponse, Inc.
Attn: Emily McPhail
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663-4045

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Morgan Stanley Capital Group
Attn: Commodities Department
1585 Broadway, 3rd Floor
New York, NY 10036-8293

Nextera Energy Marketing, LLC
Attn: Mark Palanchian
700 Universe Blvd.
North Palm Beach, FL 33408-2657

Exelon Generation Company, LLC
c/o Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Best Best & Krieger LLP
3390 University Avenue, 5th Floor
Riverside, CA 92501-3369

California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102-3298

Constellation
1310 Point Street, 8th Floor
Baltimore, MD 21231-3380

Elk Hills Power, LLC
Valerie Bantner Peo, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105

Exelon Generation Company, LLC
1310 Point Street
8th Floor
Baltimore, MD 21231-3380

NRG Power Marketing LLC
Attn: Joseph A. Holtman
804 Cernegie Center
Princeton, NJ 08540-6023

OhmConnect, Inc.
Attn: Matt Duesterberg
610 16th Street, Suite M20
Oakland, CA 94612-1282

Pilot Power Group, LLC
8910 University Center Lane, Suite 520
San Diego, CA 92122-1026

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

California Dept. of Tax and Fee Administration
Collections Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA 94279-0001

Calpine Energy Solutions
Attn: Josh Brock
401 W A Street, #500
San Diego, CA 92101-7991

EES Consulting
Attn: Gary Saleba
1601 Carmen Drive, Suite 215H
Camarillo, CA 93010-3105

Endersponse, Inc.
Attn: Emily McPhail
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663-4045

Matthew Summers
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3023

NRG Power Marketing LLC
c/o ContractAdmin
804 Carnegie Center
Princeton NJ 08540-6023

OneEnergy, Inc.
Attn: Bill Eddie
2003 Western Avenue, Suite 225
Seattle, WA 98121-2178

River City Bank
2485 Natomas Park Drvie
Riverside, CA 95833-2975

Shell Energy North America (USA)
Contract North America
1000 Main Street, Level 12
Houston, TX 77002-6336

The Energry Authority, Inc.
Attn: Daren Anderson
301 W. Bay Street, Suite 2600
Jacksonville, FL 32202-5103

Western Riverside Council of Governments
3390 University Avenue Suite 200
Riverside, CA 92501-3314

PIP Printing
4093 Market Street
Riverside, CA 92501-3542

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

River City Bank
c/o Thomas G. Mouzes
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Pacific Gas and Electric Company
Attn: Ted Yuba
245 Market Street
San Francisco, CA 94105-1702

Pioneer Community Energy
804 Carnegie Ctr.
Princeton, NJ 08540-6023

Public Utilities Commission of the State of California
Public Utilities Commission
Attention: Aaron Jacobs-Smith
505 Van Ness Avenue
San Francisco, CA 94102-3214

Shell Energy North America (US), L.P.
c/o Shell Oil Company
Attn: Bankruptcy & Credit
150 N. Dairy Ashford Rd.
Houston, TX 77079-1115

The Creative Bar
Attn: Justine Lawler
38750 Sky Canyon Drive, Suite C
Murrieta, CA 92563-2564

WRCOG
3390 University Ave., Suite 200
Riverside, CA 92501-3314

PowerEx Corp., Attn: Mgr. Contracts
666 Burrard Street, Suite 1300
Vancouver, BC V6c 2X8
Canada

Powerex Corp., dba in CA as Powerex Energy
Attn: Manager, Contracts
1300 - 666 Burrard Street
Vancouver BC V6C2X8

TransAlta
110-12 Avenue SW
Calgary, Alberta T2P 2MI
Canada

TransAlta Energy Marketing (U.S.) Inc.

110 - 12 Avenue SW
Calgary, AB T2R0G7

~~Tullett Prebon Americas Corp.~~
~~32123 Lindero Canyon Road~~
~~Westlake Village, CA 91361-4204~~
MAIL RETURNED 9/2/21

~~Pilot Power Group, Inc.~~
~~Attn: Contract Administration~~
~~8910 University Center Lane, Suite~~
~~San Diego, CA 92122-1026~~
MAIL RETURNED 9/24/21

~~Pilot Power Group~~
~~AttN: Denis Vermette~~
~~8910 University Center Lane~~
~~San Diego, CA 92122-1026~~
MAIL RETURNED 03/10/21

~~Elk Hills Power~~
~~4026 Sky Line Road~~
~~PO Box 460~~
~~Tupman, CA 93276-0460~~
**RETURNED MAIL 7/12/21**

~~BP Energy Company~~
~~Attn: Rob H. Gorski~~
~~201 Helios Way~~
~~Houston, TX 77079-2678~~
MAIL RETURNED 4/19/22

~~PFM Financial Advisors, LLC~~
~~601 S. Figueroa Street~~
~~Suite 4500~~
~~Los Angeles, CA 90017-5703~~
MAIL RETURNED 05/16/22

~~Barclays Bank PLC~~
~~Attn: Cassandra Bolz~~
~~1301 6th Avenue~~
~~New York, NY 10019-6022~~
MAIL RETURNED 05/16/22

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**