United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-12821-SY |
| Western Community Energy | Chapter 9 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: May 17, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Western Community Energy, 3390 University Avenue, Suite 200, Riverside, CA 92501-3314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 19, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov  carolyn.k.howland@usdoj.gov |
| Anna Gumport | on behalf of Interested Party Request Courtesy Notification agumport@sidley.com laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com |
| Beth Gaschen | on behalf of Debtor Western Community Energy bgaschen@wgllp.com kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com |
| Bradley R Schneider | on behalf of Creditor Southern California Edison bradley.schneider@mto.com |

Case 6:21-bk-12821-SY    Doc 295    Filed 05/19/22    Entered 05/19/22 21:16:18    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Bradley R Schneider
        on behalf of Defendant Southern California Edison Company bradley.schneider@mto.com

Brian D Huben
        on behalf of Creditor Exelon Generation Company LLC hubenb@ballardspahr.com, carolod@ballardspahr.com

Cameron C Ridley
        on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov

Candace J Morey
        on behalf of Creditor California Public Utilities Commission candace.morey@cpuc.ca.gov

Chad V Haes
        on behalf of Interested Party Courtesy NEF chaes@marshackhays.com
        chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

Chad V Haes
        on behalf of Interested Party Interested Party chaes@marshackhays.com
        chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

David L. Neale
        on behalf of Interested Party California Independent System Operator dln@lnbyg.com

David M Goodrich
        on behalf of Plaintiff Western Community Energy dgoodrich@wgllp.com
        kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich
        on behalf of Debtor Western Community Energy dgoodrich@wgllp.com
        kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich
        on behalf of Defendant Western Community Energy dgoodrich@wgllp.com
        kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com

Everett L Green
        on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Jason D Strabo
        on behalf of Interested Party Barclays Bank PLC jstrabo@mwe.com cgreer@mwe.com

Jason D Strabo
        on behalf of Plaintiff Barclays Bank PLC jstrabo@mwe.com cgreer@mwe.com

Joseph M VanLeuven
        on behalf of Interested Party Courtesy NEF joevanleuven@dwt.com katherinehardee@dwt.com;pdxdocket@dwt.com

Lindsey E Kress
        on behalf of Creditor Calpine Energy Solutions LLC lkress@lockelord.com, hayli.holmes@lockelord.com

Marc J Winthrop
        on behalf of Creditor Pilot Power Group LLC mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

Mark T Jessee
        on behalf of Interested Party Courtesy NEF jesseelaw@aol.com marktjessee@gmail.com

Nahal Zarnighian
        on behalf of Creditor Exelon Generation Company LLC zarnighiann@ballardspahr.com

Peter W Lianides
        on behalf of Creditor Pilot Power Group LLC plianides@wghlawyers.com,
        jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard A Marshack
        on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
        lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com

Robert J Wood
        on behalf of Creditor River City Bank robert.wood@rivercitybank.com

Ryan W Beall
        on behalf of Debtor Western Community Energy rbeall@lwgfllp.com
        vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com

Seth Goldman
        on behalf of Defendant Southern California Edison Company seth.goldman@mto.com

Seth Goldman
        on behalf of Creditor Southern California Edison seth.goldman@mto.com

United States Trustee (RS)
        ustpregion16.rs.ecf@usdoj.gov

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: May 17, 2022 | Form ID: pdf042 | Total Noticed: 1

Valerie Bantner Peo         on behalf of Interested Party Request Courtesy Notification vbantnerpeo@buchalter.com

TOTAL: 31

WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel for Debtor Western Community Energy

**FILED & ENTERED**

**MAY 17 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **ORDER GRANTING MOTION FOR ENTRY OF AN ORDER: (1) APPROVING DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; (2) AUTHORIZING THE SOLICITATION OF VOTES ON THE PLAN FOR THE ADJUSTMENT OF DEBTS OF WESTERN COMMUNITY ENERGY; AND (3) SETTING CERTAIN CONFIRMATION PROCEDURES** |
| | Disclosure Statement Hearing<br>Date:   May 12, 2022<br>Time:   1:30 p.m.<br>Ctrm:   302 |
| | Plan Confirmation Hearing<br>Date:   July 14, 2022<br>Time:   1:30 p.m.<br>Ctrm:   302 |

On May 12, 2022 at 1:30 p.m. a hearing was held in the above-captioned court on Western

Community Energy's (the "Debtor") *Motion for Entry of Order: (1) Approving Disclosure*

*Statement with Respect to the Plan for the Adjustment of Debts of Western Community Energy, (2) Authorizing the Solicitation of Votes on the Plan for the Adjustment of Debts of Western Community Energy, and (3) Setting Certain Confirmation Procedures* ("Motion") [Dkt. 258] relating to the Debtor's *First Amended Disclosure Statement with Respect to the First Amended Plan for the Adjustment of Debts of Western Community Energy* ("Disclosure Statement") [Dkt. 283]. It having been determined after due and proper notice and an opportunity for a hearing that the Disclosure Statement contains adequate information as required by 11 U.S.C. § 1125, as incorporated by 11 U.S.C. § 901, and there being no objections and good cause appearing,

IT IS ORDERED that:

1. The Disclosure Statement is approved, subject to the Debtor correcting the titles of the Disclosure Statement and the *First Amended Plan* (the "Plan") filed on May 5, 2022 [Dkt. 282] (the "Plan") to state the dates of filing of the Disclosure Statement and the Plan in addition to "first amended."

2. On or before May 19, 2022, the Disclosure Statement, the Plan, and the ballots shall be served on (1) all known creditors who have timely filed a proof of claim in this case or who are listed in the Debtor's Amended List of Creditors, (b) all parties to any executory contracts and unexpired leases with the Debtor, except for any former net metering customers of the Debtor, (c) all parties who have requested special notice, and (d) the Office of the United States Trustee. If a party is or may be entitled to vote on the Plan, then an appropriate form of ballot for the Plan and a pre-addressed postage prepaid return envelope shall be served on the party.

3. June 16, 2022 is the last day for receipt by the Weiland Golden Goodrich, the balloting agent ("Balloting Agent") of all ballots. In order for the ballots to be counted, all ballots must be received no later than 4:00 p.m. prevailing Pacific Time on June 16, 2022 at the following address:

Kelly Adele
Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626

*Questions may be sent via email to kadele@wgllp.com

4. A ballot tabulation showing the acceptances and rejections for impaired classes, in number and dollar amounts, shall be filed by the Balloting Agent no later than June 23, 2022.

5. June 16, 2022 is the last day for filing, serving, and receipt of written objections to confirmation of the Plan.

6. The Debtor shall file a confirmation brief by June 23, 2022.

7. June 30, 2022 is the last day for filing a response to the Debtor's confirmation brief.

8. July 7, 2022 is the last day for the filing, serving, and receipt of a reply brief in response to any response to the Debtor's confirmation brief.

9. A hearing on the confirmation of the Plan is set for July 14, 2022 at 1:30 p.m. at 3420 12th St., Riverside, California, Courtroom 302.

###

Date: May 17, 2022

Scott H. Yun
United States Bankruptcy Judge