**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

Thursday, May 26, 2022 — Hearing Room **302**

**1:30 PM**

**6:21-12821**  Western Community Energy — **Chapter 9**

Telephonic Hearing

**#4.00**  CONT'D Debtors Motion for Authority to Assume and Assign NEM Contracts Pursuant to Section 365 of the Bankruptcy Code

FR. 5/12/22

Chad V Haes to appear by telephone (949)333-7777 - The Cities
Jonathan Gilhen to appear by telephone (604)891-5063 - Powerex

Docket    267

**Matter Notes:** ✓

GRANTED: ✓    DENIED: _____

CONT'D. TO: _____

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: _____

Order Lodged by: _D. Goodrich_

**Tentative Ruling:**

GRANT.

APPEARANCES WAIVED. No opposition has been filed. If written or oral opposition is presented at the hearing, the hearing may be continued. Movant to lodge an order within 7 days.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, May 26, 2022**

| | |
|---|---|
| **1:30 PM** | **Hearing Room  302** |
| **CONT...**  Western Community Energy | |
| | *Chapter 9* |

## Party Information

**Debtor(s):**

Western Community Energy          Represented By
                                  David M Goodrich
                                  Beth Gaschen
                                  Ryan W Beall

**Movant(s):**

Western Community Energy          Represented By
                                  David M Goodrich
                                  Beth Gaschen
                                  Ryan W Beall