WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy

FILED & ENTERED

JUN 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WESTERN COMMUNITY ENERGY,<br><br>　　　　　　　Debtor. | Case No. 6:21-bk-12821-SY<br><br>Chapter 9<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO ASSUME AND ASSIGN NEM CONTRACTS UNDER SECTION 365 OF THE BANKRUPTCY CODE**<br><br>Hearing:<br>Date:　　May 26, 2022<br>Time:　　1:30 p.m.<br>Place:　　3420 Twelfth Street<br>　　　　　Courtroom 302<br>　　　　　Riverside, CA 92501 |

　　　　On May 26, 2022 at 1:30 p.m. a hearing was held on the *Debtor's Motion for Authority to Assume and Assign NEM Contracts Pursuant to Section 365 of the Bankruptcy Code* [Dkt. No. 267] ("Motion")[1] filed by Western Community Energy ("Debtor"), debtor in the above-captioned chapter 9 bankruptcy case.  Appearances were as noted on the record.  The court having reviewed the Motion, the notice of the Motion, the supplement to the Motion filed on May 17, 2022 [Dkt. No. 293], all judicially noticeable facts and all evidence submitted in support of the Motion, the related pleadings, and the

---

[1] Capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

arguments of counsel at the hearing on the Motion, and finding service proper, including the cure notice served on NEM customers, and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted;

2. The Debtor is authorized to assume the NEM Contracts;

3. The Debtor is authorized to assign the NEM Contracts to Southern California Edison Company ("SCE");

4. The notice of the Motion was appropriate in the particular circumstances and no further notice of the Motion is needed;

5. The Debtor is responsible for all Cure Amounts necessary under 11. U.S.C. § 365(b) to cure defaults or otherwise perform any obligations, in each case, arising under the NEM Contracts before the date of this order, which Cure Amounts shall be paid by the Debtor to SCE to be distributed to NEM Contract counterparties;

6. The Cure Amount for each NEM Contract is the amount provided in the letter accompanying the notice of hearing on the Motion that was served on each NEM Contract counterparty;

7. The notice of the Cure Amounts was appropriate in the particular circumstances and no further notice of the Cure Amounts is needed; and

8. SCE shall have no liability for the Cure Amounts other than distribution of the Cure Amounts to the NEM Contract counterparties in the manner described in the Motion.

###

Date: June 8, 2022

Scott H. Yun
United States Bankruptcy Judge