United States Bankruptcy Court

Central District of California

In re:                                                                                                                           Case No. 21-12821-SY

Western Community Energy                                                                                  Chapter 9

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6        User: admin        Page 1 of 3

Date Rcvd: Jun 08, 2022        Form ID: pdf042        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Western Community Energy, 3390 University Avenue, Suite 200, Riverside, CA 92501-3314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov  carolyn.k.howland@usdoj.gov |
| Anna Gumport | on behalf of Interested Party Request Courtesy Notification agumport@sidley.com laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com |
| Beth Gaschen | on behalf of Debtor Western Community Energy bgaschen@wgllp.com kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com |
| Bradley R Schneider | on behalf of Creditor Southern California Edison bradley.schneider@mto.com |

Case 6:21-bk-12821-SY   Doc 298   Filed 06/10/22   Entered 06/10/22 21:13:18   Desc
Imaged Certificate of Notice   Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Bradley R Schneider
    on behalf of Defendant Southern California Edison Company bradley.schneider@mto.com

Brian D Huben
    on behalf of Creditor Exelon Generation Company  LLC hubenb@ballardspahr.com, carolod@ballardspahr.com

Cameron C Ridley
    on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov

Candace J Morey
    on behalf of Creditor California Public Utilities Commission candace.morey@cpuc.ca.gov

Chad V Haes
    on behalf of Interested Party Courtesy NEF chaes@marshackhays.com
    chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

Chad V Haes
    on behalf of Interested Party Interested Party chaes@marshackhays.com
    chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

David L. Neale
    on behalf of Interested Party California Independent System Operator dln@lnbyg.com

David M Goodrich
    on behalf of Plaintiff Western Community Energy dgoodrich@wgllp.com
    kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich
    on behalf of Debtor Western Community Energy dgoodrich@wgllp.com
    kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com

David M Goodrich
    on behalf of Defendant Western Community Energy dgoodrich@wgllp.com
    kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com

Everett L Green
    on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Jason D Strabo
    on behalf of Interested Party Barclays Bank PLC jstrabo@mwe.com  cgreer@mwe.com

Jason D Strabo
    on behalf of Plaintiff Barclays Bank PLC jstrabo@mwe.com  cgreer@mwe.com

Joseph M VanLeuven
    on behalf of Interested Party Courtesy NEF joevanleuven@dwt.com  katherinehardee@dwt.com;pdxdocket@dwt.com

Lindsey E Kress
    on behalf of Creditor Calpine Energy Solutions  LLC lkress@lockelord.com, hayli.holmes@lockelord.com

Marc J Winthrop
    on behalf of Creditor Pilot Power Group  LLC mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

Mark T Jessee
    on behalf of Interested Party Courtesy NEF jesseelaw@aol.com  marktjessee@gmail.com

Nahal Zarnighian
    on behalf of Creditor Exelon Generation Company  LLC zarnighiann@ballardspahr.com

Peter W Lianides
    on behalf of Creditor Pilot Power Group  LLC plianides@wghlawyers.com,
    jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard A Marshack
    on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
    lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com

Robert J Wood
    on behalf of Creditor River City Bank robert.wood@rivercitybank.com

Ryan W Beall
    on behalf of Debtor Western Community Energy rbeall@lwgfllp.com
    vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com

Seth Goldman
    on behalf of Defendant Southern California Edison Company seth.goldman@mto.com

Seth Goldman
    on behalf of Creditor Southern California Edison seth.goldman@mto.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

District/off: 0973-6 User: admin Page 3 of 3
Date Rcvd: Jun 08, 2022 Form ID: pdf042 Total Noticed: 1

Valerie Bantner Peo
                        on behalf of Interested Party Request Courtesy Notification vbantnerpeo@buchalter.com

TOTAL: 31

WEILAND GOLDEN GOODRICH LLP
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Debtor
Western Community Energy



**FILED & ENTERED**

**JUN 08 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re | Case No. 6:21-bk-12821-SY |
| WESTERN COMMUNITY ENERGY, | Chapter 9 |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO ASSUME AND ASSIGN NEM CONTRACTS UNDER SECTION 365 OF THE BANKRUPTCY CODE** |
| | Hearing: |
| | Date:    May 26, 2022 |
| | Time:    1:30 p.m. |
| | Place:   3420 Twelfth Street |
| |          Courtroom 302 |
| |          Riverside, CA 92501 |

On May 26, 2022 at 1:30 p.m. a hearing was held on the *Debtor's Motion for Authority to Assume and Assign NEM Contracts Pursuant to Section 365 of the Bankruptcy Code* [Dkt. No. 267] ("Motion")[1] filed by Western Community Energy ("Debtor"), debtor in the above-captioned chapter 9 bankruptcy case. Appearances were as noted on the record. The court having reviewed the Motion, the notice of the Motion, the supplement to the Motion filed on May 17, 2022 [Dkt. No. 293], all judicially noticeable facts and all evidence submitted in support of the Motion, the related pleadings, and the

---

[1] Capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

arguments of counsel at the hearing on the Motion, and finding service proper, including the cure notice served on NEM customers, and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted;

2. The Debtor is authorized to assume the NEM Contracts;

3. The Debtor is authorized to assign the NEM Contracts to Southern California Edison Company ("SCE");

4. The notice of the Motion was appropriate in the particular circumstances and no further notice of the Motion is needed;

5. The Debtor is responsible for all Cure Amounts necessary under 11. U.S.C. § 365(b) to cure defaults or otherwise perform any obligations, in each case, arising under the NEM Contracts before the date of this order, which Cure Amounts shall be paid by the Debtor to SCE to be distributed to NEM Contract counterparties;

6. The Cure Amount for each NEM Contract is the amount provided in the letter accompanying the notice of hearing on the Motion that was served on each NEM Contract counterparty;

7. The notice of the Cure Amounts was appropriate in the particular circumstances and no further notice of the Cure Amounts is needed; and

8. SCE shall have no liability for the Cure Amounts other than distribution of the Cure Amounts to the NEM Contract counterparties in the manner described in the Motion.

###

Date: June 8, 2022

Scott H. Yun
United States Bankruptcy Judge