**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, July 14, 2022**                                                    **Hearing Room    302**

<u>1:30 PM</u>
**6:21-12821    Western Community Energy**                                    **Chapter 9**

Telephonic Hearing

#7.00    Confirmation of Chapter 9 Plan for the Adjustment of
Debts Dated May 5, 2022                                                    *Debtor*

David M Goodrich to appear by telephone (714)966-1000 - Debtor
Jonathan Gilhen to appear by telephone (604)891-5063 - Powerex
Chad V Haes to appear by telephone (949)333-7777 - The Cities
Peter W Lianides to appear by telephone (949)720-4155 - Pilot Power
W. Steven Bryant to appear by telephone (512)305-4726 - Calpine Energy
Alan Kornberg to appear by telephone (212)373-3209 - CA Public Utilities
Sean Mitchell to appear by telephone (212)373-3356 - CA Public Utilities

*Brent Clemmer on the phone - WRCOG*

Docket    299

**Matter Notes:** *Post-confirmation*

~~Status~~ Conference date continued to: _11-17-22 @ 1:30pm_

Status Report due: _11-3-22_                                *Plan confirmed*

Status Report due: _____

Set Claims bar date notice deadline: _____

Set Claims bar date: _____

Set deadline to Objection to Claims: _____

Last day to file Plan and Disclosure Statement: _____

    Joint Plan permitted: _____

Date Disclosure Statement can be heard, if timely filed: _____

    Disclosure Statement to be filed (42 days): _____

7/14/2022 7:44:30 AM                    Page 31 of 33

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Thursday, July 14, 2022**　　　　　　　　　　　　　　　　　　　　　　**Hearing Room　302**

<u>1:30 PM</u>
**CONT...**　　**Western Community Energy**　　　　　　　　　　　　　　　　　　**Chapter 9**

　　　　**Disclosure Statement Objections filed (14 days):** _____

　　　　**Disclosure Statement Approved** _____

　　**Plan Confirmation Hearing:**　　　　　_____

　　　　**Brief in Support filed:**　　　　　_____

　　　　**Objection filed:**　　　　　　　　_____

　　　　**Reply filed:**　　　　　　　　　　_____

　　　　**Ballot Summary filed:**　　　　　_____

**Plan Confirmed** _____

**Case Dismissed** _____ **180 day bar** _____ **without 180 day bar**


　　**Case Converted to Chapter 7:**　　　_____

　　**Chapter 11 Trustee Appointed:**　　_____

　　**Hearing continued to:**　　　　　　_____

　　　　**Brief filed:**　　　　　　　　　　_____

　　　　**Opposition filed:**　　　　　　　_____

　　　　**Reply filed:**　　　　　　　　　　_____

**Tentative Ruling:**

　　APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

Thursday, July 14, 2022                          Hearing Room    302

<u>1:30 PM</u>
**CONT...**     **Western Community Energy**                               **Chapter 9**

**Party Information**

**Debtor(s):**

    Western Community Energy          Represented By
                                                       David M Goodrich
                                                       Beth Gaschen
                                                       Ryan W Beall

**Movant(s):**

    Western Community Energy          Represented By
                                                       David M Goodrich
                                                       Beth Gaschen
                                                       Ryan W Beall