| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Western Community Energy** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  **83–1832201** |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **6:21–bk–12821–SY** | | |

## Order of Discharge – Chapter 9                                                                                                                12/15

The debtor is granted a discharge under 11 U.S.C. § 944(b), (the Bankruptcy Code). The plan was confirmed, a deposit was made to be distributed under the plan by the Court appointed disbursing agent, and the court has made a determination that securities deposited with the disbursing agent will constitute valid legal obligations of the debtor and that any provision made to pay or secure payment of such obligations is valid under section 11 U.S.C. § 944(b).

The following debts are not included in this discharge:
1) Any debt exempted from discharge by the plan or order confirming the plan;

2) Any debt owed to an entity that, before confirmation of the plan, had neither notice nor actual knowledge of the case under 11 U.S.C. § 944(c).

**IT IS ORDERED:** A discharge under 11 U.S.C. § 944(b) is granted to:

Western Community Energy

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 8/18/22


**Dated:** 8/18/22

**By the court:** Scott H. Yun
United States Bankruptcy Judge

308/SM6

Form 3180C9–do9                                                                  **Order of Chapter 9 Discharge**